**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ANKER INNOVATIONS TECHNOLOGY CO., LTD. and ANKER INNOVATIONS LTD. (d/b/a "eufy")<br><br>Defendants. | Case No. 2:26-cv-847<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff NEC Corporation ("NEC"), by and through its undersigned counsel, files this complaint under 35 U.S.C. § 271 against Defendants Anker Innovations Technology Co., Ltd. and Anker Innovations Ltd. (collectively, "Anker" or "Defendant"), and alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters.

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*

## THE PARTIES

2. Plaintiff NEC Corporation is a corporation organized under the laws of Japan, with its principal place of business at 7-1, Shiba 5-chome, Minato, Tokyo 108-8001, Japan.

3. On information and belief, Defendant Anker Innovations Technology Co., Ltd. is a corporation organized under the laws of the People's Republic of China, with a principal place of

business located at Room 701, Building 7, Zhongdian Software Park, No. 39 Jianshan Road, HIGH-TECH Zone, Changsha City, Hunan, People's Republic of China.

4. On information and belief, Defendant Anker Innovations Ltd. is a corporation organized under the laws of Hong Kong, with a principal place of business located at Room 1318-19, Hollywood Plaza, 610 Nathan Road, Mongkok, Kowloon, Hong Kong SAR, People's Republic of China.

5. On information and belief, Anker sells, offers for sale, manufactures, uses, or imports products into the United States under the brand name "eufy." For example, the eufy website identifies eufy as one of Anker Innovations' "5 key brands."




*See* https://www.eufy.com/about?ref=footer.

**JURISDICTION AND VENUE**

6. This Court has subject matter jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because the action arises under the patent laws of the United States, 35 U.S.C. § 271, *et seq.*

7. This Court has personal jurisdiction over Anker pursuant to due process and/or the Texas Long Arm Statute because, *inter alia*, (i) Anker has done and continues to do business in the United States, including in the State of Texas; (ii) Anker has committed and continues to commit acts of patent infringement in the United States, including in the State of Texas, including making, using, offering to sell, and/or selling accused products in the United States and Texas,

and/or importing accused products into the United States and Texas, including by Internet sales and sales via retail and wholesale stores, inducing others to commit acts of patent infringement in the United States and Texas, and/or committing at least a portion of any other infringements alleged herein.

8. In addition, or in the alternative, this Court has personal jurisdiction over Anker pursuant to Fed. R. Civ. P. 4(k)(2).

9. Venue is proper in this District as to Defendant. Anker Innovations Technology Co., Ltd. is organized under the laws of the People's Republic of China, and Anker Innovations Ltd. is organized under the laws of Hong Kong. 28 U.S.C. § 1391(c)(3) provides that "a defendant not resident in the United States may be sued in any judicial district, and the joinder of such a defendant shall be disregarded in determining where the action may be brought with respect to other defendants."

## PATENTS-IN-SUIT

10. The Asserted Patents are U.S. Patent Nos. 12,423,985; 10,223,619; 12,641,315; 10,706,336; 10,552,713; and 11,144,776 (collectively, the "Asserted Patents").

11. U.S. Patent No. 12,423,985 ("the '985 Patent," attached hereto at Exhibit 1) duly issued on September 23, 2025, and is entitled "Information Processing Apparatus, Control Method, and Program." Via a chain of related patents, the '985 Patent claims priority to PCT/JP2017/013187 (now U.S. Patent No. 11,164,006), filed on March 30, 2017. NEC is the owner by assignment of the '985 Patent and possesses all rights under the '985 Patent, including the exclusive right to recover for past and future infringement.

12. U.S. Patent No. 10,223,619 ("the '619 Patent," attached hereto at Exhibit 2) duly issued on March 5, 2019 and is entitled, "Video Monitoring Apparatus, Control Apparatus, Control Method, and Non-transitory Readable Storage Medium." The '619 Patent claims foreign priority

to JP 2014-187186, filed on September 16, 2014. NEC is the owner by assignment of the ’619 Patent and possesses all rights under the ’619 Patent, including the exclusive right to recover for past and future infringement.

13. U.S. Patent No. 12,641,315 (“the ’315 Patent,” attached hereto at Exhibit 3) duly issued on May 26, 2026 and is entitled, “Image Processing System, Image Processing Method, and Program.” Via a chain of related patents, the ’315 Patent claims foreign priority to JP2012-0170406, filed on July 31, 2012. NEC is the owner by assignment of the ’315 Patent and possesses all rights under the ’315 Patent, including the exclusive right to recover for past and future infringement.

14. U.S. Patent No. 10,706,336 (“the ’336 Patent,” attached hereto at Exhibit 4) duly issued on July 7, 2020 and is entitled, “Recognition In Unlabeled Videos With Domain Adversarial Learning and Knowledge Distillation.” The ’336 Patent claims priority to Provisional application No. 62/472,896, filed on March 17, 2017. NEC is the owner by assignment of the ’336 Patent and possesses all rights under the ’336 Patent, including the exclusive right to recover for past and future infringement.

15. U.S. Patent No. 10,552,713 (“the ’713 Patent,” attached hereto as Exhibit 5) duly issued on February 4, 2020 and is entitled, “Image Analysis System, Image Analysis Method, and Storage Medium.” The ’713 Patent claims foreign priority to JP 2014-092401, filed on April 28, 2014. NEC is the owner by assignment of the ’713 Patent and possesses all rights under the ’713 Patent, including the exclusive right to recover for past and future infringement.

16. U.S. Patent No. 11,144,776 (“the ’776 Patent,” attached hereto as Exhibit 6) duly issued on October 12, 2021 and is entitled, “Mobile Surveillance Apparatus, Program, and Control Method.” Via a chain of related patents, the ’776 Patent claims priority to PCT/JP2015/059747,

filed on March 27, 2015. NEC is the owner by assignment of the ’776 Patent and possesses all rights under the ’776 Patent, including the exclusive right to recover for past and future infringement.

## BACKGROUND

17. Founded in 1899 and based in Japan, NEC (Nippon Electric Company) has throughout its 120-year history been a world leader and innovator across a variety of technical industries, including in electronic devices, computing, computer displays, semiconductors, mobile phones and communications, and most recently, software and artificial intelligence solutions. Over the years, NEC has expended significant resources on research, development, and innovation, and on capturing and protecting the fruits of those efforts in patent applications filed around the world. The patents-in-suit, which provide improved surveillance technology, were born from this history of innovation.

18. In the realm of surveillance and camera technology, NEC has made remarkable strides, particularly in the development of advanced biometric recognition systems. NEC’s biometric solutions leverage cutting-edge technologies that have been consistently ranked very highly in global benchmark tests by the U.S. National Institute of Standards and Technology (NIST):




*See* https://jpn.nec.com/biometrics/face/history.html.

**NEC iris recognition technology ranks first in NIST accuracy testing**

- Joins NEC's face recognition as a top ranked technology and strengthens touchless and secure multimodal biometric authentication -

News Room

**Tokyo, September 22, 2021** - NEC Corporation (NEC; TSE: 6701) today announced that its iris recognition technology ranked first in the world in the most recent iris recognition technology benchmark test, IREX 10 (*1), conducted by the globally authoritative U.S. National Institute of Standards and Technology (NIST).

*See* https://www.nec.com/en/press/202109/global_20210922_02.html.

19. NEC's technology has powered the experience in the National Soccer Hall of Fame in this District in Frisco, Texas:



**Create your own journey**

Facial recognition

Once you've told us about yourself, the exhibits will see you coming and automatically deliver an experience that's built only for you. You can build your own national team, create your own scarf (and take it home) and design your own MLS kit.

Founding Partners of the National Soccer Hall of Fame

MLS \Orchestrating a brighter world NEC WinStar Gallagher

https://www.nationalsoccerhof.com/visit/experience.html

20. Airports around the nation including Dallas Fort Worth Airport rely on NEC's technology to provide a secure and seamless experience to travelers:

**Irving-based NEC Corp. of America has been rolling out more pilot programs for its commercial-off-the-shelf NeoFace facial recognition software at various U.S. airports, in partnership with U.S. Customs and Border Protection.**

In 2016, the first pilot program was deployed at Hartsfield-Jackson Atlanta International Airport. More recently, in June, pilot programs were launched at George Bush Intercontinental Airport (which is used by United Airlines on flights between Houston and Tokyo), and at Dulles International Airport in Washington, D.C. The Dulles program is tracking passengers leaving D.C. on Emirates Airlines, headed to Dubai, United Arab Emirates.

https://dallasinnovates.com/necs-neoface-tech-tested-u-s-airports/

21. Municipalities around the world also rely on NEC to provide secure environments for its citizens:

## Solutions

The "Tiger Operations Center" is the brain of Tiger. This public safety platform has been implemented and improved over the years in collaboration with NEC.

"NEC implemented an integrated urban security platform capable of collecting and analyzing information from diverse sources such as videos, panic buttons, emergency calls, and social media," explains Jorge Vargas, Global Head of City Solutions Management and Regional Competence Center for Latin America at NEC. "This technology allows operators to make quick decisions based on Standard Operating Procedures (SOPs), providing a rapid response to citizens and recording all cases in the system to create a crime map for the city."




https://ar.nec.com/es_AR/case/byindustry/tigre.html

Home > Press Releases > NEC-led consortium awarded the Singapore Safe City Test Bed Project

## NEC-led consortium awarded the Singapore Safe City Test Bed Project -- A high-powered, specialized team to advance safety and security in Singapore

*** For immediate use May 29, 2013

Share:
Tweet

**Singapore, May 29, 2013** - NEC Asia Pacific, a wholly-owned subsidiary of NEC Corporation (HQ: Japan), is the leader of a high-powered international consortium which has won a bid to perform the Singapore Safe City Test Bed project spearheaded by the Ministry of Home Affairs (MHA) and the Singapore Economic Development Board (SEDB), aimed at testing advanced technologies to be used for public safety.

The Safe City Test Bed is an R&D initiative to develop new capabilities to keep Singapore safe and secure. It involves setting up test-beds to enable different government agencies to integrate and analyze data collected from existing sensors and network systems using advanced analytic and information sharing tools.

The test-bed will address a common challenge faced by agencies today, which is the continuous and extensive growth of new technologies in computing, telecommunication, data transportation and, most significantly, the use of digital devices worldwide. This proliferation leads to faster and more seamless access and sharing of information, which is complex and challenging to manage.

https://www.nec.com/en/press/201305/global_20130529_04.html

22. NEC has been researching and perfecting some of these systems since 1971, with the goal of enhancing security, safety, and convenience across various sectors, including public

infrastructure, transportation, and law enforcement. To date, NEC has deployed over 1,000 biometric systems in over seventy countries and regions. *See* https://www.nec.com/en/global/solutions/biometrics/index.html.

23. NEC is committed to creating a safer and more secure society through its investment in facial recognition technology, which it has developed through more than thirty years of continuous research. *See* https://www.nec.com/en/global/solutions/biometrics/index.html. For example, NEC seeks to enhance customer privacy and security by using facial recognition technology to prevent risks such as impersonation and fraud. Right now, many of NEC's facial recognition technology solutions are being implemented for first-time use in new areas and venues worldwide, such as end-to-end airport travel experiences in the U.S. and EU Summit Security in Europe. Frost & Sullivan consistently recognizes NEC as a leader in Biometrics technology in recognition of its leading position in the industry and foresight in innovating and developing future face recognition biometric solutions that maximize customer value and experience. *See* https://www.nec.com/en/press/201905/global_20190529_01.html; *see also* https://www.nec.com/en/press/202302/global_20230217_01.html.

24. NEC is also committed to using its facial recognition systems to increase public and national security. For example, NEC's facial recognition technology solutions have been utilized for criminal investigations, national ID systems, and immigration control.

25. NEC's technological achievements in surveillance extend beyond biometric recognition. In particular, NEC aims to develop artificial intelligence (AI) that is truly beneficial to its customers and society through its development of sophisticated camera systems that incorporate AI machine learning algorithms. These smart camera systems are capable of performing real-time analysis of image data, which is critical for applications such as traffic

management, crowd control, and incident detection. For example, NEC has created a road surface inspection system, which implements an AI that analyzes image data captured by drive recorders to detect road surface disrepair. This system enhances preventive road maintenance to greatly improve public safety and infrastructure. By integrating AI with camera technology that not only captures but also analyzes and responds to image data in real time, NEC has developed a variety of proprietary technologies to support social infrastructure and mission-critical systems.

26. The global recognition of NEC's technological contributions is reflected in its extensive patent portfolio. NEC has cumulatively held the highest number of international patent applications in face recognition, biometrics, video analytics, and AI in the world since 2001. NEC's patent portfolios related to these core technologies have earned it recognition as a Clarivate Top 100 Global Innovator for thirteen consecutive years. https://www.nec.com/en/press/202403/global_20240307_01.html.

27. NEC prides itself on its strong intellectual property strategy, which is centered around the protection and utilization of its innovations on a global scale. NEC proactively licenses patents and other intellectual property that contribute to societal development and market expansion. In collaboration with both its Intellectual Property Management Division and business units, NEC strategically selects intellectual property for licensing, guided by studying and analyzing the latest global societal trends and future forecasts. This strategy allows NEC to maintain its competitive edge and reputation as a global leader in technology.

28. As part of NEC's intellectual property strategy, NEC has recently embraced an open innovation approach by engaging with external business partners, such as start-up corporations, to promote R&D co-creation and build upon its robust patent portfolio.

29. NEC first sent a letter to the legal departments of Anker Innovations Technology Co., Ltd. and Anker Innovations Ltd. on June 3, 2024 ("Exhibit 7"), offering to license patents currently owned by NEC, including the '713, '619, '336, and '776 Patents. The correspondence included a list of NEC patents offered for licensing and identified Anker products, such as the eufy Video Doorbell E340 (Battery Powered), eufy HomeBase S380 ("HomeBase 3"), eufy 4G LTE Cam S330 ("eufyCam3"), eufy Pet Camera Pro N140, eufy's BionicMind AI Service, eufy security application, and eufy servers supporting such products, that were covered by claims of the offered patents.

30. NEC had hoped that the parties could reach a mutually beneficial solution, but Anker elected not to enter into any discussions or agreement with NEC or license NEC's patents. Despite receipt of NEC's letter, Anker did not engage in discussions or negotiations with NEC. Instead, Anker continued to sell and offer for sale NEC's patented technology without a license. Accordingly, NEC filed a Complaint of patent infringement in this District on September 3, 2024, in hopes of obtaining a patent license agreement shortly thereafter. For example, after filing of the Complaint, NEC continued to inform Anker that "NEC would like to reiterate, as it did in its letter dated June 3, 2023, that NEC remains willing to discuss with Anker the possibility of a license to resolve the instant dispute:"

> Dear Counsel:
>
> As you are aware, on September 3, 2024, NEC Corporation ("NEC") filed the enclosed Complaint for patent infringement against Anker Innovations Technology Co., Ltd. and Anker Innovations Ltd. (d/b/a "eufy") ("Anker") in the U.S. District Court for the Eastern District of Texas (the "Court"). On September 5, 2024, the Court issued the enclosed Summons on Anker to serve an answer to the Complaint, or face judgment by default for the relief demanded. As an initial matter, NEC would like to reiterate, as it did in its letter dated June 3, 2023, that NEC remains willing to discuss with Anker the possibility of a license to resolve the instant dispute.

Ltr. from S. Siddiqui to V. Pearce, October 29, 2024 ("Exhibit 8")

31. But, Anker continues to refuse to respect the intellectual property rights of NEC and continues to sell and offer for sale NEC's patented technology without a license. Even United States Senator Rick Scott and Congressman John Moolenaar have noted that "Anker also potentially exploits U.S. trade and market mechanisms to gain an unfair and dominant market position, posing a significant risk to American businesses" and Anker is "leveraging anti-competitive practices to gain a controlling position in a strategic U.S. supply chain." *See* https://stefanik.house.gov/_cache/files/2/3/23e16dcd-7bd3-4a5d-ba22-817e324e3d43/12AC9E586250108C9ED134D16F8D8150D1601356A72FF60E6BC649664890BDC5.stefanik-scott-letter-to-lutnick-and-carr.pdf ("Exhibit 9") (excerpted below):

Anker, through its Eufy brand, has a documented history of significant security vulnerabilities related to its security camera business and has been accused of misleading the public about these issues. In 2025, the State of New York secured a $450,000 settlement from companies distributing Eufy home security products after finding that "video streams from the cameras were not always securely encrypted and could be accessible to anyone with the relevant link without authentication." Furthermore, "the OAG's investigation revealed that, in certain situations, video sent over the internet from eufy home security products was not protected by end-to-end encryption, and that at least a portion of the connection did not use any type of encryption at all." Public reports confirm that Anker eventually admitted its statements on Eufy security camera encryption were inaccurate and that unencrypted video streams were accessible.

Anker also potentially exploits U.S. trade and market mechanisms to gain an unfair and dominant market position, posing a significant risk to American businesses and national security. Anker is a major Chinese brand that benefits from substantial Chinese Communist Party (CCP) backing that fundamentally distorts fair market competition, undercutting American competitors. Public financial disclosures reveal that Anker received at least $12 million in confirmed PRC government subsidies in 2023, with acknowledgments that the total extent of subsidies may be understated. This state-sponsored support almost certainly enables Anker to engage in aggressive, anti-competitive pricing that non-subsidized American companies cannot sustain. This advantage has fueled remarkable growth for Anker, whose revenue nearly tripled between 2020 and 2024, reflecting a compound annual growth rate (CAGR) of approximately 27%.

;

*see also* https://chinaselectcommittee.house.gov/sites/evo-subsites/selectcommitteeontheccp.house.gov/files/evo-media-document/letter-to-secretary-lutnick_anker_091925.pdf ("Exhibit 10").

32. An example of such anti-competitive practices is Anker continuing to benefit from NEC's US patents and continuing infringing activities without obtaining licenses to NEC's patents at fair value. Thus, to protect its intellectual property rights, NEC has been forced to file this additional complaint of patent infringement highlighting the breadth of Anker's infringement of a large number of NEC's patents.

**COUNT 1 – INFRINGEMENT OF U.S. PATENT NO. 12,423,985**

33. NEC incorporates paragraphs 1-32 above by reference.

34. The '985 Patent is directed to one or more of an information processing system that includes one or more memories storing instructions and one or more processors that execute those instructions to carry out video-processing operations and an information processing method for a security system. For example, the one or more of the information processing system and information processing method is configured to detect a target object in a first video segment, selecting a first video frame from the first video segment, wherein the first video frame includes at least a part of the target object, outputting a first image based on the first video frame, wherein the first image includes at least a part of the target object, detecting a person in a second video segment, wherein the person is within a vicinity region, selecting a second video frame from the second video segment, wherein the second video frame includes at least a part of the target object and at least a part of the person, and outputting a second image based on the second video frame, wherein the second image includes at least a part of the target object and at least a part of the person, wherein the second video segment occurs chronologically after the first video segment.

35. The '985 Patent explains that, at the time of its priority date, there were shortcomings in prior art security systems with respect to detection of objects, such as luggage. '985 Patent at 1:50-67. There were technical problems in the image processing of

conventional security systems that prevented accurate detections as confirmed by all the prior art that the USPTO considered and confirmed that the claimed inventions of the ’985 Patent provided technical solutions not set forth in any of the following prior art patents/publications:

**Related U.S. Application Data**

12,046,043, which is a continuation of application No. 17/497,587, filed on Oct. 8, 2021, now Pat. No. 11,776,274, which is a continuation of application No. 16/498,493, filed as application No. PCT/JP2017/013187 on Mar. 30, 2017, now Pat. No. 11,164,006.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 9,378,632 | B2 * | 6/2016 | Venetianer | G08B 13/19604 |
| 9,570,113 | B2 | 2/2017 | Campbell et al. | |
| 9,620,168 | B1 * | 4/2017 | Townsend | G06T 7/90 |
| 9,635,307 | B1 * | 4/2017 | Mysore Vijaya Kumar | G06T 7/90 |
| 9,818,451 | B1 * | 11/2017 | Tyagi | G11B 27/3081 |
| 9,898,677 | B1 | 2/2018 | Anjelković | G06T 7/246 |
| 9,998,659 | B2 * | 6/2018 | Bassi | H04N 23/698 |
| 10,089,327 | B2 * | 10/2018 | Sweet, III | G06V 40/16 |
| 10,169,659 | B1 * | 1/2019 | Pearson | G06V 20/47 |
| 10,219,009 | B2 * | 2/2019 | Chang | H04L 65/611 |
| 10,361,802 | B1 * | 7/2019 | Hoffberg-Borghesani | G06F 3/00 |
| 10,380,431 | B2 * | 8/2019 | Winter | G06T 7/194 |
| 10,417,773 | B2 | 9/2019 | Yano | G06T 7/248 |
| 10,872,113 | B2 * | 12/2020 | Rabelo | G06F 16/5866 |
| 10,949,685 | B2 | 3/2021 | Petrany et al. | |
| 10,974,148 | B2 | 4/2021 | Ikenoue | G06T 19/003 |
| 10,984,248 | B2 * | 4/2021 | Shimauchi | G11B 20/10 |
| 11,538,232 | B2 | 12/2022 | Zhong | |
| 11,665,312 | B1 | 5/2023 | Brandt | |
| 2002/0081029 | A1 * | 6/2002 | Marugame | H04N 23/56 348/E5.029 |
| 2009/0059002 | A1 | 3/2009 | Kim | G08B 13/19671 348/143 |
| 2009/0172756 | A1 | 7/2009 | Wheatley | H04N 21/4788 725/106 |
| 2010/0157089 | A1 * | 6/2010 | Pakulski | G06T 7/248 348/222.1 |
| 2010/0205203 | A1 | 8/2010 | Anderson | G06F 16/7335 707/754 |
| 2011/0090358 | A1 | 4/2011 | Tojo | |
| 2011/0096922 | A1 | 4/2011 | Oya | H04N 7/183 380/28 |
| 2011/0228984 | A1 | 9/2011 | Papke | G06V 20/52 382/103 |
| 2013/0016910 | A1 | 1/2013 | Murata | H04N 21/8583 382/195 |
| 2013/0294642 | A1 * | 11/2013 | Wang | G06F 16/748 382/118 |
| 2014/0112533 | A1 | 4/2014 | Wang | G08B 13/19608 382/103 |
| 2014/0205148 | A1 | 7/2014 | Hirano | G06F 16/786 382/103 |
| 2015/0178930 | A1 * | 6/2015 | Gao | G06F 16/78 382/103 |
| 2015/0179219 | A1 | 6/2015 | Gao | G06V 10/24 386/278 |
| 2015/0254871 | A1 | 9/2015 | MacMillan | G06T 3/0062 382/180 |
| 2016/0005435 | A1 | 1/2016 | Campbell | H04N 9/8211 386/240 |
| 2018/0115788 | A1 * | 4/2018 | Burns | G06V 20/52 |
| 2019/0022492 | A1 * | 1/2019 | Takahashi | G06T 19/00 |
| 2019/0205694 | A1 | 7/2019 | Wang et al. | |
| 2019/0213420 | A1 | 7/2019 | Karyodisa | |
| 2019/0304105 | A1 | 10/2019 | Gao | |
| 2020/0314458 | A1 | 10/2020 | Pinel et al. | |
| 2020/0327682 | A1 | 10/2020 | Nater et al. | |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| CN | 105830009 | A | 8/2016 | G06F 3/0484 |
| CN | 105898213 | A | 8/2016 | |
| CN | 106504270 | B | 12/2019 | G06K 9/00 |
| CN | 106897742 | B * | 10/2020 | G06K 9/6201 |
| EP | 3379471 | A1 | 9/2018 | |
| GB | 2560477 | A | 9/2018 | G06K 9/00771 |
| JP | 2002-157664 | A | 5/2002 | |
| JP | 3567066 | B2 | 9/2004 | G08B 13/19602 |
| JP | 3802737 | B2 | 7/2006 | |
| JP | 4031184 | B2 | 1/2008 | G06T 7/20 |
| JP | 4045768 | B2 | 2/2008 | |
| JP | 4281338 | B2 | 6/2009 | |
| JP | 2010-187124 | A | 8/2010 | |
| JP | 2010244089 | A | 10/2010 | |
| JP | 2010-258704 | A | 11/2010 | |
| JP | 2011-049646 | A | 3/2011 | |
| JP | 2011087253 | A | 4/2011 | G06K 9/00744 |
| JP | 2011-091705 | A | 5/2011 | |
| JP | 2011-197937 | A | 10/2011 | |
| JP | 2012-222685 | A | 11/2012 | |
| JP | 2012-235300 | A | 11/2012 | |
| JP | 2013-021551 | A | 1/2013 | |
| JP | 2014-086797 | A | 5/2014 | |
| JP | 2015-162185 | A | 9/2015 | |
| JP | 6389022 | B1 * | 9/2018 | G06F 3/00 |
| JP | 6465600 | B2 | 2/2019 | G01S 3/7864 |
| TW | 200926820 | A | 6/2009 | |
| WO | WO-2006097357 | A1 | 9/2006 | A63B 24/0021 |
| WO | WO-2012153868 | A1 * | 11/2012 | G01S 3/7864 |
| WO | WO-2015025705 | A1 | 2/2015 | G06F 17/3079 |
| WO | 2015159689 | A1 | 10/2015 | |
| WO | 2016136144 | A1 | 9/2016 | |
| WO | 2016175075 | A1 | 11/2016 | |
| WO | 2017026356 | A1 | 2/2017 | |
| WO | 2017130252 | A1 | 8/2017 | |
| WO | 2018198373 | A1 | 11/2018 | |
| WO | 2019198452 | A1 | 10/2019 | |
| WO | 2020178926 | A1 | 9/2020 | |
| WO | 2021/015960 | A1 | 1/2021 | |

OTHER PUBLICATIONS

Decision to Grant a Patent dated Aug. 31, 2021 by the Japanese Patent Office in Japanese Application No. 2020-114651.

Japanese Decision to Grant for JP Application No. 2020-114651 mailed on Aug. 31, 2021 with English Translation.

JP Office Action for JP Application No. 2021-172910, mailed on Aug. 30, 2022 with English Translation.

Japanese Office Action for JP Application No. 2021-172910 mailed on Feb. 21, 2023 with English Translation.

JP Office Communication for JP Application No. 2021-172910, mailed on Aug. 8, 2023 with English Translation.

US Notice of Allowance for U.S. Appl. No. 18/240,686 mailed on Mar. 21, 2024.

US Notice of Allowance for U.S. Appl. No. 18/219,468 mailed on Mar. 13, 2024.

* cited by examiner

36. For example, the ’985 Patent solved the technical problems present in the prior art by, among other things, providing one or more of the information processing system and information processing method for detecting a target object in a first video segment; selecting a first video frame from the first video segment, wherein the first video frame includes at least a part of the target object; outputting a first image based on the first video frame, wherein the first image includes at least a part of the target object; detecting a person in a second video segment, wherein the person is within a vicinity region; selecting a second video frame from the second

video segment, wherein the second video frame includes at least a part of the target object and at least a part of the person; and outputting a second image based on the second video frame, wherein the second image includes at least a part of the target object and at least a part of the person, wherein the second video segment occurs chronologically after the first video segment. Defendant has directly infringed one or more claims of the '985 Patent in this District and elsewhere in Texas, including at least claims 1-30 literally and/or under the doctrine of equivalents, by or through their sale, offer for sale, manufacture, use, or import of its surveillance products with package notifications (i.e., "Delivery Guard"), pet detection, and/or vehicle detection, including at least the 4G Camera S230; 4G Camera S230 (1 Pack); eufy 4G LTE Cam S330; eufy 4G LTE Cam S330 (2-Cam Pack); eufy 4G LTE Cam S330 (3-Cam Pack); eufy 4G LTE Cam S330 (4-Cam Pack); eufy 4G LTE Cam S330 + Video Smart Lock S330 ; eufy 4G LTE Cam S330 + Floodlight Camera E340; eufy 4G LTE Cam S330 + Video Doorbell E340; eufy 4G LTE Cam S330+Floodlight Camera E340 + HomeBase S380; eufy Pet Camera Pro N140; eufy Pet Dog Camera D605; eufy SoloCam E30; eufy SoloCam E30 (2Pack) + Homebase3; eufy SoloCam E30 + Homebase3; eufy Security Indoor Cam C220; eufy Security SoloCam C210 with Solar Panel; eufyCam E330 (Professional); eufyCam E330 (Professional) 4-Cam Kit; eufyCam S210 (eufyCam 2C); eufyCam S220 (eufyCam 2C Pro); eufyCam S300 (eufyCam 3C); eufyCam S330 (eufyCam 3); eufyCam S300 (eufyCam 3C) 3-Cam Kit+1 TB Drive; eufyCam S330 (eufyCam 3) 4-Cam Kit + 1 TB Hard Drive; eufyCam S330 (eufyCam 3) + Floodlight Camera E340; eufyCam S4; eufyCam E40 (indoor camera); Floodlight Cam S330; Floodlight Camera E30; Floodlight Cam S330（Renewed); Floodlight Camera E340; Floodlight Camera E340 (2-Pack); Floodlight Camera E340 + HomeBase S380; Floodlight Camera E340 (2-Pack) + HomeBase S380; Garage-Control Cam E110; Indoor Cam C120 (2K, Plug-In);

Indoor Cam E220; Indoor Cam E220 (Renewed); Indoor Cam E30; Indoor Cam S350; Motion Sensor; Outdoor Cam E210; Outdoor Cam E220; Smart Drop S300; Solar Wall Light Cam S120; Solar Wall Light Cam S120 + Solar Panel Charger; Solar Wall Light Cam S120 (Renewed); SoloCam C120; SoloCam C210; SoloCam S220; SoloCam S220 (Renewed); SoloCam S230 (S40); SoloCam S230 (S40) (Renewed); SoloCam S340; SoloCam S340 (2-Cam Pack) + eufy 4G LTE Cam S330; SoloCam S340 + eufy 4G LTE Cam S330; SoloCam S340 Wireless Outdoor Security Camera with Dual Lens and Solar Panel; eufy Smart Lock E30 + SoloCam S340; SoloCam S340 + Video Smart Lock S330 + HomeBase S380; SoloCam S340 + Indoor Cam S350; SoloCam S340 + Indoor Cam S350 + HomeBase S380; SoloCam S340 + Floodlight Camera E340; HomeBase S380 (HomeBase 3); eufy NVR Security Systems including Security systems S4 and E40; Video Doorbell (Wired) S330; Video Doorbell E340 (Battery Powered); Video Doorbell E340 + Rechargeable Battery Pack with USB-C; Video Doorbell E340 and Add-On Chime; Video Doorbell E340 (2-Pack); Video Doorbell E340 + eufy HomeBase™ S380; Video Doorbell E340 + Entry Sensor; Video Doorbell (Wired) S330; Video Doorbell S330 Add-on; Video Doorbell E340 (2-Pack) + HomeBase™ S380; eufy Smart Display E10 + Video Doorbell E340; SoloCam S340 (2-Pack) + Video Doorbell E340 + eufy HomeBase™ S380; Indoor Cam S350 + Video Doorbell E340 + eufy Homebase™ 3; eufy 4K NVR S4 Max (No HDD), eufy 4K NVR S4 Max 8-Camera Kit with 8 TB HDD, eufy 4K NVR Security Camera System S4 Max 4 TB HDD, eufy 6-Cam Kit PoE NVR Security System S4 Max, eufy 6-Cam Kit PoE NVR Security System S4 Max + 2 Turret Cameras, eufy Dual-NVR PoE System with 10 PoE Cam S4, eufy Dual-NVR PoE System with 12 PoE Cam S4, eufy ExpertSecure System E10, eufy ExpertSecure System E10 with 2 PoE Bullet-PTZ Cam S4+Display, eufy FamiLock E34, eufy Familock S3, eufy Familock S3 + HomeBase S380, eufy Familock S3 + Smart

Display E10, eufy FamiLock S3 Max, eufy FamiLock S3 Max + eufy HomeBase S380 (HomeBase 3), eufy FamiLock S3 Max + Indoor Cam S350 ×2 + HomeBase S380, eufy Familock S3 Max + Smart Display E10, eufy FamiLock S3 Max + Video Doorbell, E340 + eufy Smart Display E10, eufy Floodlight Camera E30 + Entry Sensor, eufy Floodlight Camera E340 (2-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 + eufy Smart Display E10, eufy Floodlight Camera E340 with AC Cable, eufy Floodlight Camera E340 with AC Cable (2-Cam Kit) + eufy Homebase 3, eufy Floodlight Camera E340 with AC Cable (2-Cam Pack), eufy Floodlight Camera E340 with AC Cable + Entry Sensor, eufy Floodlight Camera E340 with AC Cable + eufy HomeBase S380, eufy Network Video Recorder S4 for Home Security Cameras, eufy Network Video Recorder S4（No HDD), eufy PoE Bullet Security Camera E40, eufy PoE Bullet-PTZ Cam S4, eufy PoE NVR Security System E40, eufy PoE NVR Security System E40- 8× 4K Bullet Cameras, eufy PoE NVR Security System E41, eufy PoE NVR Security System S4, eufy PoE NVR Security System S4 Max, eufy PoE NVR Security System S4 Max + 2 Bullet Cameras, eufy PoE NVR Security System S4 Max + 2 Turret Cameras, eufy PoE NVR Security System S4 Max + 4 PoE Cam S4 Add-Ons, eufy PoE NVR Security System S4 Max+Turret Camera E41+ Bullet Camera E40, eufy PoE Turret Security Camera E41, eufy Smart Display E10, eufy Smart Display E10 + eufy PoE NVR Security System S4 Max, eufy Smart Display E10 + eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufy Smart Display E10 + SoloCam S340, eufy Smart Lock C220 with Door Lever, eufy Smart Lock C30, eufy Smart Lock C33, eufy Smart Lock E32, eufy Smart Lock E40, eufy SoloCam E30 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam E30（2-Cam Pack), eufy SoloCam E30（4-Cam Pack), eufy SoloCam E42, eufy SoloCam, E42 2-Cam Kit (HomeBase S380), eufy SoloCam E42

4-Cam Kit (HomeBase S380), eufy SoloCam S340 (2-Cam Kit), eufy SoloCam S340 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 (4-Cam Kit) with Alarm System + HomeBase S380, eufy SoloCam S340 (4-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (6-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 + eufy HomeBase S380, eufy Video Doorbell C30, eufy Wired Cam C31 Add-On Camera, eufyCam C35 2-Cam Kit, eufyCam C35 4-Cam Kit, eufyCam C35 Add-On Camera, eufyCam E40 2-Cam Kit (HomeBase S380), eufyCam E40 2-Cam Kit (HomeBase S380) + 1 TB Hard Drive, eufyCam E40 4-Cam Kit (HomeBase S380), eufyCam E40 4-Cam Kit (HomeBase S380) + 1 TB Hard, eufyCam E40 Add-On Camera, eufyCam E40 Add-On Camera (2 Pack), eufyCam E40 Add-On Camera (4 Pack), eufyCam E40 Add-On Camera + eufy SoloCam S340, eufyCam S3 Pro 3-Cam Kit + FamiLock S3 Max, eufyCam S3 Pro 3-Cam Kit + Video Doorbell E340 (Battery Powered), eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufyCam S3 Pro 6-Cam Kit, eufyCam S3 Pro Add-on Camera, eufyCam S330 (eufyCam 3) Add-on Camera, and eufyCam S330 (eufyCam 3) Add-on Camera (2 Pack), eufyCam S4 (2 Pack), eufyCam S4 (4-Cam Kit) + eufy HomeBase Professional S1, eufyCam S4 (4-Pack), eufyCam S4 + eufy FamiLock S3 Max + Video Doorbell E340, eufyCam S4 + eufy HomeBase S380, eufyCam S4 + eufy Smart Display E10, eufyCam S4 + Rechargeable Battery, eufyCam S4 + Video Doorbell E340, eufyCam S4 + Smart Display E10 + eufy FamiLock S3 Max, eufyCam S4 + Smart Display E10 + Video Doorbell E340, eufyCam S4 2-Cam Kit, eufyCam S4 2-Cam Kit + 1 TB Hard Drive, eufyCam S4 2-Cam Kit + eufy FamiLock S3 Max, eufyCam S4 2-Cam Kit + eufy Smart Display E10, eufyCam S4 2-Cam Kit + Video Doorbell E340, eufyCam S4 4-Cam Kit, eufyCam S4 4-Cam Kit + 1 TB Hard Drive, eufyCam S4 4-Cam

Kit + eufy Smart Display E10, eufyCam S4 4-Cam Kit + Video Doorbell E340, eufyCam S4 6-Cam Kit, Indoor Cam E220 (2K, 2-Cam Kit, Pan & Tilt), Indoor Cam E220 (2K, 3-Cam Kit, Pan & Tilt), Indoor Cam E30 (2-Cam Kit), Indoor Cam S350 (2-Cam Pack), Indoor Cam S350 (3 packs), Indoor Cam S350 (4 pack), Indoor Cam S350 + eufy HomeBase S380, Indoor Cam S350+ eufy Smart Display E10, Smart Lock C210, Smart Lock C220, Smart Lock S230, SoloCam S220 (2-Cam Pack), SoloCam S340 (2-Pack) + Floodlight Camera E340 + eufy HomeBase S380, SoloCam S340 (4-Cam Pack), SoloCam S340 (4-Cam Pack) + HomeBase S380+ 1 TB Hard Drive+Smart Display E10, SoloCam S340 + Floodlight Camera E340 + HomeBase S380, Video Doorbell E340 + Floodlight Camera E340 + eufy Homebase 3, Video Smart Lock S330 +; eufy's BionicMind AI Service; eufy security application; and eufy servers supporting such products (collectively, "the Accused '985 Eufy Products").

37. NEC reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused '985 Eufy Products are identified to describe the Defendant's infringement and in no way limit the discovery and infringement allegations against Defendant concerning other devices that incorporate the same or reasonably similar functionalities.

38. Each of the Accused '985 Eufy Products, alone or in combination with the Eufy Security Application, Eufy servers, one or more Home Base, and/or NVR system correspond to one or more of the information processing system and/or implement an information processing method. For example, each of the Accused '985 Eufy Products includes memory storing instructions and at least one processor configured to execute the instructions to perform operations including detecting a target object in a first video segment, selecting a first video frame from the first video segment, wherein the first video frame includes at least a part of the

target object, outputting a first image based on the first video frame, wherein the first image includes at least a part of the target object, detecting a person in a second video segment, wherein the person is within a vicinity region, selecting a second video frame from the second video segment, wherein the second video frame includes at least a part of the target object and at least a part of the person, and outputting a second image based on the second video frame, wherein the second image includes at least a part of the target object and at least a part of the person.

39. The following excerpts from eufy's websites and/or app provide non-limiting examples of the Accused '985 Eufy Products infringing at least claims 1-30 of the '985 Patent:




https://www.eufy.com/products/t8214111?ref=navimenu_2_3_1_1_copy&variant=42629004067002.

# Delivery Guard User Guideline for eufy Video Doorbell Dual (Battery-Powered)

**What is Delivery Guard?**

**Delivery Guard** is a feature designed with our advanced AI technology to protect your packages. Whenever a package is delivered, you'll receive a notification. Plus, you can get pickup reminders throughout the day and be notified when someone approaches your package.

**For the Best Experience**

To ensure your packages are always detected, we recommend to do the following:

1. Focus on a small and clear area with the Porch View Camera. For the best result, make sure the field of view does not go past your porch line.
2. Ensure the porch has enough light, day and night.
3. Install the doorbell where the camera's view isn't blocked. We have included a 15° mounting wedge to help clear obstructions.
4. Set the activity zone to the usual package delivery area to avoid false detections.

https://service.eufy.com/article-description/Delivery-Guard-User-Guideline-for-eufy-Video-Doorbell-Dual-Battery-Powered

2. **Device Installation:**

For best results, install the doorbell on a wall directly facing approaching visitors. This will keep the Porch View Camera and the door from causing blind spots.

If you're unable to do that, install the doorbell on a side wall and use the included 15° wedge to move the field of view.



If you're still experiencing difficulties, check if these situations might be causing the issue, then try reinstalling the doorbell in a more ideal spot.

https://service.eufy.com/article-description/Delivery-Guard-User-Guideline-for-eufy-Video-Doorbell-Dual-Battery-Powered

## AI Features for eufySecurity Devices

With the embedded AI chip, we can provide you with a local, safe, and intelligent detection experience. The AI feature includes Human Detection, Facial Detection, Pet Detection, and Crying Detection. The AI engine is built into the hardware, not in the cloud.

**The Meaning of AI Feature**

**Human Detection:** AI systems will try to detect objects similar to the human shape and filter out other objects like cars and animals for motion alerts.

**Facial Detection:** AI system will try to detect and screen faces shown in the video image.

**Facial (Human) Recognition:** AI system tries to recognize faces in the video image and identify the person for you.

**Pet Detection:** The AI system will try to detect pets which appear in the video image.

**Crying Detection:** The AI system will try to detect crying and will notify you if necessary.

**Vehicle Detection:** The AI system will catch up with the user's vehicle in the backyard or driveway. It can only detect the running vehicle to reduce too many detections because of the parking vehicle.

https://service.eufy.com/article-description/AI-Features-for-eufySecurity-Devices




eufy app showing package detection with a part of a person




eufy app showing pet detection with a part of the person




eufy app showing vehicle detection with a part of the person

40. The foregoing features and capabilities of the Accused ’985 Eufy Products and Defendant’s description and/or demonstration thereof, including in user manuals and advertising, reflect Defendant’s direct infringement by satisfying every element of at least claims 1-30 of the ’985 Patent, under 35 U.S.C. § 271(a).

41. Defendant has indirectly infringed at least claims 1-30 of the ’985 Patent in this judicial district and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of at least the Accused ’985 Eufy Products. Defendant’s customers who purchase devices and components thereof and operate such devices and components in accordance with Defendant’s instructions directly infringe one or more claims of the ’985 Patent in violation of 35 U.S.C. § 271. Defendant instructs its customers through at least user manuals or websites, such as those located at: https://support.eufy.com/s/; https://community.security.eufy.com/t/unlock-the-power-of-eufy-delivery-guard-user-guideline-

fo-video-doorbell-dual/3419366; https://support.eufy.com/s/article/Delivery-Guard-User-Guideline-for-eufy-Video-Doorbell-Dual-Battery-Powered.

42. For example, as shown above, Defendant instructs its customers to use "Delivery Guard," stating "Delivery Guard is a feature designed with our advanced AI technology to protect your packages. Whenever a package is delivered, you'll receive a notification. Plus, you can get pickup reminders throughout the day and be notified when someone approaches your package." *See* https://support.eufy.com/s/article/Delivery-Guard-User-Guideline-for-eufy-Video-Doorbell-Dual-Battery-Powered; *see also* https://community.security.eufy.com/t/unlock-the-power-of-eufy-delivery-guard-user-guideline-fo-video-doorbell-dual/3419366.

43. Further, Defendant indirectly infringes by inducing and/or contributing to infringement by making available tutorial videos on their official YouTube channel encouraging customers to infringe by generating surveillance images for object detection functionality. *See* https://www.youtube.com/channel/UC2MJc19aTAUJk7TrbPrMhEQ.

44. Further, Defendant directly and indirectly infringes by obtaining requisite certifications including FCC certifications to sell the products in the United States of America. *See e.g.*, https://us.eufy.com/pages/intellectual-property-rights; *see also* https://fccid.io/2AOKB-T8213.

45. Defendant is thereby liable for infringement of the '985 Patent pursuant to 35 U.S.C. § 271(b).

46. Defendant has indirectly infringed at least claims 1-30 of the '985 Patent by, among other things, contributing to the direct infringement of others, including customers of the Accused '985 Eufy Products by making, offering to sell, or selling, in the United States, or importing a component of a patented process, constituting a material part of the invention,

knowing the same to be especially made or especially adapted for use in infringement of the ’985 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

47. For example, the Accused ’985 Eufy Products include at least one component to generate surveillance images for object detection. This is a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, such component is a material part of the invention and upon information and belief is not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Defendant is liable for infringement of the ’985 Patent pursuant to 35 U.S.C. § 271(c).

48. Defendant has been on notice of the ’985 Patent since at least the filing of this complaint. By the time of trial, Defendant will thus have known and intended (since receiving such notice), that its continued actions would actively induce and contribute to actual infringement of at least claims 1-30 of the ’985 Patent.

49. Defendant undertook and continues its infringing actions despite an objectively high likelihood that such activities infringed the ’985 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this complaint, Defendant has been aware of an objectively high likelihood that their actions constituted and continue to constitute infringement of the ’985 Patent, and that the ’985 Patent is valid. On information and belief, Defendant cannot reasonably, subjectively believe that its actions do not constitute infringement of the ’985 Patent, nor could they reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that their actions constitute infringement, Defendant has continued its infringing activities. As such, Defendant willfully infringes the ’985 Patent.

50. NEC has been damaged by Defendant's infringement of the '985 Patent.

**COUNT 2 – INFRINGEMENT OF U.S. PATENT NO. 10,223,619**

51. NEC incorporates paragraphs 1-50 above by reference.

52. The '619 Patent is directed to video analysis technology for providing an output when conditions are satisfied. For example, the '619 Patent discloses a first storage which stores a first condition for detecting a first event from a video, a second storage which stores a second condition for detecting a second event from the video, an output circuit which outputs a signal indicating that a logical relationship designated in advance by the first event and the second event is satisfied, a first input circuit which receives an input of the first condition, a second input circuit which receives an input of the second condition, and a conditional operator input circuit which receives an input of a conditional operator indicating the logical relationship.

53. The '619 Patent explains that, at the time of its priority date, available techniques for video analysis were unable to detect certain complicated behavior. '619 Patent at 1:19-33. Conventional systems lacked video analysis methods that could detect such behaviors. *Id.* Instead, conventional systems were limited to detection of simple behaviors, such as entering a prohibited area. *Id.* at 1:64-67.

54. There were technical problems in the image processing of conventional video analysis systems that prevented accounting for logical relationships as confirmed by all the prior art that the USPTO considered and confirmed that the claimed inventions of the '619 Patent provided technical solutions not set forth in any of the following prior art patents/publications:

(12) **United States Patent**
**Urashita**

(10) **Patent No.: US 10,223,619 B2**
(45) **Date of Patent: Mar. 5, 2019**

(54) **VIDEO MONITORING APPARATUS, CONTROL APPARATUS, CONTROL METHOD, AND NON-TRANSITORY READABLE STORAGE MEDIUM**

(71) Applicant: **NEC Corporation**, Tokyo (JP)

(72) Inventor: **Keiichi Urashita**, Tokyo (JP)

(73) Assignee: **NEC CORPORATION**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 418 days.

(21) Appl. No.: **14/840,418**

(22) Filed: **Aug. 31, 2015**

(65) **Prior Publication Data**

US 2016/0080700 A1 Mar. 17, 2016

(30) **Foreign Application Priority Data**

Sep. 16, 2014 (JP) ................................ 2014-187186

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,970,083 B2 | 11/2005 | Venetianer et al. | |
| 2004/0105570 A1 | 6/2004 | Venetianer et al. | |
| 2006/0222206 A1 | 10/2006 | Garoutte | |
| 2008/0100704 A1 | 5/2008 | Venetianer | |
| 2008/0247609 A1 | 10/2008 | Feris | |
| 2010/0026802 A1 | 2/2010 | Titus | |
| 2010/0201815 A1 | 8/2010 | Anderson | |
| 2011/0169637 A1* | 7/2011 | Siegler, II .......... | G08B 13/2494 340/541 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2004-287752 A | 10/2004 |
| JP | 2007-512738 | 5/2007 |
| JP | 2008-047074 | 2/2008 |

(Continued)

OTHER PUBLICATIONS

Singapore Search Report dated Feb. 17, 2016; Appln. No. 10201507691Y.

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0216107 A1* | 8/2013 | Huang .............. | G06K 9/00295 382/118 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2008-083933 A | 4/2008 |
| JP | 2008-538870 A | 11/2008 |
| JP | 2009-140407 A | 6/2009 |
| JP | 2011-176736 | 9/2011 |
| JP | 2012-208793 | 10/2012 |
| JP | 2014-123276 | 7/2014 |

OTHER PUBLICATIONS

Japanese Office Action dated Aug. 21, 2018 in corresponding Japanese Patent Application No. 2014-187186 with JPO machine translation of Japanese Office Action.
Japanese Office Action issued in Application No. 2014-187186, dated Nov. 6, 2018 with English Translation.

55. For example, the '619 Patent explains how to solve these technical problems and detect more complicated behaviors. *See*, *e.g.*, *id.* at 1:67-2:2. More specifically, the claimed invention includes a first storage which stores a first condition for detecting a first event from a video and a second storage which stores a second condition for detecting a second event from the video. Thereby, an output circuit may output a signal indicating that a logical relationship designated in advance by the first event and the second event is satisfied. A first input circuit receives an input of the first condition and a second input circuit receives an input of the second

condition. These inputs are sent to a conditional operator input circuit which receives an input of a conditional operator indicating the logical relationship.

56. Defendant has directly infringed one or more claims of the ’619 Patent in this district and elsewhere in Texas, including at least claims 1, 7-11, 15, and 16 literally and/or under the doctrine of equivalents, by or through its sale, offer for sale, manufacture, use, or import of its products with package detections having pickup reminders (i.e., “Delivery Guard”) and/or object detections based on customized settings, security modes, Alarm Rules, detection sensitivities, and/or activity zones that enable a logical relationship for detections, including at least the 4G Camera S230; 4G Camera S230 (1 Pack); eufy 4G LTE Cam S330; eufy 4G LTE Cam S330 (2-Cam Pack); eufy 4G LTE Cam S330 (3-Cam Pack); eufy 4G LTE Cam S330 (4-Cam Pack); eufy 4G LTE Cam S330 + Video Smart Lock S330 ; eufy 4G LTE Cam S330 + Floodlight Camera E340; eufy 4G LTE Cam S330 + Video Doorbell E340; eufy 4G LTE Cam S330+Floodlight Camera E340 + HomeBase S380; eufy Pet Camera Pro N140; eufy Pet Dog Camera D605; eufy SoloCam E30; eufy SoloCam E30 (2Pack) + Homebase3; eufy SoloCam E30 + Homebase3; eufy Security Indoor Cam C220; eufy Security SoloCam C210 with Solar Panel; eufyCam E330 (Professional); eufyCam E330 (Professional) 4-Cam Kit; eufyCam S210 (eufyCam 2C); eufyCam S220 (eufyCam 2C Pro); eufyCam S300 (eufyCam 3C); eufyCam S330 (eufyCam 3); eufyCam S300 (eufyCam 3C) 3-Cam Kit+1 TB Drive; eufyCam S330 (eufyCam 3) 4-Cam Kit + 1 TB Hard Drive; eufyCam S330 (eufyCam 3) + Floodlight Camera E340; eufyCam S4; eufyCam E40 (indoor camera); Floodlight Cam S330; Floodlight Camera E30; Floodlight Cam S330（Renewed); Floodlight Camera E340; Floodlight Camera E340 (2-Pack); Floodlight Camera E340 + HomeBase S380; Floodlight Camera E340 (2-Pack) + HomeBase S380; Garage-Control Cam E110; Indoor Cam C120 (2K, Plug-In); Indoor Cam E220; Indoor

Cam E220 (Renewed); Indoor Cam E30; Indoor Cam S350; Motion Sensor; Outdoor Cam E210; Outdoor Cam E220; Smart Drop S300; Solar Wall Light Cam S120; Solar Wall Light Cam S120 + Solar Panel Charger; Solar Wall Light Cam S120 (Renewed); SoloCam C120; SoloCam C210; SoloCam S220; SoloCam S220 (Renewed); SoloCam S230 (S40); SoloCam S230 (S40) (Renewed); SoloCam S340; SoloCam S340 (2-Cam Pack) + eufy 4G LTE Cam S330; SoloCam S340 + eufy 4G LTE Cam S330; SoloCam S340 Wireless Outdoor Security Camera with Dual Lens and Solar Panel; eufy Smart Lock E30 + SoloCam S340; SoloCam S340 + Video Smart Lock S330 + HomeBase S380; SoloCam S340 + Indoor Cam S350; SoloCam S340 + Indoor Cam S350 + HomeBase S380; SoloCam S340 + Floodlight Camera E340; HomeBase S380 (HomeBase 3); eufy NVR Security Systems including Security systems S4 and E40; Video Doorbell (Wired) S330; Video Doorbell E340 (Battery Powered); Video Doorbell E340 + Rechargeable Battery Pack with USB-C; Video Doorbell E340 and Add-On Chime; Video Doorbell E340 (2-Pack); Video Doorbell E340 + eufy HomeBase™ S380; Video Doorbell E340 + Entry Sensor; Video Doorbell (Wired) S330; Video Doorbell S330 Add-on; Video Doorbell E340 (2-Pack) + HomeBase™ S380; eufy Smart Display E10 + Video Doorbell E340; SoloCam S340 (2-Pack) + Video Doorbell E340 + eufy HomeBase™ S380; Indoor Cam S350 + Video Doorbell E340 + eufy Homebase™ 3; eufy 4K NVR S4 Max (No HDD), eufy 4K NVR S4 Max 8-Camera Kit with 8 TB HDD, eufy 4K NVR Security Camera System S4 Max 4 TB HDD, eufy 6-Cam Kit PoE NVR Security System S4 Max, eufy 6-Cam Kit PoE NVR Security System S4 Max + 2 Turret Cameras, eufy Dual-NVR PoE System with 10 PoE Cam S4, eufy Dual-NVR PoE System with 12 PoE Cam S4, eufy ExpertSecure System E10, eufy ExpertSecure System E10 with 2 PoE Bullet-PTZ Cam S4+Display, eufy FamiLock E34, eufy Familock S3, eufy Familock S3 + HomeBase S380, eufy Familock S3 + Smart Display E10, eufy FamiLock S3

Max, eufy FamiLock S3 Max + eufy HomeBase S380 (HomeBase 3), eufy FamiLock S3 Max + Indoor Cam S350 ×2 + HomeBase S380, eufy Familock S3 Max + Smart Display E10, eufy FamiLock S3 Max + Video Doorbell, E340 + eufy Smart Display E10, eufy Floodlight Camera E30 + Entry Sensor, eufy Floodlight Camera E340 (2-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 + eufy Smart Display E10, eufy Floodlight Camera E340 with AC Cable, eufy Floodlight Camera E340 with AC Cable (2-Cam Kit) + eufy Homebase 3, eufy Floodlight Camera E340 with AC Cable (2-Cam Pack), eufy Floodlight Camera E340 with AC Cable + Entry Sensor, eufy Floodlight Camera E340 with AC Cable + eufy HomeBase S380, eufy Network Video Recorder S4 for Home Security Cameras, eufy Network Video Recorder S4 （No HDD), eufy PoE Bullet Security Camera E40, eufy PoE Bullet-PTZ Cam S4, eufy PoE NVR Security System E40, eufy PoE NVR Security System E40- 8× 4K Bullet Cameras, eufy PoE NVR Security System E41, eufy PoE NVR Security System S4, eufy PoE NVR Security System S4 Max, eufy PoE NVR Security System S4 Max + 2 Bullet Cameras, eufy PoE NVR Security System S4 Max + 2 Turret Cameras, eufy PoE NVR Security System S4 Max + 4 PoE Cam S4 Add-Ons, eufy PoE NVR Security System S4 Max+Turret Camera E41+ Bullet Camera E40, eufy PoE Turret Security Camera E41, eufy Smart Display E10, eufy Smart Display E10 + eufy PoE NVR Security System S4 Max, eufy Smart Display E10 + eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufy Smart Display E10 + SoloCam S340, eufy Smart Lock C220 with Door Lever, eufy Smart Lock C30, eufy Smart Lock C33, eufy Smart Lock E32, eufy Smart Lock E40, eufy SoloCam E30 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam E30（2-Cam Pack), eufy SoloCam E30（4-Cam Pack), eufy SoloCam E42, eufy SoloCam, E42 2-Cam Kit (HomeBase S380), eufy SoloCam E42 4-Cam Kit (HomeBase S380), eufy SoloCam

S340 (2-Cam Kit), eufy SoloCam S340 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 (4-Cam Kit) with Alarm System + HomeBase S380, eufy SoloCam S340 (4-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (6-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 + eufy HomeBase S380, eufy Video Doorbell C30, eufy Wired Cam C31 Add-On Camera, eufyCam C35 2-Cam Kit, eufyCam C35 4-Cam Kit, eufyCam C35 Add-On Camera, eufyCam E40 2-Cam Kit (HomeBase S380), eufyCam E40 2-Cam Kit (HomeBase S380) + 1 TB Hard Drive, eufyCam E40 4-Cam Kit (HomeBase S380), eufyCam E40 4-Cam Kit (HomeBase S380) + 1 TB Hard, eufyCam E40 Add-On Camera, eufyCam E40 Add-On Camera (2 Pack), eufyCam E40 Add-On Camera (4 Pack), eufyCam E40 Add-On Camera + eufy SoloCam S340, eufyCam S3 Pro 3-Cam Kit + FamiLock S3 Max, eufyCam S3 Pro 3-Cam Kit + Video Doorbell E340 (Battery Powered), eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufyCam S3 Pro 6-Cam Kit, eufyCam S3 Pro Add-on Camera, eufyCam S330 (eufyCam 3) Add-on Camera, and eufyCam S330 (eufyCam 3) Add-on Camera (2 Pack), eufyCam S4 (2 Pack), eufyCam S4 (4-Cam Kit) + eufy HomeBase Professional S1, eufyCam S4 (4-Pack), eufyCam S4 + eufy FamiLock S3 Max + Video Doorbell E340, eufyCam S4 + eufy HomeBase S380, eufyCam S4 + eufy Smart Display E10, eufyCam S4 + Rechargeable Battery, eufyCam S4 + Video Doorbell E340, eufyCam S4 +Smart Display E10 + eufy FamiLock S3 Max, eufyCam S4 +Smart Display E10 + Video Doorbell E340, eufyCam S4 2-Cam Kit, eufyCam S4 2-Cam Kit + 1 TB Hard Drive, eufyCam S4 2-Cam Kit + eufy FamiLock S3 Max, eufyCam S4 2-Cam Kit + eufy Smart Display E10, eufyCam S4 2-Cam Kit + Video Doorbell E340, eufyCam S4 4-Cam Kit, eufyCam S4 4-Cam Kit + 1 TB Hard Drive, eufyCam S4 4-Cam Kit + eufy Smart Display E10, eufyCam S4 4-Cam

Kit + Video Doorbell E340, eufyCam S4 6-Cam Kit, Indoor Cam E220 (2K, 2-Cam Kit, Pan & Tilt), Indoor Cam E220 (2K, 3-Cam Kit, Pan & Tilt), Indoor Cam E30 (2-Cam Kit), Indoor Cam S350 (2-Cam Pack), Indoor Cam S350 (3 packs), Indoor Cam S350 (4 pack), Indoor Cam S350 + eufy HomeBase S380, Indoor Cam S350+ eufy Smart Display E10, Smart Lock C210, Smart Lock C220, Smart Lock S230, SoloCam S220 (2-Cam Pack), SoloCam S340 (2-Pack) + Floodlight Camera E340 + eufy HomeBase S380, SoloCam S340 (4-Cam Pack), SoloCam S340 (4-Cam Pack) + HomeBase S380+ 1 TB Hard Drive+Smart Display E10, SoloCam S340 + Floodlight Camera E340 + HomeBase S380, Video Doorbell E340 + Floodlight Camera E340 + eufy Homebase 3, Video Smart Lock S330 +; eufy's BionicMind AI Service; eufy security application; and eufy servers supporting such products (collectively, "the Accused '619 Eufy Products").

57. NEC reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused '619 Eufy Products are identified to describe the Defendant's infringement and in no way limit the discovery and infringement allegations against Defendant concerning other devices that incorporate the same or reasonably similar functionalities.

58. Each of the Accused '619 Eufy Products, alone or in combination with the Eufy Security Application, Eufy servers, one or more Home Base, and/or NVR system includes a first storage which stores a first condition for detecting a first event from a video and a second storage which stores a second condition for detecting a second event from the video. Each of the Accused '619 Eufy Products, alone or in combination with the Eufy Security Application, Eufy servers, one or more Home Base, and/or NVR system, also includes an output circuit which

outputs a signal indicating that a logical relationship designated in advance by the first event and the second event is satisfied.

59. Each of the Accused ’619 Eufy Products, alone or in combination with the Eufy Security Application, Eufy servers, one or more Home Base, and/or NVR system, further includes a first input circuit which receives an input of the first condition, a second input circuit which receives an input of the second condition, and a conditional operator input circuit which receives an input of a conditional operator indicating the logical relationship.

60. The following excerpts from Eufy’s website and product listings provide non-limiting examples of the Accused Eufy ’619 Products infringing at least claims 1, 7-11, 15, and 16 of the ’619 Patent:

## Setting Up an Activity Zone for eufySecurity Devices

To help you set up an activity zone for eufySecurity devices that record videos, such as eufyCams, doorbells, floodlight, wired cams and so on.

**How to set up an activity zone?**

1. Camera Settings> Motion Detection> Activity Zone> Click the ⊕ icon.

2. The new zone appears in the middle of the screen. Turn your phone into landscape mode for a **full screen** of your camera’s view. Make sure the screen rotation setting on your phone is already turned on.

3. Tap and drag the sides of the zones to **change its shape**. eufySecurity products include **rectangle** zone and **hexagon zone**.

4. Once you've given the Activity Zone the shape and location you want, tap the checkmark to save the zone.

If you set an Activity Zone, please ensure that the zone you have drawn **covers the entire area of interest**. Sometimes, users who set incomplete Activity Zones lead to eufySecurity devices missing motions.

**What will happen if I set the activity zone?**

1. If someone **enters the zone**, the system will **push notifications and record clips**.
2. If someone **does not enter the zone**, but in the camera image viewing, the system will **not record and push notifications**.

https://service.eufy.com/article-description/Setting-Up-an-Activity-Zone-for-eufySecurity-Devices

# Security Modes in eufySecurity App

On the eufySecurity app, go to the Security tab to set your security modes: Home, Away, Disarmed, and Customize. For devices that work with HomeBase, they will be displayed under the same HomeBase's security mode. You can customize the mode settings according to your preferences.




https://service.eufy.com/ie/article-description/Security-Modes-in-eufySecurity-App

**What are Security Modes?**

1. Home Mode

By default, security devices are working but no alarm alerts will be heard and no notifications will be sent. It is recommended to use this mode when you are at home.

You are also able to set device rules in the Home mode. For example, if you still want to watch the recorded videos, receive notifications on your smartphone and hear the alarm when you are at home, please enable the Record Video, Push Notification, HomeBase/Camera Alarm settings in the Home mode.

2. Away Mode

All sensors are activated and your house is fully monitored. Any human or motion will be detected and an alarm will be triggered. It is recommended to use this mode when you are away from home.

Please manually switch from Home mode to Away mode when you have not set Geofencing or Schedule mode. To learn more about Geofencing and Schedule mode features, please refer to How Does Geofencing Work for eufySecurity Devices and How to Set Up Schedules for eufySecurity Devices.

3. Disarmed Mode

In Disarmed mode, all detection functions are disabled. None of the devices are activated and no alarm alert will be sent. It is recommended to use this mode only when you do not need devices to work. Please note the device rules in this mode cannot be edited.

4. Customize Mode

Customize mode is recommended if you feel a customized security mode is needed to match your specific requirements. Modify the settings on the eufySecurity app and the customized security mode can be assigned to the Customize button.

For example, you could customize a "Sleep mode" in which only certain sensors are monitored and alarms are triggered. When you press the Customize button, "Sleep Mode" will be activated.

The Away, Home, and Customized modes can be edited. You can choose to push notifications or send alarm alerts on the eufySecurity app. You can also set a Leaving delay and Alarm delay in each mode.

https://service.eufy.com/ie/article-description/Security-Modes-in-eufySecurity-App

**What are Alarm Rules?**

1. Leaving Delay

If you activate a security mode with an alarm action and you have to pass by a triggered device before leaving your house, you can set a delay time. The delay time allows you to leave home without triggering any alarm. Please make sure you leave the house before the countdown ends.

By default, the Leaving delay is disabled in each security mode. When you need to set a Leaving delay for a certain mode, you can select the device that needs the delay and determine a countdown time from 0 second to 300 seconds.

2. Alarm Delay

If you have activated a security mode that has a HomeBase alarm action you can set a delay time before the alarm will sound. The Alarm delay feature leaves you enough time to enter the house and switch the security mode on the keypad before the alarm sounds.

By default, the alarm will sound immediately once any device is triggered. If you need to set an Alarm delay for a certain device, select the device that requires the delay and set a time from 0 second to 300 seconds.

https://service.eufy.com/ie/article-description/Security-Modes-in-eufySecurity-App




https://service.eufy.com/article-description/How-to-Adjust-the-Motion-Sensitivity-on-eufySecurity-Cameras

## How to Adjust the Motion Sensitivity on eufySecurity Cameras

If you are either missing events or receiving too many false triggers on your eufySecurity camera, try these steps to test or adjust the sensitivity level of your camera/doorbell. Please note only **eufyCam, eufy SoloCam and eufy Floodlight Cam 2 Pro have motion test mode.** Other eufySecurity cameras, such as an indoor cam or video doorbell, can adjust the motion sensitivity settings in the Motion Detection settings directly.

**To test motion sensitivity settings on eufyCam and SoloCam:**

1. Launch the eufySecurity app and log in to your eufySecurity account.
2. Go to **Camera Settings** and find **Motion Detection**.
3. Tap **Motion Test Mode** at the bottom of the page.
4. Stand in front of the camera from different distances to test motion range. Move the slider bar from 1 to 7 to increase or decrease detection sensitivity. You can test the motion sensor detection distance with motion test mode. The camera will flash red when motion is detected. You can also receive notifications on your phone and view recordings in the eufySecurity app.

https://service.eufy.com/article-description/How-to-Adjust-the-Motion-Sensitivity-on-eufySecurity-Cameras

1. Activity Zone

Activity Zones can be set up in the Motion Detection settings. You can specify an Activity Zone within your eufyCam's view in which you want the motion to be detected. Anything captured outside this area will be ignored by the system's AI. You can now set up three Activity Zones to minimize the chance of false alerts.

The live-view from everyone's camera, of course, will be different, so it is important you take the time to properly assess which Motion Detection settings are required.



https://service.eufy.com/article-description/Motion-Detection-of-eufyCams

2. Detection Sensitivity

There are seven sensitivity levels for eufyCam series. The corresponding PIR sensor sensitivity is Level 1 (1-20), Level 2 (21-50), Level 3 (51-70), Level 4 (71-80), Level 5 (81-88), Level 6 (89-92), Level 7 (93-100). The system's default motion detection sensitivity is set at level 4. If you think that the detection distance is too short or it has occasionally missed some events, you can use the Motion test mode to increase the sensitivity and test the maximum detectable distance of the camera. Finally, adjust the camera's motion detection sensitivity to the appropriate level to suit your home.

https://service.eufy.com/article-description/Motion-Detection-of-eufyCams

3. Detection Type

Motion Detection has two detection types:

- **All Motions**

Select this setting if you don't want to miss any action that occurs in front of the camera. The camera will record and notify you of all motion events. All motion will be recorded and pushed both at day and night time.

- **Human Only**

When you select this setting the system's AI will filter out non-human motion events. This is done to save the camera's battery and to reduce the number of false alert notifications you receive. For safety purposes, Motion Detection will be switched to "All Motion" at night.

The system defaults to Human Only. During the day, the camera only records human motion events and the app only sends push alerts for humans. At night, all motion events are recorded and push alerts are sent by the app for all events. If you want to monitor more motion events during the day, such as cars or animals, try switching to All Motions mode.

https://service.eufy.com/article-description/Motion-Detection-of-eufyCams

# Delivery Guard User Guideline for eufy Video Doorbell Dual (Battery-Powered)

**What is Delivery Guard?**

**Delivery Guard** is a feature designed with our advanced AI technology to protect your packages. Whenever a package is delivered, you'll receive a notification. Plus, you can get pickup reminders throughout the day and be notified when someone approaches your package.

**For the Best Experience**

To ensure your packages are always detected, we recommend to do the following:

1. Focus on a small and clear area with the Porch View Camera. For the best result, make sure the field of view does not go past your porch line.
2. Ensure the porch has enough light, day and night.
3. Install the doorbell where the camera's view isn't blocked. We have included a 15° mounting wedge to help clear obstructions.
4. Set the activity zone to the usual package delivery area to avoid false detections.

https://service.eufy.com/article-description/Delivery-Guard-User-Guideline-for-eufy-Video-Doorbell-Dual-Battery-Powered




Delivery Guard settings page

https://linkdhome.com/reviews/eufy-e340-doorbell-review

61. The foregoing features and capabilities of the Accused ’619 Eufy Products, and Defendant’s description and/or demonstration thereof, including user manuals and advertising, reflect Defendant’s direct infringement by satisfying every element of at least claims 1, 7-11, 15, and 16 of the ’619 Patent, under 35 U.S.C. § 271(a).

62. Defendant has indirectly infringed at least claims 1, 7-11, 15, and 16 of the ’619 Patent in this judicial district and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of at least the Accused ’619 Eufy Products. Defendant’s customers who purchase devices and components thereof and operate such devices and components in accordance with Defendant’s instructions directly infringe one or more claims of the ’619 Patent in violation of 35 U.S.C. § 271. Defendant instructs its customers through at least user manuals, websites, or videos, such as those located at:

https://service.eufy.com/article-description/Setting-Up-an-Activity-Zone-for-eufySecurity-Devices; https://service.eufy.com/ie/article-description/Security-Modes-in-eufySecurity-App; https://service.eufy.com/article-description/How-to-Adjust-the-Motion-Sensitivity-on-eufySecurity-Cameras; https://service.eufy.com/article-description/Motion-Detection-of-eufyCams; and https://service.eufy.com/article-description/Delivery-Guard-User-Guideline-for-eufy-Video-Doorbell-Dual-Battery-Powered.

63. Further, Defendant indirectly infringes by inducing and/or contributing to infringement by making available tutorial videos on its official YouTube channels encouraging customers to infringe by implementing video monitoring, including infringing features. *See* https://www.youtube.com/channel/UC2MJc19aTAUJk7TrbPrMhEQ.

64. Further, Defendant directly and indirectly infringes by obtaining requisite certifications including FCC certifications to sell the products in the United States. *See e.g.*, https://us.eufy.com/pages/intellectual-property-rights; *see also* https://fccid.io/2AOKB-T8213.

65. Defendant is therefore liable for infringement of the ’619 Patent pursuant to 35 U.S.C. § 271(b).

66. Defendant has indirectly infringed at least claims 1, 7-11, 15, and 16 of the ’619 Patent by, among other things, contributing to the direct infringement of others, including customers of the Accused ’619 Eufy Products by making, offering to sell, or selling, in the United States, or importing a component of a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the ’619 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

67. For example, the Accused ’619 Eufy Products include at least one component to output a signal indicating that a logical relationship designated in advance by the first event and the second event is satisfied. This is a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, such component is a material part of the invention and upon information and belief is not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Defendant is liable for infringement of the ’619 Patent pursuant to 35 U.S.C. § 271(c).

68. Defendant has been on notice of the ’619 Patent since at least June 3, 2024. By the time of trial, Defendant will thus have known and intended (since receiving such notice), that its continued actions would actively induce and contribute to actual infringement of at least claims 1, 7-11, 15, and 16 of the ’619 Patent.

69. Defendant undertook and continues its infringing actions despite an objectively high likelihood that such activities infringed the ’619 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least June 3, 2024, Defendant has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the ’619 Patent, and that the ’619 Patent is valid. On information and belief, Defendant could not reasonably, subjectively believe that its actions do not constitute infringement of the ’619 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Defendant has continued its infringing activities. As such, Defendant willfully infringes the ’619 Patent.

70. NEC has been damaged by Defendant’s infringement of the ’619 Patent.

## COUNT 3 – INFRINGEMENT OF U.S. PATENT NO. 11,144,776

71. NEC incorporates paragraphs 1-70 above by reference.

72. The ’776 Patent is directed to one or more of a mobile surveillance apparatus, mobile surveillance system, a surveillance method executed by a computer, and/or a non-transitory computer-readable storage medium storing a program that causes a computer system to execute a method in a surveillance system. For example, the ’776 Patent discloses a touch panel display configured to display a surveillance image and at least one processor configured to perform a first process that is to set an event detection region with respect to a surveillance image or a second process that is to change a display range of the surveillance image, in accordance with a slide operation performed with respect to the surveillance image displayed on the touch panel display, and switch from the second process to the first process when a touch operation is performed at a plurality of places on the touch panel display in a predetermined order.

73. The ’776 Patent is directed to solving problems related to using mobile devices such as smartphones and tablets to perform surveillance. ’776 Patent at 1:20-44. Conventional systems at the time of the ’776 Patent allowed a user to access a server using such mobile devices to watch video from a surveillance system. *Id.* Additionally, conventional systems allowed for setting a surveillance region in a surveillance system. *Id.* Conventional systems included the technical problem of where the mobile device would be capable of executing different processes in accordance with the same touch input, which would cause “poor operability” in a surveillance system. *Id.* at 2:7-11.

74. There were technical problems in the input processing of conventional systems that prevented accounting for poor operability as confirmed by all the prior art that the USPTO considered and confirmed that the claimed inventions of the ’776 Patent provided technical solutions not set forth in any of the following prior art patents/publications:

(12) **United States Patent**
**Ida et al.**

(10) **Patent No.: US 11,144,776 B2**
(45) **Date of Patent: *Oct. 12, 2021**

(54) **MOBILE SURVEILLANCE APPARATUS, PROGRAM, AND CONTROL METHOD**

(71) Applicant: **NEC CORPORATION**, Tokyo (JP)

(72) Inventors: **Kenichiro Ida**, Tokyo (JP); **Hiroshi Kitajima**, Tokyo (JP); **Hiroyoshi Miyano**, Tokyo (JP)

(73) Assignee: **NEC CORPORATION**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/824,820**

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,696,945 B1 2/2004 Venetianer et al.
6,727,938 B1 4/2004 Randall
(Continued)

FOREIGN PATENT DOCUMENTS

JP 2000-513168 A 10/2000
JP 2002-229718 A 8/2002
(Continued)

OTHER PUBLICATIONS

Apple, iPhone User Guide for iOS 7, Oct. 2013, pp. 1-158.
(Continued)

**US 11,144,776 B2**
Page 2

**Related U.S. Application Data**

continuation of application No. 15/561,548, filed as application No. PCT/JP2015/059747 on Mar. 27, 2015, now Pat. No. 10,192,128.

(51) **Int. Cl.**

| | |
|---|---|
| ***G06F 3/0488*** | (2013.01) |
| ***H04N 5/232*** | (2006.01) |
| ***H04N 7/18*** | (2006.01) |
| ***G08B 13/196*** | (2006.01) |
| ***G06F 3/0484*** | (2013.01) |

(52) **U.S. Cl.**
CPC ... ***G06F 3/04883*** (2013.01); ***G08B 13/19682*** (2013.01); ***G08B 13/19684*** (2013.01); ***G08B 13/19689*** (2013.01); ***H04N 5/23206*** (2013.01); ***H04N 5/23216*** (2013.01); ***H04N 7/181*** (2013.01); *G08B 13/19602* (2013.01); *G08B 13/19691* (2013.01); *H04N 5/232933* (2018.08); *H04N 7/183* (2013.01)

(56) **References Cited**


U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,970,083 | B2 | 11/2005 | Venetianer et al. | |
| 8,582,037 | B2 * | 11/2013 | Stern | G06F 3/017 348/734 |
| 9,082,018 | B1 * | 7/2015 | Laska | G08B 13/19684 |
| 2006/0026521 | A1 * | 2/2006 | Hotelling | G06F 3/0488 715/702 |
| 2006/0171453 | A1 * | 8/2006 | Rohlfing | G08B 13/19656 375/240.01 |
| 2007/0064104 | A1 * | 3/2007 | Ikeda | H04N 5/23206 348/143 |
| 2010/0214417 | A1 * | 8/2010 | Gennari | G08B 13/19645 348/159 |
| 2011/0013018 | A1 * | 1/2011 | Leblond | G08G 1/0175 348/143 |
| 2011/0199314 | A1 * | 8/2011 | Laberge | G06F 3/04883 345/173 |
| 2011/0285846 | A1 * | 11/2011 | Lee | G08B 13/19684 348/143 |
| 2012/0062732 | A1 * | 3/2012 | Marman | G08B 13/19682 348/142 |
| 2012/0169842 | A1 * | 7/2012 | Chuang | G08B 13/19619 348/39 |
| 2013/0016998 | A1 | 1/2013 | Noguchi et al. | |
| 2013/0083198 | A1 * | 4/2013 | Maslan | H04N 7/188 348/155 |
| 2014/0078172 | A1 | 3/2014 | Systrom et al. | |
| 2014/0132758 | A1 * | 5/2014 | Saptharishi | G06T 7/90 348/135 |
| 2014/0232903 | A1 * | 8/2014 | Oshima | H04N 5/23206 348/229.1 |
| 2014/0267112 | A1 * | 9/2014 | Dunn | G08B 13/19689 345/173 |
| 2016/0092044 | A1 * | 3/2016 | Laska | G06K 9/00771 715/721 |
| 2016/0093336 | A1 * | 3/2016 | Laska | G08B 13/19615 386/241 |
| 2016/0093338 | A1 * | 3/2016 | Laska | H04N 7/185 386/224 |
| 2016/0267330 | A1 * | 9/2016 | Oami | G06K 9/00778 |
| 2017/0353788 | A1 * | 12/2017 | Tatematsu | G06F 3/04845 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2003091370 | A | 3/2003 |
| JP | 2007-88584 | A | 4/2007 |
| JP | 2010-170573 | A | 8/2010 |
| JP | 4976939 | B2 | 7/2012 |
| JP | 2012-213042 | A | 11/2012 |
| JP | 2013-140436 | A | 7/2013 |
| JP | 2014-6671 | A | 1/2014 |
| JP | 2014-064241 | A | 1/2014 |
| JP | 2014179923 | A | 9/2014 |
| JP | 2016-099790 | A | 5/2016 |
| WO | 2014/030667 | A1 | 2/2014 |
| WO | 2014/050180 | A1 | 4/2014 |

OTHER PUBLICATIONS

Communication dated Aug. 21, 2018, from the Japanese Patent Office in counterpart application No. 2017-202480.
Decision to Grant a Patent for JP 2017-508860, dated Sep. 8, 2017.
International preliminary report on patentability for PCT/JP2015/059747, dated Feb. 22, 2017.
International Search Report for PCT/JP2015/059747, dated Jun. 16, 2015.
Notice of Allowance for U.S. Appl. No. 16/223,177 dated Dec. 16, 2019.
Notification of Reasons for Refusal dated Feb. 12, 2020 from the Japanese Patent Office in application No. 2019-078467.
Nozomu Ozaki et al. ,"A Surveillance System Using Mobile Phone Based on Region of Interest" Mar. 2, 2011, pp. 33-37 (7 pages total).
Office Action dated Feb. 3, 2020 in Japanese Application No. 2019-078467.
U.S. Office Action and PTO-892 for U.S. Appl. No. 16/782,162 dated Feb. 18, 2021.

* cited by examiner


75. The inventors of the ’776 Patent solved these problems by describing an improvement to conventional systems at the time, enhancing the operability of using a mobile surveillance system. *Id.* at 2:9-12. More specifically, the ’776 Patent describes using multiple operations or inputs to control different processes. Further, a different operation or input may be implemented to switch between different functions related to controlling a surveillance system.

For example, claim 1 of the ’776 Patent recites a touch panel display configured to display a surveillance image and at least one processor configured to perform a first process that is to set an event detection region with respect to a surveillance image or a second process that is to change a display range of the surveillance image, in accordance with a slide operation performed with respect to the surveillance image displayed on the touch panel display, and switch from the second process to the first process when a touch operation is performed at a plurality of places on the touch panel display in a predetermined order.

76. Defendant has directly infringed one or more claims of the ’776 Patent in this District and elsewhere in Texas, including at least claims 1-16 literally and/or under the doctrine of equivalents, by or through its sale, offer for sale, manufacture, use, or import of its surveillance products with activity zone detection functionality working in conjunction with a camera product, including at least the 4G Camera S230; 4G Camera S230 (1 Pack); eufy 4G LTE Cam S330; eufy 4G LTE Cam S330 (2-Cam Pack); eufy 4G LTE Cam S330 (3-Cam Pack); eufy 4G LTE Cam S330 (4-Cam Pack); eufy 4G LTE Cam S330 + Video Smart Lock S330 ; eufy 4G LTE Cam S330 + Floodlight Camera E340; eufy 4G LTE Cam S330 + Video Doorbell E340; eufy 4G LTE Cam S330+Floodlight Camera E340 + HomeBase S380; eufy Pet Camera Pro N140; eufy Pet Dog Camera D605; eufy SoloCam E30; eufy SoloCam E30 (2Pack) + Homebase3; eufy SoloCam E30 + Homebase3; eufy Security Indoor Cam C220; eufy Security SoloCam C210 with Solar Panel; eufyCam E330 (Professional); eufyCam E330 (Professional) 4-Cam Kit; eufyCam S210 (eufyCam 2C); eufyCam S220 (eufyCam 2C Pro); eufyCam S300 (eufyCam 3C); eufyCam S330 (eufyCam 3); eufyCam S300 (eufyCam 3C) 3-Cam Kit+1 TB Drive; eufyCam S330 (eufyCam 3) 4-Cam Kit + 1 TB Hard Drive; eufyCam S330 (eufyCam 3) + Floodlight Camera E340; eufyCam S4; eufyCam E40 (indoor camera); Floodlight Cam S330;

Floodlight Camera E30; Floodlight Cam S330（Renewed); Floodlight Camera E340; Floodlight Camera E340 (2-Pack); Floodlight Camera E340 + HomeBase S380; Floodlight Camera E340 (2-Pack) + HomeBase S380; Garage-Control Cam E110; Indoor Cam C120 (2K, Plug-In); Indoor Cam E220; Indoor Cam E220 (Renewed); Indoor Cam E30; Indoor Cam S350; Motion Sensor; Outdoor Cam E210; Outdoor Cam E220; Smart Drop S300; Solar Wall Light Cam S120; Solar Wall Light Cam S120 + Solar Panel Charger; Solar Wall Light Cam S120 (Renewed); SoloCam C120; SoloCam C210; SoloCam S220; SoloCam S220 (Renewed); SoloCam S230 (S40); SoloCam S230 (S40) (Renewed); SoloCam S340; SoloCam S340 (2-Cam Pack) + eufy 4G LTE Cam S330; SoloCam S340 + eufy 4G LTE Cam S330; SoloCam S340 Wireless Outdoor Security Camera with Dual Lens and Solar Panel; eufy Smart Lock E30 + SoloCam S340; SoloCam S340 + Video Smart Lock S330 + HomeBase S380; SoloCam S340 + Indoor Cam S350; SoloCam S340 + Indoor Cam S350 + HomeBase S380; SoloCam S340 + Floodlight Camera E340; HomeBase S380 (HomeBase 3); eufy NVR Security Systems including Security systems S4 and E40; Video Doorbell (Wired) S330; Video Doorbell E340 (Battery Powered); Video Doorbell E340 + Rechargeable Battery Pack with USB-C; Video Doorbell E340 and Add-On Chime; Video Doorbell E340 (2-Pack); Video Doorbell E340 + eufy HomeBase™ S380; Video Doorbell E340 + Entry Sensor; Video Doorbell (Wired) S330; Video Doorbell S330 Add-on; Video Doorbell E340 (2-Pack) + HomeBase™ S380; eufy Smart Display E10 + Video Doorbell E340; SoloCam S340 (2-Pack) + Video Doorbell E340 + eufy HomeBase™ S380; Indoor Cam S350 + Video Doorbell E340 + eufy Homebase™ 3; eufy 4K NVR S4 Max (No HDD), eufy 4K NVR S4 Max 8-Camera Kit with 8 TB HDD, eufy 4K NVR Security Camera System S4 Max 4 TB HDD, eufy 6-Cam Kit PoE NVR Security System S4 Max, eufy 6-Cam Kit PoE NVR Security System S4 Max + 2 Turret Cameras, eufy Dual-NVR PoE System with

10 PoE Cam S4, eufy Dual-NVR PoE System with 12 PoE Cam S4, eufy ExpertSecure System E10, eufy ExpertSecure System E10 with 2 PoE Bullet-PTZ Cam S4+Display, eufy FamiLock E34, eufy Familock S3, eufy Familock S3 + HomeBase S380, eufy Familock S3 + Smart Display E10, eufy FamiLock S3 Max, eufy FamiLock S3 Max + eufy HomeBase S380 (HomeBase 3), eufy FamiLock S3 Max + Indoor Cam S350 ×2 + HomeBase S380, eufy Familock S3 Max + Smart Display E10, eufy FamiLock S3 Max + Video Doorbell, E340 + eufy Smart Display E10, eufy Floodlight Camera E30 + Entry Sensor, eufy Floodlight Camera E340 (2-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 + eufy Smart Display E10, eufy Floodlight Camera E340 with AC Cable, eufy Floodlight Camera E340 with AC Cable (2-Cam Kit) + eufy Homebase 3, eufy Floodlight Camera E340 with AC Cable (2-Cam Pack), eufy Floodlight Camera E340 with AC Cable + Entry Sensor, eufy Floodlight Camera E340 with AC Cable + eufy HomeBase S380, eufy Network Video Recorder S4 for Home Security Cameras, eufy Network Video Recorder S4（No HDD), eufy PoE Bullet Security Camera E40, eufy PoE Bullet-PTZ Cam S4, eufy PoE NVR Security System E40, eufy PoE NVR Security System E40- 8× 4K Bullet Cameras, eufy PoE NVR Security System E41, eufy PoE NVR Security System S4, eufy PoE NVR Security System S4 Max, eufy PoE NVR Security System S4 Max + 2 Bullet Cameras, eufy PoE NVR Security System S4 Max + 2 Turret Cameras, eufy PoE NVR Security System S4 Max + 4 PoE Cam S4 Add-Ons, eufy PoE NVR Security System S4 Max+Turret Camera E41+ Bullet Camera E40, eufy PoE Turret Security Camera E41, eufy Smart Display E10, eufy Smart Display E10 + eufy PoE NVR Security System S4 Max, eufy Smart Display E10 + eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufy Smart Display E10 + SoloCam S340, eufy Smart Lock C220 with Door Lever, eufy Smart Lock C30, eufy Smart Lock

C33, eufy Smart Lock E32, eufy Smart Lock E40, eufy SoloCam E30 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam E30（2-Cam Pack), eufy SoloCam E30（4-Cam Pack), eufy SoloCam E42, eufy SoloCam, E42 2-Cam Kit (HomeBase S380), eufy SoloCam E42 4-Cam Kit (HomeBase S380), eufy SoloCam S340 (2-Cam Kit), eufy SoloCam S340 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 (4-Cam Kit) with Alarm System + HomeBase S380, eufy SoloCam S340 (4-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (6-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 + eufy HomeBase S380, eufy Video Doorbell C30, eufy Wired Cam C31 Add-On Camera, eufyCam C35 2-Cam Kit, eufyCam C35 4-Cam Kit, eufyCam C35 Add-On Camera, eufyCam E40 2-Cam Kit (HomeBase S380), eufyCam E40 2-Cam Kit (HomeBase S380) + 1 TB Hard Drive, eufyCam E40 4-Cam Kit (HomeBase S380), eufyCam E40 4-Cam Kit (HomeBase S380) + 1 TB Hard, eufyCam E40 Add-On Camera, eufyCam E40 Add-On Camera (2 Pack), eufyCam E40 Add-On Camera (4 Pack), eufyCam E40 Add-On Camera + eufy SoloCam S340, eufyCam S3 Pro 3-Cam Kit + FamiLock S3 Max, eufyCam S3 Pro 3-Cam Kit + Video Doorbell E340 (Battery Powered), eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufyCam S3 Pro 6-Cam Kit, eufyCam S3 Pro Add-on Camera, eufyCam S330 (eufyCam 3) Add-on Camera, and eufyCam S330 (eufyCam 3) Add-on Camera (2 Pack), eufyCam S4 (2 Pack), eufyCam S4 (4-Cam Kit) + eufy HomeBase Professional S1, eufyCam S4 (4-Pack), eufyCam S4 + eufy FamiLock S3 Max + Video Doorbell E340, eufyCam S4 + eufy HomeBase S380, eufyCam S4 + eufy Smart Display E10, eufyCam S4 + Rechargeable Battery,

eufyCam S4 + Video Doorbell E340, eufyCam S4 +Smart Display E10 + eufy FamiLock S3 Max, eufyCam S4 +Smart Display E10 + Video Doorbell E340, eufyCam S4 2-Cam Kit, eufyCam S4 2-Cam Kit + 1 TB Hard Drive, eufyCam S4 2-Cam Kit + eufy FamiLock S3 Max, eufyCam S4 2-Cam Kit + eufy Smart Display E10, eufyCam S4 2-Cam Kit + Video Doorbell E340, eufyCam S4 4-Cam Kit, eufyCam S4 4-Cam Kit + 1 TB Hard Drive, eufyCam S4 4-Cam Kit + eufy Smart Display E10, eufyCam S4 4-Cam Kit + Video Doorbell E340, eufyCam S4 6-Cam Kit, Indoor Cam E220 (2K, 2-Cam Kit, Pan & Tilt), Indoor Cam E220 (2K, 3-Cam Kit, Pan & Tilt), Indoor Cam E30 (2-Cam Kit), Indoor Cam S350 (2-Cam Pack), Indoor Cam S350 (3 packs), Indoor Cam S350 (4 pack), Indoor Cam S350 + eufy HomeBase S380, Indoor Cam S350+ eufy Smart Display E10, Smart Lock C210, Smart Lock C220, Smart Lock S230, SoloCam S220 (2-Cam Pack), SoloCam S340 (2-Pack) + Floodlight Camera E340 + eufy HomeBase S380, SoloCam S340 (4-Cam Pack), SoloCam S340 (4-Cam Pack) + HomeBase S380+ 1 TB Hard Drive+Smart Display E10, SoloCam S340 + Floodlight Camera E340 + HomeBase S380, Video Doorbell E340 + Floodlight Camera E340 + eufy Homebase 3, Video Smart Lock S330 +, eufy's BionicMind AI Service; eufy security application; and eufy servers supporting such products (collectively, "the Accused '776 Eufy Products").

77. NEC reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused '776 Eufy Products are identified to describe the Defendant's infringement and in no way limit the discovery and infringement allegations against Defendant concerning other devices that incorporate the same or reasonably similar functionalities.

78. Each of the Accused '776 Eufy Products, alone or in combination with the Eufy Security Application, forms a surveillance system or executes a surveillance method, or provides

a computer readable medium. For example, each of the Accused ’776 Eufy Products includes a touch panel display configured to display a surveillance image and at least one processor configured to perform a first process that is to set an event detection region with respect to a surveillance image or a second process that is to change a display range of the surveillance image, in accordance with a slide operation performed with respect to the surveillance image displayed on the touch panel display, and switch from the second process to the first process when a touch operation is performed at a plurality of places on the touch panel display in a predetermined order.

79. The following excerpts from eufy’s websites provide non-limiting examples of the Accused ’776 Eufy Products infringing at least claims 1-16 of the ’776 Patent:

1. Activity Zone

Activity Zones can be set up in the Motion Detection settings. You can specify an Activity Zone within your eufyCam’s view in which you want the motion to be detected. Anything captured outside this area will be ignored by the system’s AI. You can now set up three Activity Zones to minimize the chance of false alerts.

The live-view from everyone’s camera, of course, will be different, so it is important you take the time to properly assess which Motion Detection settings are required.



2. Detection Sensitivity

There are seven sensitivity levels for eufyCam series. The corresponding PIR sensor sensitivity is Level 1 (1-20), Level 2 (21-50), Level 3 (51-70), Level 4 (71-80), Level 5 (81-88), Level 6 (89-92), Level 7 (93-100). The system’s default motion detection sensitivity is set at level 4. If you think that the detection distance is too short or it has occasionally missed some events, you can use the Motion test mode to increase the sensitivity and test the maximum detectable distance of the camera. Finally, adjust the camera’s motion detection sensitivity to the appropriate level to suit your home.

https://service.eufy.com/article-description/Motion-Detection-of-eufyCams

## Setting Up an Activity Zone for eufySecurity Devices

To help you set up an activity zone for eufySecurity devices that record videos, such as eufyCams, doorbells, floodlight, wired cams and so on.

**How to set up an activity zone?**

1. Camera Settings> Motion Detection> Activity Zone> Click the ⊕ icon.

2. The new zone appears in the middle of the screen. Turn your phone into landscape mode for a **full screen** of your camera’s view. Make sure the screen rotation setting on your phone is already turned on.

3. Tap and drag the sides of the zones to **change its shape**. eufySecurity products include **rectangle** zone and **hexagon zone**.

4. Once you’ve given the Activity Zone the shape and location you want, tap the checkmark to save the zone.

If you set an Activity Zone, please ensure that the zone you have drawn **covers the entire area of interest**. Sometimes, users who set incomplete Activity Zones lead to eufySecurity devices missing motions.

**What will happen if I set the activity zone?**

1. If someone **enters the zone**, the system will **push notifications and record clips**.
2. If someone **does not enter the zone**, but in the camera image viewing, the system will **not record and push notifications**.

**What can I do if it still sends a notification when activity zones are set?**

You can **fine-tune the area borders**. Tuning the activity zone is a trial-and-error process as the camera’s views are different from user to user. If you still have doubts, please contact eufy customer service to assist with the activity zone.

https://service.eufy.com/article-description/Setting-Up-an-Activity-Zone-for-eufySecurity-Devices

**What is Activity Zone?**

Activity Zone is designed to frame the monitoring area from your camera's live view. If someone shows up in activity zone, it can detect and record moving objects and then push notification alerts to your phone.




**image1280×505 20.2 KB**

Activity Zones can be set up in the Motion Detection settings. You can specify an Activity Zone within your eufyCam's view in which you want motion to be detected. Anything captured outside this area will be ignored by the system's AI. You can now set up to several Activity Zones to minimize the chance of false alert.

The live-view from everyone's camera, of course, will be different, so the settings will depend on different products.

https://service.eufy.com/article-description/Unlock-the-Power-of-eufy-Camera-Activity-Zones

**How to reduce the occurrence of false alerts and overconsumption of power?**

Let's take a look at how the Activity Zone settings can be used to achieve battery efficiency while avoiding unnecessary triggering in these three simulated scenarios.

Scenario 1: Front door

If you have your camera located at your front door facing your driveway, we recommend you consider the following -

1.Draw an Activity Zone that excludes the areas outside of your driveway. Areas such as sidewalks or roads should be avoided if you don't want the alerts. Refer to the picture below.



https://service.eufy.com/article-description/Unlock-the-Power-of-eufy-Camera-Activity-Zones

# What will happen when I set an Activity Zone?

Activity Zones allow you to define a specific area where you want motion to be detected. Everything outside is ignored, so you avoid unnecessary event videos.

You can use Activity Zones to exclude frequently or publicly accessed areas, such as sidewalks or roads, or only to look at a doorway.

- If someone enters the zone, the system will send a push notification and record the event.
- If someone does not enter the zone but is in the camera's viewing area, the system will not record, nor send a push notification.

**How do I set up an Activity Zone?**

- Make sure you have added preset positions first. Activity Zones can only be added within preset positions.
- Press the Add button to create a zone automatically. Then tap the zone to move and drag the 6 points to change its shape. Tap √ to save the zone.
- You can also use the pencil to change the shape of the Activity Zone. Tap the checkmark √ to save the change.
- If you want to remove the Activity Zone, select the zone you want to delete and tap the trash icon to confirm.
- You can set up to 2 zones per preset position. For best results, keep Activity Zones from overlapping.




**What should I do if notifications are still being sent after Activity Zones are set?**

You can fine-tune the area borders, add more Activity Zones or split one Activity Zone into smaller Activity Zones.

https://service.eufy.com/article-description/What-will-happen-when-I-set-an-Activity-Zone1




https://community.eufy.com/t/what-is-the-point-of-setting-activity-zones/1484050/7




https://community.eufy.com/t/what-is-the-point-of-setting-activity-zones/1484050/7




https://community.eufy.com/t/what-is-the-point-of-setting-activity-zones/1484050/7

80. The foregoing features and capabilities of the Accused ‘776 Eufy Products and Defendant’s description and/or demonstration thereof, including in user manuals and advertising, reflect Defendant’s direct infringement by satisfying every element of at least claims 1-16 of the ‘776 Patent, under 35 U.S.C. § 271(a).

81. Defendant has indirectly infringed at least claims 1-16 of the ‘776 Patent in this judicial district and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of at least the Accused ‘776 Eufy Products. Defendant’s customers who purchase devices and components thereof and operate such devices and components in accordance with Defendant’s instructions directly infringe one or more claims of the ‘776 Patent in violation of 35 U.S.C. § 271. Defendant instructs its customers through at least user manuals or websites, such as those located at: https://service.eufy.com/article-description/Motion-Detection-of-eufyCams; https://service.eufy.com/article-description/Setting-Up-an-Activity-Zone-for-eufySecurity-

Devices; https://service.eufy.com/article-description/Unlock-the-Power-of-eufy-Camera-Activity-Zones; https://service.eufy.com/article-description/What-will-happen-when-I-set-an-Activity-Zone1; and https://community.eufy.com/t/what-is-the-point-of-setting-activity-zones/1484050/7.

82. For example, as shown above, Defendant instructs its customers to "set an activity zone" and describes to customers how the activity zone is detected and how predetermined processes are switched between by operating the eufy security app via a touch screen.

83. Further, Defendant indirectly infringes by inducing and/or contributing to infringement by making available tutorial videos on their official YouTube channel encouraging customers to infringe. *See* https://www.youtube.com/channel/UC2MJc19aTAUJk7TrbPrMhEQ.

84. Defendant is thereby liable for infringement of the '776 Patent pursuant to 35 U.S.C. § 271(b).

85. Defendant has indirectly infringed at least claims 1-16 of the '776 Patent by, among other things, contributing to the direct infringement of others, including customers of the Accused '776 Eufy Products by making, offering to sell, or selling, in the United States, or importing a component of a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '776 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

86. For example, the Accused '776 Eufy Products include at least one component to perform a first process that is to set an event detection region with respect to a surveillance image or a second process that is to change a display range of the surveillance image, in accordance with a slide operation performed with respect to the surveillance image displayed on

the touch panel display, and switch from the second process to the first process when a touch operation is performed at a plurality of places on the touch panel display in a predetermined order. Furthermore, such component is a material part of the invention and upon information and belief is not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Defendant is liable for infringement of the ‘776 Patent pursuant to 35 U.S.C. § 271(c).

87. Defendant has been on notice of the ’776 Patent since at least June 3, 2024. By the time of trial, Defendant will thus have known and intended (since receiving such notice), that their continued actions would actively induce and contribute to actual infringement of at least claims 1-16 of the ’776 Patent.

88. Defendant undertook and continues its infringing actions despite an objectively high likelihood that such activities infringed the ’776 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least June 3, 2024, Defendant has been aware of an objectively high likelihood that their actions constituted and continue to constitute infringement of the ’776 Patent, and that the ’776 Patent is valid. On information and belief, Defendant cannot reasonably, subjectively believe that their actions do not constitute infringement of the ’776 Patent, nor could they reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that their actions constitute infringement, Defendant has continued its infringing activities. As such, Defendant willfully infringes the ’776 Patent.

89. NEC has been damaged by Defendant’s infringement of the ’776 Patent.

## COUNT 4 – INFRINGEMENT OF U.S. PATENT NO. 10,706,336

90. NEC incorporates paragraphs 1-89 above by reference.

91. The ’336 Patent is directed to an object recognition system. For example, the ’336 Patent discloses a video capture device configured to capture a video sequence formed from a set

of unlabeled testing video frames, the video sequence including one or more objects to be recognized; a processor configured to pre-train a recognition engine formed from a reference set of convolutional neural networks (CNNs) on a still image domain that includes a set of labeled training still image frames; adapt the recognition engine to a video domain to form an adapted recognition engine, by applying a non-reference set of CNNs to a set of domains that include the still image domain, a synthetically degraded image domain, and the video domain, wherein the synthetically degraded image domain includes labeled synthetically degraded versions of the labeled training still image frames included in the still image domain, and wherein the video domain includes random unlabeled training video frames; and recognize, using the adapted recognition engine, at least one of the objects in the video sequence to obtain a set of recognized objects; and a display device configured to display the set of recognized objects to a user.

92. The ’336 Patent explains that it resolves problems with recognition of objects in unlabeled videos as it relates to training models and improving accuracy of object detection and recognition. See ’336 Patent at 1:30-42. Accordingly, the ’336 Patent provides a solution for object recognition in unlabeled videos with domain adversarial learning and knowledge distillation. *Id.*

93. There were technical problems in the field of training object recognition models and implementing neural networks in conventional security systems that prevented reliance on specific types of training image data as confirmed by all the prior art that the USPTO considered and confirmed that the claimed inventions of the ’336 Patent provided technical solutions not set forth in any of the following prior art patents/publications:

(12) **United States Patent**
**Sohn et al.**

(10) **Patent No.: US 10,706,336 B2**
(45) **Date of Patent: *Jul. 7, 2020**

(54) **RECOGNITION IN UNLABELED VIDEOS WITH DOMAIN ADVERSARIAL LEARNING AND KNOWLEDGE DISTILLATION**

(71) Applicant: **NEC CORPORATION**, Tokyo (JP)

(72) Inventors: **Kihyuk Sohn**, Fremont, CA (US); **Xiang Yu**, Mountain View, CA (US); **Manmohan Chandraker**, Santa Clara, CA (US)

(73) Assignee: **NEC Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 163 days.

This patent is subject to a terminal disclaimer.

(58) **Field of Classification Search**
CPC .. G08B 13/19613; G06N 3/088; G06N 20/00; G06N 3/0454; G06K 9/6274;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 9,886,827 B2 * | 2/2018 | Schoner | .............. | G07G 1/0045 |
| 2017/0309136 A1 * | 10/2017 | Schoner | .............. | G07G 1/0045 |

(Continued)

OTHER PUBLICATIONS

Kihyuk Sohn et al. "Unsupervised Domain Adaptation for Face Recognition in Unlabeled Videos" IEEE International Conference on Computer Vision (ICCV), Oct. 2017, pp. 3210-3218.*
(Continued)

**US 10,706,336 B2**
Page 2

(51) **Int. Cl.**

| | |
|---|---|
| ***G06K 9/00*** | (2006.01) |
| ***G06N 3/08*** | (2006.01) |
| ***G06N 20/00*** | (2019.01) |
| ***G06N 3/04*** | (2006.01) |
| ***G08B 13/196*** | (2006.01) |
| ***G06T 7/70*** | (2017.01) |
| ***G06T 9/00*** | (2006.01) |
| ***G06K 9/46*** | (2006.01) |
| ***G06N 3/02*** | (2006.01) |

(52) **U.S. Cl.**
CPC ..... ***G06K 9/00718*** (2013.01); ***G06K 9/00744*** (2013.01); ***G06K 9/00771*** (2013.01); ***G06K 9/4628*** (2013.01); ***G06K 9/6201*** (2013.01); ***G06K 9/6217*** (2013.01); ***G06K 9/6262*** (2013.01); ***G06K 9/6274*** (2013.01); ***G06N 3/02*** (2013.01); ***G06N 3/0454*** (2013.01); ***G06N 3/08*** (2013.01); ***G06N 3/088*** (2013.01); ***G06N 20/00*** (2019.01); ***G06T 7/70*** (2017.01); ***G06T 9/002*** (2013.01); ***G08B 13/19613*** (2013.01); *G06K 2009/00738* (2013.01); *G06T 2207/20081* (2013.01); *G08B 13/196* (2013.01)

(58) **Field of Classification Search**
CPC ............ G06K 9/4628; G06K 9/00288; G06K 9/00771; G06K 9/66; G06K 9/00268; G06K 9/6262; G06K 9/6217; G06T 9/002
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2017/0316281 A1 * | 11/2017 | Criminisi | ............ | G06K 9/6257 |
| 2017/0316285 A1 * | 11/2017 | Ahmed | .................... | G06K 9/66 |
| 2018/0173997 A1 * | 6/2018 | Shen | .................... | G06K 9/6227 |
| 2018/0190249 A1 * | 7/2018 | Roblek | ............... | G10H 1/0025 |

OTHER PUBLICATIONS

Goodfellow et al., Generative Adversarial Nets, Jun. 2014, pp. 1-9.*
Ding, et al., "Trunk-Branch Ensemble Convolutional Neural Networks for Video-based Face Recognition", IEEE Transactions on Pattern Analysis and Machine Intelligence, May 2017, pp. 1-14.
Sanin, et al., "Unsupervised Domain Adaptation by Backpropagation", Proceedings of the 32nd International Conference on Machine Learning, Jul. 2015, 10 pages.
Schroff, et al., "FaceNet: A Unified Embedding for Face Recognition and Clustering", arXiv:1503.03832v3 [cs.CV] Jun. 17, 2015, 10 pages.

* cited by examiner

94. The '336 Patent solved these problems by providing an improved object recognition system that captures video containing objects to be identified, processes that video using a CNN-based recognition engine, and displays the recognized objects to a user. Further, the system includes a video capture device that captures a sequence of unlabeled testing video frames in which one or more objects appear, and a processor that uses an adapted recognition engine to recognize at least one object in the captured video sequence. The processor in the system first pre-trains a recognition engine formed from a reference set of convolutional neural

networks using labeled still-image training data. The processor then adapts that recognition engine for use with video by applying a separate, non-reference set of CNNs across multiple domains, including the still-image domain, a synthetically degraded image domain, and a video domain. The synthetically degraded image domain includes labeled degraded versions of the labeled still-image training frames, while the video domain includes randomly selected unlabeled training video frames. After this adaptation, the processor uses the adapted recognition engine to identify objects in the captured video sequence, and the system displays the resulting set of recognized objects to the user. Therefore, an object recognition system with better accuracy and better training/learning models is achieved.

95. Defendant has directly infringed one or more claims of the ’336 Patent in this district and elsewhere in Texas, including at least claims 1, 9, 11, 12, 15, 19 and 20 literally and/or under the doctrine of equivalents, by or through its sale, offer for sale, manufacture, use, or import of its products with “AI Detection” and/or “Self-learning,” including at least the 4G Camera S230; 4G Camera S230 (1 Pack); eufy 4G LTE Cam S330; eufy 4G LTE Cam S330 (2-Cam Pack); eufy 4G LTE Cam S330 (3-Cam Pack); eufy 4G LTE Cam S330 (4-Cam Pack); eufy 4G LTE Cam S330 + Video Smart Lock S330; eufy 4G LTE Cam S330 + Floodlight Camera E340; eufy 4G LTE Cam S330 + Video Doorbell E340; eufy 4G LTE Cam S330+Floodlight Camera E340 + HomeBase S380; eufy Pet Camera Pro N140; eufy Pet Dog Camera D605; eufy SoloCam E30; eufy SoloCam E30 (2Pack) + Homebase3; eufy SoloCam E30 + Homebase3; eufy Security Indoor Cam C220; eufy Security SoloCam C210 with Solar Panel; eufyCam E330 (Professional); eufyCam E330 (Professional) 4-Cam Kit; eufyCam S210 (eufyCam 2C); eufyCam S220 (eufyCam 2C Pro); eufyCam S300 (eufyCam 3C); eufyCam S330 (eufyCam 3); eufyCam S300 (eufyCam 3C) 3-Cam Kit+1 TB Drive; eufyCam S330 (eufyCam 3) 4-Cam Kit +

1 TB Hard Drive; eufyCam S330 (eufyCam 3) + Floodlight Camera E340; eufyCam S4; eufyCam E40 (indoor camera); Floodlight Cam S330; Floodlight Camera E30; Floodlight Cam S330（Renewed); Floodlight Camera E340; Floodlight Camera E340 (2-Pack); Floodlight Camera E340 + HomeBase S380; Floodlight Camera E340 (2-Pack) + HomeBase S380; Garage-Control Cam E110; Indoor Cam C120 (2K, Plug-In); Indoor Cam E220; Indoor Cam E220 (Renewed); Indoor Cam E30; Indoor Cam S350; Motion Sensor; Outdoor Cam E210; Outdoor Cam E220; Smart Drop S300; Solar Wall Light Cam S120; Solar Wall Light Cam S120 + Solar Panel Charger; Solar Wall Light Cam S120 (Renewed); SoloCam C120; SoloCam C210; SoloCam S220; SoloCam S220 (Renewed); SoloCam S230 (S40); SoloCam S230 (S40) (Renewed); SoloCam S340; SoloCam S340 (2-Cam Pack) + eufy 4G LTE Cam S330; SoloCam S340 + eufy 4G LTE Cam S330; SoloCam S340 Wireless Outdoor Security Camera with Dual Lens and Solar Panel; eufy Smart Lock E30 + SoloCam S340; SoloCam S340 + Video Smart Lock S330 + HomeBase S380; SoloCam S340 + Indoor Cam S350; SoloCam S340 + Indoor Cam S350 + HomeBase S380; SoloCam S340 + Floodlight Camera E340; Video Doorbell (Wired) S330; Video Doorbell 2K (Wired); Video Doorbell C210; Video Doorbell E340 (Battery Powered); Video Doorbell E340 + Rechargeable Battery Pack with USB-C; Video Doorbell S220; Video Doorbell S220 Add-on; Video Doorbell S330; Video Doorbell S330 Add-on; eufy Video Doorbell C31; Video Smart Lock E330; Video Smart Lock S330; Wired Wall Light Cam S100; Wired Wall Light Cam S100 (2-Cam Pack); 5-Piece Home Alarm Kit; HomeBase S380 (HomeBase 3); eufy NVR Security Systems including Security systems S4 and E40; Indoor and Entryway Standard Bundle; Outdoor E Delux Bundle; Outdoor E Premium Bundle; Outdoor E Standard Bundle; Outdoor S Delux Business Bundle; Outdoor S Standard Bundle; Whole Protection E Delux Bundle; Whole Protection E Premium Business Bundle; Whole Protection E

Standard Plus Bundle; eufy 4K NVR S4 Max (No HDD), eufy 4K NVR S4 Max 8-Camera Kit with 8 TB HDD, eufy 4K NVR Security Camera System S4 Max 4 TB HDD, eufy 6-Cam Kit PoE NVR Security System S4 Max, eufy 6-Cam Kit PoE NVR Security System S4 Max + 2 Turret Cameras, eufy Dual-NVR PoE System with 10 PoE Cam S4, eufy Dual-NVR PoE System with 12 PoE Cam S4, eufy ExpertSecure System E10, eufy ExpertSecure System E10 with 2 PoE Bullet-PTZ Cam S4+Display, eufy FamiLock E34, eufy Familock S3, eufy Familock S3 + HomeBase S380, eufy Familock S3 + Smart Display E10, eufy FamiLock S3 Max, eufy FamiLock S3 Max + eufy HomeBase S380 (HomeBase 3), eufy FamiLock S3 Max + Indoor Cam S350 ×2 + HomeBase S380, eufy Familock S3 Max + Smart Display E10, eufy FamiLock S3 Max + Video Doorbell, E340 + eufy Smart Display E10, eufy Floodlight Camera E30 + Entry Sensor, eufy Floodlight Camera E340 (2-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 + eufy Smart Display E10, eufy Floodlight Camera E340 with AC Cable, eufy Floodlight Camera E340 with AC Cable (2-Cam Kit) + eufy Homebase 3, eufy Floodlight Camera E340 with AC Cable (2-Cam Pack), eufy Floodlight Camera E340 with AC Cable + Entry Sensor, eufy Floodlight Camera E340 with AC Cable + eufy HomeBase S380, eufy Network Video Recorder S4 for Home Security Cameras, eufy Network Video Recorder S4（No HDD), eufy PoE Bullet Security Camera E40, eufy PoE Bullet-PTZ Cam S4, eufy PoE NVR Security System E40, eufy PoE NVR Security System E40- 8× 4K Bullet Cameras, eufy PoE NVR Security System E41, eufy PoE NVR Security System S4, eufy PoE NVR Security System S4 Max, eufy PoE NVR Security System S4 Max + 2 Bullet Cameras, eufy PoE NVR Security System S4 Max + 2 Turret Cameras, eufy PoE NVR Security System S4 Max + 4 PoE Cam S4 Add-Ons, eufy PoE NVR Security System S4 Max+Turret Camera E41+ Bullet Camera E40,

eufy PoE Turret Security Camera E41, eufy Smart Display E10, eufy Smart Display E10 + eufy PoE NVR Security System S4 Max, eufy Smart Display E10 + eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufy Smart Display E10 + SoloCam S340, eufy Smart Lock C220 with Door Lever, eufy Smart Lock C30, eufy Smart Lock C33, eufy Smart Lock E32, eufy Smart Lock E40, eufy SoloCam E30 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam E30（2-Cam Pack), eufy SoloCam E30（4-Cam Pack), eufy SoloCam E42, eufy SoloCam, E42 2-Cam Kit (HomeBase S380), eufy SoloCam E42 4-Cam Kit (HomeBase S380), eufy SoloCam S340 (2-Cam Kit), eufy SoloCam S340 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 (4-Cam Kit) with Alarm System + HomeBase S380, eufy SoloCam S340 (4-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (6-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 + eufy HomeBase S380, eufy Video Doorbell C30, eufy Wired Cam C31 Add-On Camera, eufyCam C35 2-Cam Kit, eufyCam C35 4-Cam Kit, eufyCam C35 Add-On Camera, eufyCam E40 2-Cam Kit (HomeBase S380), eufyCam E40 2-Cam Kit (HomeBase S380) + 1 TB Hard Drive, eufyCam E40 4-Cam Kit (HomeBase S380), eufyCam E40 4-Cam Kit (HomeBase S380) + 1 TB Hard, eufyCam E40 Add-On Camera, eufyCam E40 Add-On Camera (2 Pack), eufyCam E40 Add-On Camera (4 Pack), eufyCam E40 Add-On Camera + eufy SoloCam S340, eufyCam S3 Pro 3-Cam Kit + FamiLock S3 Max, eufyCam S3 Pro 3-Cam Kit + Video Doorbell E340 (Battery Powered), eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufyCam S3 Pro 6-Cam Kit, eufyCam S3 Pro Add-on Camera, eufyCam S330 (eufyCam 3) Add-on Camera, and eufyCam S330 (eufyCam 3) Add-on Camera (2 Pack), eufyCam S4 (2 Pack), eufyCam S4 (4-Cam Kit) + eufy HomeBase Professional S1, eufyCam S4 (4-Pack), eufyCam S4 + eufy FamiLock S3 Max +

Video Doorbell E340, eufyCam S4 + eufy HomeBase S380, eufyCam S4 + eufy Smart Display E10, eufyCam S4 + Rechargeable Battery, eufyCam S4 + Video Doorbell E340, eufyCam S4 +Smart Display E10 + eufy FamiLock S3 Max, eufyCam S4 +Smart Display E10 + Video Doorbell E340, eufyCam S4 2-Cam Kit, eufyCam S4 2-Cam Kit + 1 TB Hard Drive, eufyCam S4 2-Cam Kit + eufy FamiLock S3 Max, eufyCam S4 2-Cam Kit + eufy Smart Display E10, eufyCam S4 2-Cam Kit + Video Doorbell E340, eufyCam S4 4-Cam Kit, eufyCam S4 4-Cam Kit + 1 TB Hard Drive, eufyCam S4 4-Cam Kit + eufy Smart Display E10, eufyCam S4 4-Cam Kit + Video Doorbell E340, eufyCam S4 6-Cam Kit, Indoor Cam E220 (2K, 2-Cam Kit, Pan & Tilt), Indoor Cam E220 (2K, 3-Cam Kit, Pan & Tilt), Indoor Cam E30 (2-Cam Kit), Indoor Cam S350 (2-Cam Pack), Indoor Cam S350 (3 packs), Indoor Cam S350 (4 pack), Indoor Cam S350 + eufy HomeBase S380, Indoor Cam S350+ eufy Smart Display E10, Smart Lock C210, Smart Lock C220, Smart Lock S230, SoloCam S220 (2-Cam Pack), SoloCam S340 (2-Pack) + Floodlight Camera E340 + eufy HomeBase S380, SoloCam S340 (4-Cam Pack), SoloCam S340 (4-Cam Pack) + HomeBase S380+ 1 TB Hard Drive+Smart Display E10, SoloCam S340 + Floodlight Camera E340 + HomeBase S380, Video Doorbell E340 + Floodlight Camera E340 + eufy Homebase 3, Video Smart Lock S330 +, eufy's BionicMind AI Service; eufy security application; and eufy servers supporting such products (collectively, "the Accused '336 Eufy Products").

96. NEC reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused '336 Eufy Products are identified to describe the Defendant's infringement and in no way limit the discovery and infringement allegations against Defendant concerning other devices that incorporate the same or reasonably similar functionalities.

97. Each of the Accused '336 Eufy Products, alone or in combination with the Eufy Application, and/or Eufy Servers, includes or acts as a video capture device configured to capture a video sequence formed from a set of unlabeled testing video frames, the video sequence including one or more objects to be recognized. Each of the Accused '336 Eufy Products, alone or in combination with the Eufy Application, includes a processor configured to pre-train a recognition engine formed from a reference set of convolutional neural networks (CNNs) on a still image domain that includes a set of labeled training still image frames.

98. Each of the Accused '336 Eufy Products, alone or in combination with the Eufy Application, adapts the recognition engine to a video domain to form an adapted recognition engine, by applying a non-reference set of CNNs to a set of domains that include the still image domain, a synthetically degraded image domain, and the video domain, wherein the synthetically degraded image domain includes labeled synthetically degraded versions of the labeled training still image frames included in the still image domain, and wherein the video domain includes random unlabeled training video frames. Further, each of the Accused '336 Eufy Products, alone or in combination with the Eufy Application, recognizes, using the adapted recognition engine, at least one of the objects in the video sequence to obtain a set of recognized objects and displays the set of recognized objects to a user via a display device.

99. For example, the Accused '336 Eufy Products implement AI-based image and video analysis, including local deep-learning neural-network processing, to detect, recognize, classify, and/or categorize people, faces, pets, vehicles, packages, obstacles, and other objects. Eufy's own materials state that image and sound data collected by its Indoor Cam is analyzed by a "LOCAL AI deep learning neural network," and that the system compares collected data against an algorithm feature database containing models of people and pets to determine what

object is in front of the camera. Eufy further represents that its BionicMind AI recognizes faces and detects humans, packages, vehicles, and pets, continuously improves recognition accuracy by learning from target recognitions, and uses self-learning algorithms after facial and body-shape scans to improve recognition accuracy over time.

100. The following excerpts from Eufy's websites provide non-limiting examples of the Accused '336 Eufy Products infringing at least claims 1, 9, 11, 12, 15, 19, and 20 of the '336 Patent:

## How to Make the Precise AI Detection of Indoor Cam

Indoor Cam's AI Work principle: all of the image and sound data collected by the camera is analyzed by a **LOCAL AI deep learning neural network**, different from the cloud AI processing of most products on the market.

This data is then cross-referenced with the algorithm feature database, which contains models of people and pets. Once it has compared the object with enough reference images, the AI will then be able to accurately judge what the object in front of it is.

This process is so thorough that Indoor Cam's AI can accurately identify a human face 99.99% of the time! In fact, it can effortlessly distinguish between you and your pet, and can even tell the difference between someone crying and the ordinary voice of an adult.

https://service.eufy.com/article-description/How-to-Make-the-Precise-AI-Detection-of-Indoor-Cam

## What is the Self-learning AI in HomeBase 3?

From the camera detection, HomeBase 3 will keep learning the details of the characteristics of people, including different angles of the faces and bodies. All the details can help AI recognize a person more accurately and quickly.

**Where do the human details save?**

All the details will store in the storage of HomeBase 3, users can view the recorded details on the edge page of eufySecurity App.

**How to train the AI of your HomeBase 3?**

Users can train the AI of your HomeBase 3 on the edge page.

- Tab the thumbnails
- Tab the Recognized Faces and Recognized Bodies
- Review Face and Review

https://service.eufy.com/article-description/What-is-the-Self-learning-AI-in-HomeBase-3

## How AI Security Cameras Work?



AI security cameras follow a simple loop: capture video, analyze it, decide what kind of event occurred, and alert you if it's worth knowing about.

These cameras use advanced sensors and intelligent algorithms to understand their surroundings in real time. Once video and audio are captured, the data is processed by AI technologies such as **machine leaning, video analytics, and pattern recognition.** These systems are trained on large datasets to recognize people, animals, and vehicles.

Over time, the camera learns what normal activity looks like in a specific environment and can quickly identify anything unusual. By constantly refining its understanding of patterns and context, the AI camera **reduces false alarms and delivers faster, smarter alerts.**

https://www.eufy.com/blogs/security-camera/ai-security-camera

**Edge AI (Local AI) analysis**, on the other hand, processes data directly on the camera. It delivers faster alerts, uses less bandwidth, and keeps data secure. That's the approach eufy takes. With the embedded AI chip, eufy cameras can offer a local, safe, and intelligent detection. The built-in AI features include Human Detection, Facial Detection, Pet Detection, and Crying Detection.

https://www.eufy.com/blogs/security-camera/ai-security-camera

Traditional surveillance cameras were passive recorders. They recorded everything and left you to sort through hours of footage.

An AI security camera takes a different approach. It processes video in real time, spotting people, vehicles, or unusual activity as they happen. The result is intelligence, not overload. In one retail case study, a national chain cut false alarms by 90%, reducing more than 200 false alarms per month to just 10 after installing smart cameras.

Instead of endless alerts, you get meaningful context: a package delivery at your door or a person near your back gate. The result is a tool that helps you act faster and with more confidence. This guide will walk you through the basics: how AI security cameras work, their key advantages, common uses, practical tips for selecting the right model, and the best options available right now.

https://www.eufy.com/blogs/security-camera/ai-security-camera




https://www.eufy.com/blogs/security-camera/ai-security-camera

## Detection Accuracy and Controls

AI-powered cameras work best when you can fine-tune them. Look for reliable detection categories—like person, vehicle, package, pet, or **even face recognition**. Good AI security camera software also lets you set up custom **activity zones, adjust sensitivity, and create schedules** that fit your needs. Some systems go a step further with unusual-event or behavior detection, flagging activity that falls outside normal patterns.

https://www.eufy.com/blogs/security-camera/ai-security-camera




https://www.eufy.com/security-features

## Benefits of AI Security Cameras

AI upgrades a security camera from passive recorder to active assistant. Instead of sending you constant pings, it filters noise and highlights what matters. Here are their key benefits:

- **Sharper accuracy, fewer false alarms:** AI security cameras recognize people, vehicles, pets, and packages, cutting down false alarms from shadows, trees, or headlights. You get fewer meaningless pings and more alerts tied to actual events. Independent 2023 research confirms this performance, reporting a 99.4% vehicle detection rate and only 1.77% false alarms.
- **Quicker, more informed decisions:** Instead of a vague "motion detected," you might receive "person near side entrance" or "vehicle idling in driveway." This precision lets you decide immediately whether to intervene, check live footage, or wait until later.
- **Better threat detection and deterrence:** AI systems learn what's typical for your space and flag unusual activity. They can also recognize behavior patterns that suggest a potential intrusion, such as loitering near an entryway or circling a property. This early signal gives you a chance to respond and deter intruders before a situation escalates.
- **Organized footage and reliable evidence:** Because events are labeled, you can find "package at front door" or "people in driveway" without combing through hours of video. If something does happen, you can quickly retrieve credible evidence to report it.

https://www.eufy.com/blogs/security-camera/ai-security-camera

## What Is a Facial Recognition Security Camera?

A security camera with facial recognition is a type of smart camera that doesn't just detect motion or the presence of a person—it can actually identify who that person is.

Using **artificial intelligence**, the camera **analyzes facial features** such as the distance between the eyes, the shape of the nose, and the contour of the jaw. It then **compares those details against a stored database of known faces** to determine whether someone is recognized or unfamiliar, and triggers the right alert or action.

https://www.eufy.com/blogs/security-camera/facial-recognition-security-camera

The process usually works in these steps:

1. **Capture:**The camera records video as usual.
2. **Face detection:**Software pinpoints faces within the frame.
3. **Feature extraction:**Each face is turned into a mathematical "**faceprint**" (a digital representation of facial landmarks and proportions).
4. **Matching:**That faceprint is compared to the **profiles you've created**, like family members or employees. If there's a strong match, the system labels the person; if not, it tags them as unknown.
5. **Action:**Based on the result, the camera might send a named alert, tag the clip, open a door, or simply log the event.

Where processing happens:

- **On-device (edge AI):**Delivers faster alerts, protects privacy, and reduces bandwidth use.

https://www.eufy.com/blogs/security-camera/facial-recognition-security-camera

## About Smart Detection

**What is the smart detection on HomeBase?**

1. Homebase has powerful and smart local AI detection capabilities like Human Recognition(familiar&unfa miliar face recognition), Human Detection, Vehicle Detection, and Pet Detection.
2. Homebase can empower pairing cameras, making them smarter in AI detection and more powerful to pr otect your home.

https://service.eufy.com/article-description/About-Smart-Detection?ref=Home_Page

## Why does my camera incorrectly recogniz e people?

Results of Human Recognition rely on several factors:

1. The quality of the faces stored in HomeBase.

2. The brightness and clarity of the video.

3. The input from users to review detected results. Incorrect input may result in lower recognition accuracy in t he future.

If the issue persists, please contact us for assistance.

https://service.eufy.com/article-description/Why-does-my-camera-incorrectly-recognize-people?ref=Home_Page

## eufySecurity Device's Motion Detection Working Logic

Have you wondered why your eufySecurity device detects non-human motion at night when you have the Human Only setting enabled? Or why is your device's motion detection more sensitive at night? This is mainly due to the working logic of different eufySecurity devices' motion detection during the day and at night.

When the user has already selected **All Motions** under the device's Detection Type, the device will always function under the All Motions setting and it will not automatically switch to **Human Only**. Please note this may result in excessive motion detection notifications and impact the battery life of your battery-powered device. For detailed descriptions of each mode's working logic, please refer to the following explanations.

**All Motions**
eufySecurity devices function based on Passive Infrared (PIR) motion sensors and detect the heat signatures that are emitted by both humans and non-human objects. As a result, eufySecurity devices are able to detect motion alerts triggered by both humans and non-human objects. Although PIR sensors may lead to false motion detection, the device's detection sensitivity can be adjusted by configuring the motion sensitivity using the eufy app.

**Human Only**
eufySecurity devices function based on eufy's proprietary AI algorithm, which includes facial and body-shape analysis, in order to determine whether motions are being triggered by humans or other factors. As a result, eufySecurity devices are able to differentiate between humans and non-human objects to minimize the likelihood of triggering false motion alerts.

**Note:** Information in the following charts are applicable only when the default setting is set to Human Only under the device's Detection Type. Some of the devices will automatically switch from Human Only during the day to All Motions at night time, and then automatically revert back to Human Only during the day.

https://service.eufy.com/article-description/eufySecurity-Device-s-Motion-Detection-Working-Logic?ref=Home_Page

## What is an AI security camera?

An AI security camera is a smart camera that uses computer vision and machine learning to analyze video in real time. Unlike traditional cameras that only record, AI cameras can identify people, vehicles, pets, packages, and unusual activities, and some can even recognize familiar faces. By learning normal patterns and spotting anomalies, these cameras help cut down on false alarms and deliver faster, more relevant alerts. The result is a security system that's not only more accurate, but also proactive and reliable.

https://www.eufy.com/blogs/security-camera/ai-security-camera

## AI Features for eufySecurity Devices

With the embedded AI chip, we can provide you with a local, safe, and intelligent detection experience. The AI feature includes Human Detection, Facial Detection, Pet Detection, and Crying Detection. The AI engine is built into the hardware, not in the cloud.

**The Meaning of AI Feature**

**Human Detection:** AI systems will try to detect objects similar to the human shape and filter out other objects like cars and animals for motion alerts.

**Facial Detection:** AI system will try to detect and screen faces shown in the video image.

**Facial (Human) Recognition:** AI system tries to recognize faces in the video image and identify the person for you.

**Pet Detection:** The AI system will try to detect pets which appear in the video image.

**Crying Detection:** The AI system will try to detect crying and will notify you if necessary.

**Vehicle Detection:** The AI system will catch up with the user's vehicle in the backyard or driveway. It can only detect the running vehicle to reduce too many detections because of the parking vehicle.

https://service.eufy.com/article-description/AI-Features-for-eufySecurity-Devices

101. The Accused '336 Eufy Products pre-trains and trains its models based on images from still image domain, synthetically degraded image domain, and video domain, as evidenced by Eufy's webpages and option in the app to donate pictures and videos:




https://community.eufy.com/t/help-improve-eufy-ai-earn-cash/4662267

### How to Donate Recorded Videos on eufySecurity Video Devices

1 people found this helpful!

Applicable for those products

eufyCam 2 Pro eufyCam 2C Pro eufyCam 2

**How to Donate Recorded Videos?**

Customers have the ability to donate recorded videos to serve the following purposes:

- Share your fun videos and exciting eufy experiences.
- Provide further information for eufy Customer Support to resolve issues you are encountering, such as picture quality or audio issues.

Please follow the steps below to donate your videos to eufy.

Step 1) **Launch eufySecurity app** on your smartphone or tablet.

Step 2) Select the **Events** tab.

Step 3) **Select a specific video** that you want to donate.

Step 4) Select the **Donate** button.

Step 5) **Fill out your reasons** for donating the video and select the **Confirm** button to donate your video.




https://support.eufy.com/s/article/How-to-Donate-Recorded-Videos-on-eufySecurity-Video-Devices.









Exemplary screenshots captured from a device using the Eufy Security Application to perform "Enhance My AI" functionality.




Exemplary screenshots captured from a device using the Eufy Security Application to perform "Enhance My AI" functionality.

102. The foregoing features and capabilities of the Accused '336 Eufy Products, and Defendant's description and/or demonstration thereof, including in user manuals and advertising, reflect Defendant's direct infringement by satisfying every element of at least claims 1, 9, 11, 12, 15, 19, and 20 of the '336 Patent under 35 U.S.C. § 271(a).

103. Defendant has indirectly infringed at least claims 1, 9, 11, 12, 15, 19, and 20 of the '336 Patent in this judicial district and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of at least the Accused '336 Eufy Products. Defendant's customers who purchase devices and components thereof and operate such devices and components in accordance with Defendant's instructions directly infringe one or more claims of the '336 Patent in violation of 35 U.S.C. § 271. Defendant instructs its customers through at least user manuals or websites, such as those located at:

https://service.eufy.com/article-description/How-to-Make-the-Precise-AI-Detection-of-Indoor-Cam; https://service.eufy.com/article-description/What-is-the-Self-learning-AI-in-HomeBase-3; https://www.eufy.com/blogs/security-camera/ai-security-camera; https://service.eufy.com/article-description/About-Smart-Detection?ref=Home_Page; https://service.eufy.com/article-description/Why-does-my-camera-incorrectly-recognize-people?ref=Home_Page; https://service.eufy.com/article-description/eufySecurity-Device-s-Motion-Detection-Working-Logic?ref=Home_Page; https://service.eufy.com/article-description/AI-Features-for-eufySecurity-Devices.

104. Further, Defendant indirectly infringes by inducing and/or contributing to infringement by making available tutorial videos on its official YouTube channels encouraging customers to infringe by implementing video monitoring, including infringing features. *See* https://www.youtube.com/channel/UC2MJc19aTAUJk7TrbPrMhEQ.

105. Further, Defendant directly and indirectly infringes by obtaining requisite certifications including FCC certifications to sell the products in the United States. *See e.g.*, https://us.eufy.com/pages/intellectual-property-rights; *see also* https://fccid.io/2AOKB-T8213.

106. Defendant is therefore liable for infringement of the ’336 Patent pursuant to 35 U.S.C. § 271(b).

107. Defendant has indirectly infringed at least claims 1, 9, 11, 12, 15, 19, and 20 of the ’336 Patent by, among other things, contributing to the direct infringement of others, including customers of the Accused ’336 Eufy Products by making, offering to sell, or selling, in the United States, or importing a component of a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in

infringement of the ’336 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

108. For example, the Accused ’336 Eufy Products include at least one component to implement a recognition engine based on pre-training using convolutional neural networks. This is a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, such component is a material part of the invention and upon information and belief is not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Defendant is liable for infringement of the ’336 Patent pursuant to 35 U.S.C. § 271(c).

109. Defendant has been on notice of the ’336 Patent since at least June 3, 2024. By the time of trial, Defendant will thus have known and intended (since receiving such notice), that its continued actions would actively induce and contribute to actual infringement of at least claims 1, 9, 11, 12, 15, 19, and 20 of the ’336 Patent.

110. Defendant undertook and continues its infringing actions despite an objectively high likelihood that such activities infringed the ’336 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least June 3, 2024, Defendant has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the ’336 Patent, and that the ’336 Patent is valid. On information and belief, Defendant could not reasonably, subjectively believe that its actions do not constitute infringement of the ’336 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Defendant has continued its infringing activities. As such, Defendant willfully infringes the ’336 Patent.

111. NEC has been damaged by Defendant's infringement of the '336 Patent.

**COUNT 5 – INFRINGEMENT OF U.S. PATENT NO. 10,552,713**

112. NEC incorporates paragraphs 1-111 above by reference.

113. The '713 Patent is directed to an image analysis system, an image analysis method, and a non-transitory storage medium storing an analysis program. For example, the '713 Patent discloses a memory storing instructions and a central processing unit (CPU) connected to the memory that, based on the instructions, executes instructions. The image analysis system, image analysis method, and a non-transitory storage medium further, generate an appearance record of an object, the appearance record representing a time when the object appeared in a camera captured image and a location of the object when the object appeared in the camera captured image, the appearance record including appearance time information and location information of the object specified by the camera captured image, wherein generating the appearance record comprises determining that a continuous appearance of the object in one or more camera captured images during a predetermined period constitutes one appearance, specifying the object as a monitored object when both a time interval is within a predetermined time interval, the time interval being calculated using the time information in the appearance record, and an appearance pattern in the time interval is a predetermined pattern, the appearance pattern being specified based on the location information in the appearance record, and providing output identifying the monitored object.

114. The '713 Patent explains that it is directed to image-analysis technology for analyzing monitored subjects in captured images. The patent explains that conventional surveillance-camera systems were used in locations such as railroad stations and other facilities to analyze captured images and identify a person or object that remained in a surveillance area for an unusually long period as suspicious. '713 Patent, 1:22-30. Conventional techniques

tracked a specific person by using one camera, or multiple cameras with overlapping coverage areas, to recognize the person's location and track changes in that location over time to determine where and how long the person stayed. *Id.* at 1:31-39. The deficiencies in these approaches included providing information about suspicious faces in advance, which would not be an effective technique for detecting suspicious instances when the threat was unknown. *Id.* at 2:28-34.

115. Further, conventional suspicious-person detection systems depended on continuous images captured within the coverage area of cameras and relied on behavior features obtainable from continuous images, such as movement speed, changes in movement direction, distance to a vehicle, and the vertical position of a person's head. *Id.* at 2:31-48. Such conventional systems included shortcomings of being limited in imaging range to detect suspicious persons based on a range of a camera. *Id.* at 2:43-48.

116. The '713 Patent overcomes these technical deficiencies by providing an image analysis system, method, and program capable of analyzing a monitored subject from captured images even when the monitored area is wide or when the monitored subject has not been registered in advance. *Id.* at 2:48-56. Consistent with that objective, the patent explains that the invention can analyze a monitored subject displaying suspicious behavior from captured images even when the monitored area is wide or the subject to be detected is not registered in advance. *Id.* at 3:37-43. The '713 Patent further explains that the disclosed image-capture unit need not be installed to capture images of the entire facility and that the images used for analysis need not be continuous in time, but may include discontinuous images captured in different time periods or different locations so long as the time and location of capture can be identified. *Id.* at 5:1-16.

117. There were technical problems in the field of image analysis for monitoring objects as confirmed by all the prior art that the USPTO considered and confirmed that the claimed inventions of the ’713 Patent provided technical solutions not set forth in any of the following prior art patents/publications:

(12) **United States Patent**
**Koyama**

(10) **Patent No.: US 10,552,713 B2**
(45) **Date of Patent: Feb. 4, 2020**

(54) **IMAGE ANALYSIS SYSTEM, IMAGE ANALYSIS METHOD, AND STORAGE MEDIUM**

(71) Applicant: **NEC Corporation**, Tokyo (JP)

(72) Inventor: **Kazuya Koyama**, Tokyo (JP)

(73) Assignee: **NEC Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 134 days.

(21) Appl. No.: **15/307,600**

(22) PCT Filed: **Feb. 5, 2015**

(86) PCT No.: **PCT/JP2015/000528**
§ 371 (c)(1),

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,579,965 B2 * 8/2009 Bucholz ................ G08G 1/017 340/933
7,825,954 B2 * 11/2010 Zhang .................. G01S 3/7864 348/169

(Continued)

FOREIGN PATENT DOCUMENTS

JP 2003-143593 5/2003
JP 2007-219948 8/2007

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion dated Apr. 28, 2015, in corresponding PCT International Application.

**US 10,552,713 B2**
Page 2

(58) **Field of Classification Search**
CPC ..... G06K 9/00677; G06K 2009/00738; G06K 2009/00328; G06T 2207/30196; G06T 2207/30232; G06T 7/292; H04N 7/181; G06F 16/7837; G06F 16/58; G06F 16/583; G06F 16/784
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,929,017 B2 * 4/2011 Aggarwal ............ G01S 3/7864 348/169
8,460,220 B2 * 6/2013 Cuddihy ............... A61B 5/112 600/595
9,111,143 B2 * 8/2015 Meredith ........... G06K 9/00577
9,158,975 B2 * 10/2015 Lipton .............. G06K 9/00771
9,189,683 B2 * 11/2015 Moriyama ......... G06K 9/00228
9,251,599 B2 * 2/2016 Hirasawa ............. G06T 7/2093
9,405,494 B2 * 8/2016 Tomioka ............... G06F 3/125
9,807,338 B2 * 10/2017 Cho ......................... H04N 5/77
9,922,514 B2 * 3/2018 Gagvani .......... G08B 13/19615
9,934,447 B2 * 4/2018 Kant ................... G06K 9/4604
2004/0263621 A1 * 12/2004 Guo ................. G08B 13/19663 348/143
2005/0146605 A1 * 7/2005 Lipton ............... G06F 17/3079 348/143
2005/0162515 A1 * 7/2005 Venetianer .......... G06F 17/3079 348/143
2005/0169367 A1 * 8/2005 Venetianer ........ G06F 17/30799 375/240.01
2006/0072010 A1 * 4/2006 Haering ............ G06K 9/00771 348/143
2006/0109341 A1 * 5/2006 Evans ............... G06K 9/00771 348/14.08
2006/0291695 A1 * 12/2006 Lipton .............. G06K 9/00771 382/103
2007/0013776 A1 * 1/2007 Venetianer ......... G06K 9/00771 348/143
2007/0127774 A1 * 6/2007 Zhang ............... G06K 9/00771 382/103
2007/0208681 A1 * 9/2007 Bucholz ................ G08G 1/017 706/47
2007/0294207 A1 * 12/2007 Brown ............. G06F 17/30793
2008/0018738 A1 * 1/2008 Lipton .............. G06K 9/00771 348/143
2008/0074496 A1 * 3/2008 Venetianer ......... G06K 9/00335 348/150
2008/0101652 A1 * 5/2008 Zhao ................. G06K 9/00369 382/103
2008/0158361 A1 * 7/2008 Itoh ................. G08B 13/19602 348/155
2008/0247601 A1 * 10/2008 Ito ...................... G06K 9/00771 382/103
2009/0002489 A1 * 1/2009 Yang .................. G06K 9/00771 348/143
2009/0022362 A1 * 1/2009 Gagvani .......... G08B 13/19615 382/100
2009/0041297 A1 * 2/2009 Zhang ............... G06K 9/00362 382/103
2009/0131836 A1 5/2009 Enohara et al.
2009/0231458 A1 * 9/2009 Moriyama ......... G06K 9/00228 348/222.1
2009/0304230 A1 * 12/2009 Krahnstoever ......... G06T 7/292 382/103
2010/0299021 A1 * 11/2010 Jalili ...................... G07C 5/085 701/33.4
2011/0199486 A1 * 8/2011 Moriya ................. G06Q 30/02 348/150
2012/0321138 A1 12/2012 Enohara et al.
2013/0039547 A1 * 2/2013 Liu .................... G06K 9/00288 382/115
2013/0050502 A1 * 2/2013 Saito ......................... G06T 7/20 348/169
2013/0266190 A1 * 10/2013 Wang .................. G06K 9/3258 382/105
2014/0009793 A1 * 1/2014 Tomioka ................ G06F 3/125 358/1.15
2014/0050455 A1 * 2/2014 Ni ........................ H04N 9/8227 386/224
2014/0078304 A1 * 3/2014 Othmer .................... G08G 1/20 348/148
2014/0347475 A1 * 11/2014 Divakaran ......... G06K 9/00771 348/135
2015/0032580 A1 * 1/2015 Altermatt ........... G06Q 30/0645 705/28
2015/0092979 A1 * 4/2015 Meredith ........... G06K 9/00577 382/103
2015/0371403 A1 * 12/2015 Koyama .............. G06T 7/2093 382/103
2016/0295157 A1 * 10/2016 Cho .................. G06F 17/30268
2016/0321831 A1 * 11/2016 Nakamura ............. G06T 11/60

FOREIGN PATENT DOCUMENTS

JP 2008-252519 10/2008
JP 2010-238184 10/2010
JP 2010-272948 12/2010
JP 2012-238111 12/2012
JP 2013-8298 1/2013
JP 2013-88870 5/2013
JP 2013-131153 7/2013
WO WO 2014/045843 A1 3/2014

* cited by examiner

118. The ’713 Patent solved these problems by providing a new technique for image surveillance and video analysis. More specifically, the claimed invention includes a memory storing instructions and a CPU connected to that memory that executes the instructions to analyze camera-captured images. The claimed system is configured to generate an appearance record of an object, the appearance record representing a time when the object appeared in a camera captured image and a location of the object when the object appeared in the camera captured image, the appearance record including appearance time information and location information of the object specified by the camera captured image, wherein generating the appearance record comprises determining that a continuous appearance of the object in one or more camera captured images during a predetermined period constitutes one appearance, specifying the object as a monitored object when both a time interval is within a predetermined time interval, the time interval being calculated using the time information in the appearance record, and an appearance pattern in the time interval is a predetermined pattern, the appearance pattern being specified based on the location information in the appearance record, and providing output identifying the monitored object..

119. Defendant has directly infringed one or more claims of the ’713 Patent in this District and elsewhere in Texas, including at least claims 1-6 and 11 literally and/or under the doctrine of equivalents, by or through its sale, offer for sale, manufacture, use, or import of its surveillance products with cross-camera tracking functionality, including at least the eufy 4G LTE Cam S330; eufyCam E330 (Professional); eufyCam S210 (eufyCam 2C); eufyCam S220 (eufyCam 2C Pro); eufyCam S300 (eufyCam 3C); eufyCam S330 (eufyCam 3); eufyCam S330 (eufyCam 3) 4-Cam Kit + 1 TB Hard Drive; eufyCam S330 (eufyCam 3) + Floodlight Camera E340; eufyCam S300 (eufyCam 3C) 3-Cam Kit+1 TB Drive; eufy 4G LTE Cam S330 (2-Cam

Pack); eufyCam S4; eufyCam E40 (indoor camera); eufy 4G LTE Cam S330 (3-Cam Pack); eufy 4G LTE Cam S330 (4-Cam Pack); eufy 4G LTE Cam S330 + Video Smart Lock S330; eufy 4G LTE Cam S330 + Floodlight Camera E340; eufy 4G LTE Cam S330 + Video Doorbell E340; eufy 4G LTE Cam S330+Floodlight Camera E340 + HomeBase S380; Floodlight Camera E340; Floodlight Camera E340 (2-Pack); Floodlight Camera E340 + HomeBase S380; Floodlight Camera E340 (2-Pack) + HomeBase S380; Floodlight Camera E30; HomeBase S380 (HomeBase 3); Outdoor Cam E210; Outdoor Cam E220; Solar Wall Light Cam S120; SoloCam S220; SoloCam S220 (Renewed); SoloCam S230 (S40); SoloCam S230 (S40) (Renewed); SoloCam S340; SoloCam S340 (2-Cam Pack) + eufy 4G LTE Cam S330; SoloCam S340 + eufy 4G LTE Cam S330; SoloCam S340 + Video Smart Lock S330 + HomeBase S380; SoloCam S340 + Indoor Cam S350; SoloCam S340 + Indoor Cam S350 + HomeBase S380; SoloCam S340 + Floodlight Camera E340; eufy Smart Lock E30 + SoloCam S340; Video doorbell C31; Video Doorbell E340 (Battery Powered); Video Doorbell E340 + Rechargeable Battery Pack with USB-C; Video Smart Lock E330; Video Smart Lock S330; Wired Wall Light Cam S100; Wired Wall Light Cam S100 (2-Cam Pack); eufyCam E330 (Professional) 4-Cam Kit; Outdoor S Standard Bundle; eufy NVR Security Systems including Security systems S4 and E40; Indoor and Entryway Standard Bundle; Outdoor E Delux Bundle; Outdoor E Premium Bundle; Outdoor E Standard Bundle; Outdoor S Delux Business Bundle; Outdoor S Standard Bundle; Whole Protection E Delux Bundle; Whole Protection E Premium Business Bundle; Whole Protection E Standard Plus Bundle; any bundles sold with the following products eufy 4K NVR S4 Max (No HDD), eufy 4K NVR S4 Max 8-Camera Kit with 8 TB HDD, eufy 4K NVR Security Camera System S4 Max 4 TB HDD, eufy 6-Cam Kit PoE NVR Security System S4 Max, eufy 6-Cam Kit PoE NVR Security System S4 Max + 2 Turret Cameras, eufy Dual-NVR PoE System with

10 PoE Cam S4, eufy Dual-NVR PoE System with 12 PoE Cam S4, eufy ExpertSecure System E10, eufy ExpertSecure System E10 with 2 PoE Bullet-PTZ Cam S4+Display, eufy FamiLock E34, eufy Familock S3, eufy Familock S3 + HomeBase S380, eufy Familock S3 + Smart Display E10, eufy FamiLock S3 Max, eufy FamiLock S3 Max + eufy HomeBase S380 (HomeBase 3), eufy FamiLock S3 Max + Indoor Cam S350 ×2 + HomeBase S380, eufy Familock S3 Max + Smart Display E10, eufy FamiLock S3 Max + Video Doorbell, E340 + eufy Smart Display E10, eufy Floodlight Camera E30 + Entry Sensor, eufy Floodlight Camera E340 (2-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 + eufy Smart Display E10, eufy Floodlight Camera E340 with AC Cable, eufy Floodlight Camera E340 with AC Cable (2-Cam Kit) + eufy Homebase 3, eufy Floodlight Camera E340 with AC Cable (2-Cam Pack), eufy Floodlight Camera E340 with AC Cable + Entry Sensor, eufy Floodlight Camera E340 with AC Cable + eufy HomeBase S380, eufy Network Video Recorder S4 for Home Security Cameras, eufy Network Video Recorder S4（No HDD), eufy PoE Bullet Security Camera E40, eufy PoE Bullet-PTZ Cam S4, eufy PoE NVR Security System E40, eufy PoE NVR Security System E40- 8× 4K Bullet Cameras, eufy PoE NVR Security System E41, eufy PoE NVR Security System S4, eufy PoE NVR Security System S4 Max, eufy PoE NVR Security System S4 Max + 2 Bullet Cameras, eufy PoE NVR Security System S4 Max + 2 Turret Cameras, eufy PoE NVR Security System S4 Max + 4 PoE Cam S4 Add-Ons, eufy PoE NVR Security System S4 Max+Turret Camera E41+ Bullet Camera E40, eufy PoE Turret Security Camera E41, eufy Smart Display E10, eufy Smart Display E10 + eufy PoE NVR Security System S4 Max, eufy Smart Display E10 + eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufy Smart Display E10 + SoloCam S340, eufy Smart Lock C220 with Door Lever, eufy Smart Lock C30, eufy Smart Lock

C33, eufy Smart Lock E32, eufy Smart Lock E40, eufy SoloCam E30 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam E30（2-Cam Pack), eufy SoloCam E30（4-Cam Pack), eufy SoloCam E42, eufy SoloCam, E42 2-Cam Kit (HomeBase S380), eufy SoloCam E42 4-Cam Kit (HomeBase S380), eufy SoloCam S340 (2-Cam Kit), eufy SoloCam S340 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 (4-Cam Kit) with Alarm System + HomeBase S380, eufy SoloCam S340 (4-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (6-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 + eufy HomeBase S380, eufy Video Doorbell C30, eufy Wired Cam C31 Add-On Camera, eufyCam C35 2-Cam Kit, eufyCam C35 4-Cam Kit, eufyCam C35 Add-On Camera, eufyCam E40 2-Cam Kit (HomeBase S380), eufyCam E40 2-Cam Kit (HomeBase S380) + 1 TB Hard Drive, eufyCam E40 4-Cam Kit (HomeBase S380), eufyCam E40 4-Cam Kit (HomeBase S380) + 1 TB Hard, eufyCam E40 Add-On Camera, eufyCam E40 Add-On Camera (2 Pack), eufyCam E40 Add-On Camera (4 Pack), eufyCam E40 Add-On Camera + eufy SoloCam S340, eufyCam S3 Pro 3-Cam Kit + FamiLock S3 Max, eufyCam S3 Pro 3-Cam Kit + Video Doorbell E340 (Battery Powered), eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufyCam S3 Pro 6-Cam Kit, eufyCam S3 Pro Add-on Camera, eufyCam S330 (eufyCam 3) Add-on Camera, and eufyCam S330 (eufyCam 3) Add-on Camera (2 Pack), eufyCam S4 (2 Pack), eufyCam S4 (4-Cam Kit) + eufy HomeBase Professional S1, eufyCam S4 (4-Pack), eufyCam S4 + eufy FamiLock S3 Max + Video Doorbell E340, eufyCam S4 + eufy HomeBase S380, eufyCam S4 + eufy Smart Display E10, eufyCam S4 + Rechargeable Battery,

eufyCam S4 + Video Doorbell E340, eufyCam S4 +Smart Display E10 + eufy FamiLock S3 Max, eufyCam S4 +Smart Display E10 + Video Doorbell E340, eufyCam S4 2-Cam Kit, eufyCam S4 2-Cam Kit + 1 TB Hard Drive, eufyCam S4 2-Cam Kit + eufy FamiLock S3 Max, eufyCam S4 2-Cam Kit + eufy Smart Display E10, eufyCam S4 2-Cam Kit + Video Doorbell E340, eufyCam S4 4-Cam Kit, eufyCam S4 4-Cam Kit + 1 TB Hard Drive, eufyCam S4 4-Cam Kit + eufy Smart Display E10, eufyCam S4 4-Cam Kit + Video Doorbell E340, eufyCam S4 6-Cam Kit, Indoor Cam E220 (2K, 2-Cam Kit, Pan & Tilt), Indoor Cam E220 (2K, 3-Cam Kit, Pan & Tilt), Indoor Cam E30 (2-Cam Kit), Indoor Cam S350 (2-Cam Pack), Indoor Cam S350 (3 packs), Indoor Cam S350 (4 pack), Indoor Cam S350 + eufy HomeBase S380, Indoor Cam S350+ eufy Smart Display E10, Smart Lock C210, Smart Lock C220, Smart Lock S230, SoloCam S220 (2-Cam Pack), SoloCam S340 (2-Pack) + Floodlight Camera E340 + eufy HomeBase S380, SoloCam S340 (4-Cam Pack), SoloCam S340 (4-Cam Pack) + HomeBase S380+ 1 TB Hard Drive+Smart Display E10, SoloCam S340 + Floodlight Camera E340 + HomeBase S380, Video Doorbell E340 + Floodlight Camera E340 + eufy Homebase 3, Video Smart Lock S330 +; eufy's BionicMind AI Service; eufy security application; and eufy servers supporting such products (collectively, "the Accused '713 Eufy Products").

120. For example, the Accused '713 Eufy Products implement Cross-Camera Tracking to identify individuals captured in each video across multiple cameras and when the same individual appears across multiple cameras within a specified timeframe, the system automatically locates and merges footage into a single video as stories. Eufy further states that the function depends on a human-feature-recognition algorithm that determines the similarity of an individual's appearances in two videos and stitches them together, even when the individual's face is not visible. Eufy's system then provides an output identifying the monitored person by

merging the associated clips into a single video, creating individual events, and presenting the Cross-Camera Tracking result on the security report page.

121. The following excerpts from Eufy's websites provide non-limiting examples of the Accused '713 Eufy Products infringing at least claims 1-6 and 11 of the '713 Patent:









## AI Ability

| | |
|---|---|
| Self-learning Algorithm | Yes |
| Face Recognition | Yes |
| Human Detection | Yes |
| Vehicle Detection | Yes |
| Pet Detection | Yes |

https://www.eufy.com/products/t80301d1?ref=navimenu_2_copy&fliter_category=alarm-system&variant=41846278357178.

# Introducing the Cross-Camera Tracking Function in the eufy Security App

1 people found this helpful!

⌄Applicable for those products

eufyCam E330 (Professional)

**How does the Cross-Camera Tracking function work?**

eufy utilizes BionicMind™ A.I. to identify individuals captured on camera in each video. When the same individual appears across multiple cameras within a specified timeframe, the system automatically locates and merges these footage into a single video. This allows you to easily review the entire activity of that specific individual in a single video.

**07:10 AM,** seen a person activity.




When multiple individuals appear at the same time, a separate event will be created for each individual.

08:30 AM, seen their appearing together.




**When is the Cross-Camera Tracking function triggered?**

Please note that different combinations of cameras will yield different experiences. Please refer to the following table for different scenarios.

| **User Case 1**<br>All cameras support BionicMind™ A.I. | **Expected Experience** |
|---|---|
| **Device Example** | 1. An individual passes in front of each of the five cameras sequentially and then leaves. Once the recording from the last camera is complete, the security report will immediately display the stitched tracking video, thanks to real-time analytics.<br>2. If you view the stitched video after a certain time period (such as 10 minutes), the real-time stitching results can be automatically corrected using look-back analytics. |
| HomeBase 3 x1<br>eufyCam x4<br>Battery Video Doorbell x1 | |
| **User Case 2**<br>All cameras support BionicMind™ A.I.<br>All are wired cameras | **Expected Experience** |
| **Device Example** | 1. An individual passes in front of each of the four cameras sequentially and then leaves. Once the recording from the last camera is complete, the security report will immediately display the stitched tracking video, thanks to real-time analytics.<br>2. If you view the stitched video after a certain time period (such as 10 minutes), the real-time stitching results can be automatically corrected using look-back analytics. |
| HomeBase 3 x1<br>eufyCam Professional x4 | |

| **User Case 3**<br>All cameras can save video to the HomeBase 3, but they do not support BionicMind™ A.I. | **Expected Experience** |
|---|---|
| **Device Example** | 1. An individual passes in front of each of the four cameras sequentially and then leaves. Each camera generates a 20-second footage. Once the final camera finishes recording, a wait time of five to six minutes is required, after which the security report will display the compiled tracking video through look-back analysis. |
| HomeBase 3 x1<br>Floodlight Cam 2 Pro x2<br>Wired Wall Light Cam x2 | |
| **User Case 4**<br>Some cameras support BionicMind™ A.I. and other cameras do not support it. | **Expected Experience** |
| **Device Example** | 1. An individual passes in front of each of the six cameras sequentially and then leaves. Each camera generates a 20-second footage. Once the final camera finishes recording, a wait time of three minutes is required, after which the security report will display the compiled tracking video through look-back analysis. |
| HomeBase 3 x1<br>eufyCam x4<br>Floodlight Cam 2 Pro x2 | Note: Although the footage from the four eufyCam cameras can be processed in real-time, the footage from the Floodlight Cam 2 Pro cameras need to be analyzed retrospectively, so it will take a few minutes for the stitched tracking video to appear. |

**When does the system process footage from the Cross-Camera Tracking function?**

1. **Real-Time Tracking**

As each camera records, HomeBase 3 analyzes the video content and stitches it together in real-time. Once a video recording ends, it is immediately concatenated with the associated video recordings. You can instantly view the cross-camera tracking result on the security report page.

Note: Cameras that are compatible with HomeBase 3 storage as well as HomeBase 3 BionicMind™ A.I. can utilize both the Real-Time and Look-Back Tracking functions. (Examples include eufyCam, Battery Video Doorbell, etc.) More detailed device compatibility information can be found in the following link: https://support.eufy.com/s/article/Centralize-Your-Security-Ecosystem-with-HomeBase-3

2. **Look-Back Tracking**

After each camera has finished recording and saving videos to HomeBase 3, HomeBase 3 re-analyzes the video content for splicing. HomeBase 3 performs this post-processing when it is idle (idle means there is no camera currently recording). A 30-second video usually takes 120 seconds to process (four times the duration of the video).

Note: Cameras that are compatible with HomeBase 3 storage, but not with HomeBase 3 BionicMind™ A.I., will only be able to use the Look-Back Tracking function. (Examples include FloodLight Camera 2 Pro and Wall Light Camera, etc.) More detailed device compatibility information can be found in the following link: https://support.eufy.com/s/article/Centralize-Your-Security-Ecosystem-with-HomeBase-3

https://support.eufy.com/s/article/Introducing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App.

# Cross-Camera Tracking Function Compatibility

1 people found this helpful!

Applicable for those products

Water and Freeze Sensor Siren 4G LTE Cam S330

In the world of technology, Cross-Camera Tracking is a feature that is gaining significant attention. This feature allows for the tracking of an object or person across multiple camera feeds, providing a seamless transition from one camera to another. It's a powerful tool that can be used in various sectors such as security, retail, and transportation.

Cross-Camera Tracking is a feature that is not universally compatible with all devices. It requires specific hardware and software capabilities to function effectively. Here, we will outline some of the devices that are compatible with this feature.

**Finding the Part Number:** The Part Number (PN) of any eufy Security device can be located on the product or within the eufy Security app. (Device Settings > General > About Device > The first five characters of the Serial Number)

**Important:** Please upgrade the HomeBase 3 to v3.3.2.0 or above, and upgrade the App to v4.7.2 or above, then enable the Cross-Camera Tracking feature. You can also contact eufy support engineers for further assistance.

| Type | Product Name | Product Number | Real-time cross-camera tracking | Look-back cross-camera tracking |
|---|---|---|---|---|
| eufyCam | E330 eufyCam (Professional) | T8600 | supported | supported |
| | S330 eufyCam (eufyCam 3) | T8160 | supported | supported |
| | S300 eufyCam (eufyCam 3C) | T8161 | supported | supported |
| | eufyCam 2 Pro | T8140 | supported | supported |
| | eufyCam 2C Pro | T8142 | supported | supported |
| | eufyCam 2 | T8114 | supported | supported |
| | eufyCam 2C | T8113 | supported | supported |
| | eufyCam E | T8112 | supported | supported |
| | eufyCam | T8111 | supported | supported |

| | | | | |
|---|---|---|---|---|
| **Video Doorbell (with battery)** | Video Doorbell Dual | T8213 | supported | supported |
| | Video Doorbell E340 | T8214 | supported | supported |
| | Video Doorbell 2K | T8210 | supported | supported |
| | S210 Video Doorbell (Battery Doorbell 2K) | T8212 | supported | supported |
| | Video Doorbell 1080p | T8222 | supported | supported |
| | Video Doorbell 1080p (Slim) | T8220 | supported | supported |
| | Video Doorbell 2E | T8221 | supported | supported |
| **Smart Lock** | Video Smart Lock | T8530 | supported | supported |

| | | | | |
|---|---|---|---|---|
| **SoloCam** | SoloCam S340 | T8170 | supported | supported |
| | SoloCam L20/S220 SoloCam/SoloCam L40/SoloCam S40/SoloCam S40 | T8122/T8134/T8124/T8124V/T8123 | supported | supported |
| | SoloCam E20 | T8130 | Evaluating | Evaluating |
| | SoloCam E40 | T8131 | Evaluating | Evaluating |
| **Outdoor Cam** | Outdoor Cam | T8442 | Evaluating | supported (Beta) |
| | Outdoor Cam Pro | T8441 | Evaluating | supported (Beta) |
| **Wall Light Cam** | S100 Kabelgebundene Wall Light Cam | T84A1 | Evaluating | Evaluating |
| | Solar Wall Light Cam | T81A0 | Evaluating | Evaluating |

| | | | | |
|---|---|---|---|---|
| **Floodlight Cam** | Floodlight Cam 2K Pro | T8423 | Evaluating | Evaluating |
| | Floodlight Cam E340 | T8425 | supported | supported |
| | Floodlight Cam 1080p | T8420X | Evaluating | Evaluating |
| | Floodlight Cam 2K | T8422 | Evaluating | Evaluating |
| | Floodlight Cam 2K | T8424 | Evaluating | Evaluating |
| **Indoor Cam** | Indoor Cam 2K | T8400 | Evaluating | Evaluating |
| | Indoor Cam S350 | T8416 | supported | supported |
| | Indoor Cam 2K Pan & Tilt | T8410 | Evaluating | Evaluating |
| | Indoor Cam 1080p | T8401 | Evaluating | Evaluating |
| | Indoor Cam 1080p Pan & Tilt | T8411 | Evaluating | Evaluating |
| | Indoor Cam Mini | T8414 | Evaluating | Evaluating |

| | | | | |
|---|---|---|---|---|
| **Video Doorbell (Wired)** | All wired model | T8200/T8203/T8201/T8202 | Not supported | Not supported |
| **Garage-Control Cam** | All wired model | T8452/T8503 | Not supported | Not supported |
| **4G Cam** | 4G LTE Cam S330 | T86P2 | Not supported | Not supported |
| **4G Cam** | 4G Starlight Cam S230 | T8150 | Not supported | Not supported |
| **Alarm System** | All Sensors/Keypad | T8900/T8910/T8960 | Not supported | Not supported |

https://support.eufy.com/s/article/Cross-Camera-Tracking-Function-Compatibility.

**Live AI Cross-Camera Tracking**



Unlike traditional systems where each camera functions independently, the eufy S4 Max introduces a smarter, unified approach to surveillance. With built-in Local AI Agent, the system enables cross-camera tracking.

Imagine someone walking from the driveway to the front porch, or a vehicle making its way around the perimeter—the moment they exit one camera's field of view, another seamlessly picks up the trail.

No manual switching, no gaps. This intelligent coordination eliminates blind spots, significantly reduces missed events, and ensures you're always a step ahead of potential threats.

https://www.eufy.com/blogs/security–camera/nvr–security–system–s4–max–buying–guide




Exemplary screenshots captured from a device using the Eufy Security Application showing appearance record.




Exemplary screenshots captured from a device using the Eufy Security Application showing appearance record with continuous appearance, time information, and location that is generated based on a predetermined pattern based on user customization.




Exemplary screenshots captured from a device using the Eufy Security Application showing appearance records.




Exemplary screenshots captured from a device using the Eufy Security Application showing continuous appearance, time information, and location information.

122. The foregoing features and capabilities of the Accused '713 Eufy Products, and Defendant's description and/or demonstration thereof, including in user manuals and advertising, reflect Defendant's direct infringement by satisfying every element of at least claims 1-6 and 11 of the '713 Patent under 35 U.S.C. § 271(a).

123. Defendant has indirectly infringed at least claims 1-6 and 11 of the '713 Patent in this judicial district and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of at least the Accused '713 Eufy Products. Defendant's customers who purchase devices and components thereof and operate such devices and components in accordance with Defendant's instructions directly infringe one or more claims of the '713 Patent in violation of 35 U.S.C. § 271. Defendant instructs its customers through at least user manuals or websites, such as those located at: https://support.eufy.com/s/;

https://support.eufy.com/s/article/Cross-Camera-Tracking-Function-Compatibility; https://support.eufy.com/s/article/Introducing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App; https://support.eufy.com/s/article/Understanding-Factors-Influencing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App; https://support.eufy.com/s/article/Tips-for-Using-Cross-Camera-Tracking-Function.

124. For example, as shown above, Defendant instructs its customers that "eufy utilizes BionicMind™ A.I. to identify individuals captured on camera in each video. When the same individual appears across multiple cameras within a specified timeframe, the system automatically locates and merges footage into a single video. This allows you to easily review the entire activity of that specific individual in a single video." *See* https://support.eufy.com/s/article/Introducing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App; *see also* https://support.eufy.com/s/article/Cross-Camera-Tracking-Function-Compatibility; https://support.eufy.com/s/article/Understanding-Factors-Influencing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App; https://support.eufy.com/s/article/Tips-for-Using-Cross-Camera-Tracking-Function.

125. Further, Defendant indirectly infringes by inducing and/or contributing to infringement by making available tutorial videos on their official YouTube channel encouraging customers to infringe by performing cross-camera tracking functionality. *See* https://www.youtube.com/channel/UC2MJc19aTAUJk7TrbPrMhEQ.

126. Further, Defendant directly and indirectly infringes by obtaining requisite certifications including FCC certifications to sell the products in the United States. *See e.g.*, https://us.eufy.com/pages/intellectual-property-rights; *see also* https://fccid.io/2AOKB-T8213.

127. Defendant is thereby liable for infringement of the ’713 Patent pursuant to 35 U.S.C. § 271(b).

128. Defendant has indirectly infringed at least claims 1-6 and 11 of the ’713 Patent by, among other things, contributing to the direct infringement of others, including customers of the Accused ’713 Eufy Products by making, offering to sell, or selling, in the United States, or importing a component of a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the ’713 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

129. For example, the Accused ’713 Eufy Products include at least one component to generate images to be used in conjunction with the Eufy Security Application to perform cross-camera tracking functionality. This is a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, such component is a material part of the invention and upon information and belief is not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Defendant is liable for infringement of the ’713 Patent pursuant to 35 U.S.C. § 271(c).

130. Defendant has been on notice of the ’713 Patent since at least June 3, 2024. By the time of trial, Defendant will thus have known and intended (since receiving such notice), that their continued actions would actively induce and contribute to actual infringement of at least claims 1-6 and 11 of the ’713 Patent.

131. Defendant undertook and continues its infringing actions despite an objectively high likelihood that such activities infringed the ’713 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least June 3, 2024, Defendant has been

aware of an objectively high likelihood that their actions constituted and continue to constitute infringement of the ’713 Patent, and that the ’713 Patent is valid. On information and belief, Defendant cannot reasonably, subjectively believe that its actions do not constitute infringement of the ’713 Patent, nor could they reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that their actions constitute infringement, Defendant has continued its infringing activities. As such, Defendant willfully infringes the ’713 Patent.

132. NEC has been damaged by Defendant’s infringement of the ’713 Patent.

**COUNT 6 – INFRINGEMENT OF U.S. PATENT NO. 12,641,315**

133. NEC incorporates paragraphs 1-132 above by reference.

134. The ’315 Patent is directed to one or more of a video surveillance system and video surveillance method. For example, the ’315 Patent discloses at least one memory storing instructions and at least one processor configured to receive a first video frame captured by a first camera and a second video frame captured by a second camera, the second camera being different from the first camera, receive detection information of a first person in the first video frame; output the first video frame including the detected first person, control to output first notification information, in a case where a second person is detected from the second video frame while the first video frame including the detected first person is being displayed on a display, wherein the second video frame is captured by the second camera that is different from the first camera and the first notification information includes a detection result of the second person, control to output screen information including a first plurality of images and first time information, the first time information being related to detection of the first person, control to receive a user input for selecting at least one camera from among a plurality of cameras, and control to output, based on the user input, the screen information including a second plurality of images, the second plurality

of images being obtained from video captured by the at least one selected camera, the first plurality of images having a difference from the second plurality of images.

135. The ’315 Patent explains that conventional surveillance systems presented several related problems that complicated person tracking. For example, although systems for “carrying out monitoring over a wide range using video images from a plurality of cameras” were being considered, prior systems tracked a person across cameras by determining correspondence based on “similarity in person feature quantities” between the point where a person appears in one camera view and the point where the person disappears from another camera view. ’315 Patent at 1:27–38. Conventional systems also require human involvement which would create additional problems, because “increasing human involvement with respect to monitoring is highly likely to complicate monitoring work.” ’315 Patent at 1:35–45. These problems are exacerbated when multiple persons are being monitored, because “it may become difficult for a user to comprehend for which person operations are being performed,” and “operations for specifying a person may become complicated.” *Id.* at 1:45–50.

136. There were technical problems in the field of video surveillance and image analysis as confirmed by all the prior art that the USPTO considered and confirmed that the claimed inventions of the ’315 Patent provided technical solutions not set forth in any of the following prior art patents/publications:

(12) **United States Patent**
**Takahashi**

(10) **Patent No.: US 12,641,315 B2**
(45) **Date of Patent: May 26, 2026**

(54) **IMAGE PROCESSING SYSTEM, IMAGE PROCESSING METHOD, AND PROGRAM**

(71) Applicant: **NEC Corporation**, Tokyo (JP)

(72) Inventor: **Yusuke Takahashi**, Tokyo (JP)

(73) Assignee: **NEC CORPORATION**, Tokyo (JP)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **19/092,973**

(22) Filed: **Mar. 27, 2025**

(65) **Prior Publication Data**

US 2025/0227335 A1 Jul. 10, 2025

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,061,055 A 5/2000 Marks
6,271,805 B1 8/2001 Yonezawa
(Continued)

FOREIGN PATENT DOCUMENTS

CN 1574961 2/2005
CN 101321271 12/2008
(Continued)

OTHER PUBLICATIONS

Haering et al., "Automatic Visual Analysis for Transportation Security", 2007, IEEE, pp. 13-18. (Year: 2007).*
(Continued)

(56) **References Cited**

OTHER PUBLICATIONS

Environments, Airports, Public Transportation, Business Wire, May 11, 2009.

**Related U.S. Application Data**

continuation of application No. 16/925,183, filed on Jul. 9, 2020, now Pat. No. 11,343,575, which is a continuation of application No. 16/378,081, filed on Apr. 8, 2019, now Pat. No. 10,750,113, which is a continuation of application No. 14/416,716, filed as application No. PCT/JP2013/066565 on Jun. 17, 2013, now Pat. No. 10,841,528.

(51) **Int. Cl.**
*H04N 7/18* (2006.01)
*H04N 21/431* (2011.01)

(52) **U.S. Cl.**
CPC .................... ***H04N 21/4316*** (2013.01); *G06T 2207/10016* (2013.01); *G06T 2207/30196* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS


7,015,954 B1 3/2006 Foote et al.
7,058,204 B2 6/2006 Hildreth et al.
7,127,083 B2 10/2006 Han et al.
7,196,722 B2 3/2007 White et al.
7,286,157 B2 10/2007 Buehler
7,304,662 B1 12/2007 Sullivan et al.
7,613,324 B2 11/2009 Venetianer et al.
7,643,653 B2 1/2010 Garoutte
7,746,380 B2 6/2010 Maruya et al.
7,777,783 B1 8/2010 Chin et al.
7,843,491 B2 11/2010 Vallone et al.
7,881,505 B2 2/2011 Schneiderman et al.
8,174,572 B2 5/2012 Buehler et al.
8,179,441 B2 5/2012 Yen et al.
8,274,564 B2 9/2012 Girgensohn et al.
8,390,684 B2 3/2013 Piran et al.
8,437,508 B2 5/2013 Akisada et al.
8,655,020 B2 * 2/2014 Saptharishi ........... H04N 23/63 382/103
10,424,342 B2 9/2019 Brown et al.
2003/0025599 A1 2/2003 Monroe
2005/0122397 A1 6/2005 Henson et al.
2005/0152579 A1 7/2005 Park et al.
2005/0265582 A1 12/2005 Buehler et al.
2006/0221184 A1 10/2006 Vallone et al.
2006/0225114 A1 10/2006 Walker et al.
2007/0182818 A1 8/2007 Buehler
2007/0206834 A1 9/2007 Shinkai et al.
2008/0018738 A1 1/2008 Lipton et al.
2008/0144890 A1 6/2008 Ogawa
2008/0292140 A1 11/2008 Morris et al.
2008/0303901 A1 12/2008 Variyath et al.
2008/0304706 A1 12/2008 Akisada et al.
2009/0079831 A1 3/2009 Sethuraman et al.
2009/0153654 A1 6/2009 Enge et al.
2009/0183177 A1 7/2009 Brown et al.
2009/0225163 A1 9/2009 Chathukutty et al.
2009/0251537 A1 10/2009 Keidar et al.
2009/0288011 A1 * 11/2009 Piran ...................... G06F 3/048 715/720
2009/0295918 A1 12/2009 Horovitz et al.
2010/0002082 A1 1/2010 Buehler et al.
2010/0157050 A1 6/2010 Drive et al.
2010/0183227 A1 7/2010 Park
2010/0201815 A1 8/2010 Anderson et al.
2011/0007139 A1 * 1/2011 Brunetti .......... G08B 13/19669 348/51
2011/0019003 A1 1/2011 Asa et al.
2011/0169867 A1 * 7/2011 Kniffen .............. G06F 3/04855 345/660
2011/0170749 A1 7/2011 Schneiderman et al.
2011/0228092 A1 9/2011 Park et al.
2011/0317010 A1 12/2011 Dhanapal et al.
2012/0007975 A1 1/2012 Lyons et al.
2012/0019644 A1 1/2012 Hamabashiri et al.
2012/0026308 A1 2/2012 Johnson et al.
2012/0062732 A1 3/2012 Marman et al.
2012/0113264 A1 5/2012 Moshrefi et al.
2012/0120241 A1 5/2012 Lewis et al.
2012/0188370 A1 7/2012 Bordonaro
2012/0194336 A1 * 8/2012 Thiruvengada ........ H04N 7/183 340/525
2013/0050502 A1 2/2013 Saito et al.
2013/0091432 A1 4/2013 Shet et al.
2013/0208124 A1 8/2013 Boghossian et al.
2013/0329958 A1 12/2013 Oami et al.
2015/0103178 A1 4/2015 Itoh et al.


FOREIGN PATENT DOCUMENTS


CN 102170560 8/2011
EP 1 150 510 A2 10/2001
EP 1489847 A3 5/2011
EP 2458553 A1 5/2012
EP 2596630 A1 5/2013
GB 2482127 A 1/2012
JP 8-221592 8/1996
JP 2001-236514 8/2001
JP 2006-093955 A 4/2006
JP 2008-219570 9/2008
JP 2010-49349 3/2010
WO 2009/038994 A1 3/2009
WO 2009/079809 A1 7/2009
WO 2012/131816 A1 10/2012


OTHER PUBLICATIONS


International Search Report mailed Jul. 30, 2013 in corresponding PCT International Application.
Written Opinion and Search Report issued by the Singapore Patent Office on Aug. 5, 2016, in counterpart Singapore Patent Application No. 11201500693Q.
Notification of the First Office Action issued on Jun. 20, 2017, from the State Intellectual Property office of the People's Republic of China is counterpart Chinese Paten Application No. 201380040754. 3.
Office Action, dated Mar. 18, 2020, issued by the United States Patent Office in counterpart U.S. Appl. No. 14/416,716.
U.S. Office Action dated Jan. 23, 2020, issued in co-pending U.S. Appl. No. 16/286,430.
Non-final U.S. Office Action dated Oct. 21,2019, issued on co-pending U.S. Appl. No. 16/286,449.
U.S. Appl. No. 17/563,261, filed Dec. 28, 2021.
U.S. Appl. No. 16/925,183, filed Jul. 9, 2020.
U.S. Appl. No. 16/378,081, filed Apr. 8, 2019.
U.S. Appl. No. 14/416,716, filed Jan. 23, 2015.
SangKyu Kang et al., "Multiple-camera tracking system with seamless object handover", Proc. SPIE, vol. 4303, pp. 27-34, 2001.
Fatih Porikli, "Intercamera color calibration by correlation model function", IEEE, 2003.
Omar Javed et al., "Appearance modeling for tracking in multiple non-overlapping cameras", IEEE, 2005.
Kuan-Wen Chen et al., "An adaptive learning method for target tracking across multiple cameras", IEEE, 2008.
Bryan Prosser et al., "Person re-identification by support vector ranking", BMVC 2010, doi:10.5244/c.24.21.
Jae-Ho Lee, "Automatic Video Management System Using Face Recognition and MPEG-7 Visual Descriptors", ETRI Journal, vol. 27, No. 6, Dec. 2005, pp. 806-809.
GeoVision, GV Series (CMS/Video Analytics), Sep. 30, 2011.
Avigilon, Avigilon Control Center with High Definition Stream Management (HDSM).
Axis Introduces HDTV Image Quality and Precise Iris Control in New Fixed Day and Night Network Camera Series; AXIS P13 Network Cameras Ideal for Securing Government Buildings, Retail


137. The '315 Patent solved these problems by providing one or more of a video surveillance system and video surveillance method that receives video frames from at least two different cameras, receives information indicating that a first person has been detected in a frame

from the first camera, and outputs that frame showing the detected first person. The video surveillance system and method further requires controlling to output notification information when a second person is detected in a frame from a different camera while the frame showing the first person is being displayed, with the notification information including the detection result for the second person, controls the output of screen information that includes multiple images and time information relating to the detection of the first person, receives a user selection of at least one camera from among multiple cameras, and, based on that user selection, controlling to output screen information that includes images obtained from video captured by the selected camera, the images having a difference from the multiple images.

138. Defendant has directly infringed one or more claims of the ’315 Patent in this District and elsewhere in Texas, including at least claims 1-18 literally and/or under the doctrine of equivalents, by or through its sale, offer for sale, manufacture, use, or import of its surveillance products, including at least the eufy 4G Camera S230; 4G Camera S230 (1 Pack); eufy 4G LTE Cam S330; eufy 4G LTE Cam S330 (2-Cam Pack); eufy 4G LTE Cam S330 (3-Cam Pack); eufy 4G LTE Cam S330 (4-Cam Pack); eufy 4G LTE Cam S330 + Video Smart Lock S330 ; eufy 4G LTE Cam S330 + Floodlight Camera E340; eufy 4G LTE Cam S330 + Video Doorbell E340; eufy 4G LTE Cam S330+Floodlight Camera E340 + HomeBase S380; eufy Pet Camera Pro N140; eufy Pet Dog Camera D605; eufy SoloCam E30; eufy SoloCam E30 (2Pack) + Homebase3; eufy SoloCam E30 + Homebase3; eufy Security Indoor Cam C220; eufy Security SoloCam C210 with Solar Panel; eufyCam E330 (Professional); eufyCam E330 (Professional) 4-Cam Kit; eufyCam S210 (eufyCam 2C); eufyCam S220 (eufyCam 2C Pro); eufyCam S300 (eufyCam 3C); eufyCam S330 (eufyCam 3); eufyCam S300 (eufyCam 3C) 3-Cam Kit+1 TB Drive; eufyCam S330 (eufyCam 3) 4-Cam Kit + 1 TB Hard Drive; eufyCam S330 (eufyCam 3) + Floodlight Camera

E340; eufyCam S4; eufyCam E40 (indoor camera); Floodlight Cam S330; Floodlight Camera E30; Floodlight Cam S330（Renewed); Floodlight Camera E340; Floodlight Camera E340 (2-Pack); Floodlight Camera E340 + HomeBase S380; Floodlight Camera E340 (2-Pack) + HomeBase S380; Garage-Control Cam E110; Indoor Cam C120 (2K, Plug-In); Indoor Cam E220; Indoor Cam E220 (Renewed); Indoor Cam E30; Indoor Cam S350; Motion Sensor; Outdoor Cam E210; Outdoor Cam E220; Smart Drop S300; Solar Wall Light Cam S120; Solar Wall Light Cam S120 + Solar Panel Charger; Solar Wall Light Cam S120 (Renewed); SoloCam C120; SoloCam C210; SoloCam S220; SoloCam S220 (Renewed); SoloCam S230 (S40); SoloCam S230 (S40) (Renewed); SoloCam S340; SoloCam S340 (2-Cam Pack) + eufy 4G LTE Cam S330; SoloCam S340 + eufy 4G LTE Cam S330; SoloCam S340 Wireless Outdoor Security Camera with Dual Lens and Solar Panel; eufy Smart Lock E30 + SoloCam S340; SoloCam S340 + Video Smart Lock S330 + HomeBase S380; SoloCam S340 + Indoor Cam S350; SoloCam S340 + Indoor Cam S350 + HomeBase S380; SoloCam S340 + Floodlight Camera E340; Video Doorbell (Wired) S330; Video Doorbell 2K (Wired); Video Doorbell C210; Video Doorbell E340 (Battery Powered); Video Doorbell E340 + Rechargeable Battery Pack with USB-C; Video Doorbell S220; Video Doorbell S220 Add-on; Video Doorbell S330; Video Doorbell S330 Add-on; eufy Video Doorbell C31; Video Smart Lock E330; Video Smart Lock S330; Wired Wall Light Cam S100; Wired Wall Light Cam S100 (2-Cam Pack); 5-Piece Home Alarm Kit; HomeBase S380 (HomeBase 3); eufy NVR Security Systems including Security systems S4 and E40; Indoor and Entryway Standard Bundle; Outdoor E Delux Bundle; Outdoor E Premium Bundle; Outdoor E Standard Bundle; Outdoor S Delux Business Bundle; Outdoor S Standard Bundle; Whole Protection E Delux Bundle; Whole Protection E Premium Business Bundle; Whole Protection E Standard Plus Bundle; eufy 4K NVR S4 Max (No HDD), eufy 4K NVR S4 Max 8-Camera Kit with 8 TB HDD, eufy 4K NVR Security

Camera System S4 Max 4 TB HDD, eufy 6-Cam Kit PoE NVR Security System S4 Max, eufy 6-Cam Kit PoE NVR Security System S4 Max + 2 Turret Cameras, eufy Dual-NVR PoE System with 10 PoE Cam S4, eufy Dual-NVR PoE System with 12 PoE Cam S4, eufy ExpertSecure System E10, eufy ExpertSecure System E10 with 2 PoE Bullet-PTZ Cam S4+Display, eufy FamiLock E34, eufy Familock S3, eufy Familock S3 + HomeBase S380, eufy Familock S3 + Smart Display E10, eufy FamiLock S3 Max, eufy FamiLock S3 Max + eufy HomeBase S380 (HomeBase 3), eufy FamiLock S3 Max + Indoor Cam S350 ×2 + HomeBase S380, eufy Familock S3 Max + Smart Display E10, eufy FamiLock S3 Max + Video Doorbell, E340 + eufy Smart Display E10, eufy Floodlight Camera E30 + Entry Sensor, eufy Floodlight Camera E340 (2-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy Floodlight Camera E340 + eufy Smart Display E10, eufy Floodlight Camera E340 with AC Cable, eufy Floodlight Camera E340 with AC Cable (2-Cam Kit) + eufy Homebase 3, eufy Floodlight Camera E340 with AC Cable (2-Cam Pack), eufy Floodlight Camera E340 with AC Cable + Entry Sensor, eufy Floodlight Camera E340 with AC Cable + eufy HomeBase S380, eufy Network Video Recorder S4 for Home Security Cameras, eufy Network Video Recorder S4（No HDD), eufy PoE Bullet Security Camera E40, eufy PoE Bullet-PTZ Cam S4, eufy PoE NVR Security System E40, eufy PoE NVR Security System E40-8× 4K Bullet Cameras, eufy PoE NVR Security System E41, eufy PoE NVR Security System S4, eufy PoE NVR Security System S4 Max, eufy PoE NVR Security System S4 Max + 2 Bullet Cameras, eufy PoE NVR Security System S4 Max + 2 Turret Cameras, eufy PoE NVR Security System S4 Max + 4 PoE Cam S4 Add-Ons, eufy PoE NVR Security System S4 Max+Turret Camera E41+ Bullet Camera E40, eufy PoE Turret Security Camera E41, eufy Smart Display E10, eufy Smart Display E10 + eufy PoE NVR Security System S4 Max, eufy Smart Display E10 +

eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufy Smart Display E10 + SoloCam S340, eufy Smart Lock C220 with Door Lever, eufy Smart Lock C30, eufy Smart Lock C33, eufy Smart Lock E32, eufy Smart Lock E40, eufy SoloCam E30 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam E30（2-Cam Pack), eufy SoloCam E30（4-Cam Pack), eufy SoloCam E42, eufy SoloCam, E42 2-Cam Kit (HomeBase S380), eufy SoloCam E42 4-Cam Kit (HomeBase S380), eufy SoloCam S340 (2-Cam Kit), eufy SoloCam S340 (2-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase Professional S1, eufy SoloCam S340 (4-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 (4-Cam Kit) with Alarm System + HomeBase S380, eufy SoloCam S340 (4-Cam Pack) + FamiLock S3 Max + HomeBase S380, eufy SoloCam S340 (6-Cam Kit) + eufy HomeBase S380, eufy SoloCam S340 + eufy HomeBase S380, eufy Video Doorbell C30, eufy Wired Cam C31 Add-On Camera, eufyCam C35 2-Cam Kit, eufyCam C35 4-Cam Kit, eufyCam C35 Add-On Camera, eufyCam E40 2-Cam Kit (HomeBase S380), eufyCam E40 2-Cam Kit (HomeBase S380) + 1 TB Hard Drive, eufyCam E40 4-Cam Kit (HomeBase S380), eufyCam E40 4-Cam Kit (HomeBase S380) + 1 TB Hard, eufyCam E40 Add-On Camera, eufyCam E40 Add-On Camera (2 Pack), eufyCam E40 Add-On Camera (4 Pack), eufyCam E40 Add-On Camera + eufy SoloCam S340, eufyCam S3 Pro 3-Cam Kit + FamiLock S3 Max, eufyCam S3 Pro 3-Cam Kit + Video Doorbell E340 (Battery Powered), eufyCam S3 Pro 4-Cam Kit + 1 TB Hard Drive, eufyCam S3 Pro 6-Cam Kit, eufyCam S3 Pro Add-on Camera, eufyCam S330 (eufyCam 3) Add-on Camera, and eufyCam S330 (eufyCam 3) Add-on Camera (2 Pack), eufyCam S4 (2 Pack), eufyCam S4 (4-Cam Kit) + eufy HomeBase Professional S1, eufyCam S4 (4-Pack), eufyCam S4 + eufy FamiLock S3 Max + Video Doorbell E340, eufyCam S4 + eufy HomeBase S380, eufyCam S4 + eufy Smart Display E10, eufyCam S4 + Rechargeable Battery, eufyCam S4 + Video Doorbell E340, eufyCam S4 +Smart Display E10

+ eufy FamiLock S3 Max, eufyCam S4 +Smart Display E10 + Video Doorbell E340, eufyCam S4 2-Cam Kit, eufyCam S4 2-Cam Kit + 1 TB Hard Drive, eufyCam S4 2-Cam Kit + eufy FamiLock S3 Max, eufyCam S4 2-Cam Kit + eufy Smart Display E10, eufyCam S4 2-Cam Kit + Video Doorbell E340, eufyCam S4 4-Cam Kit, eufyCam S4 4-Cam Kit + 1 TB Hard Drive, eufyCam S4 4-Cam Kit + eufy Smart Display E10, eufyCam S4 4-Cam Kit + Video Doorbell E340, eufyCam S4 6-Cam Kit, Indoor Cam E220 (2K, 2-Cam Kit, Pan & Tilt), Indoor Cam E220 (2K, 3-Cam Kit, Pan & Tilt), Indoor Cam E30 (2-Cam Kit), Indoor Cam S350 (2-Cam Pack), Indoor Cam S350 (3 packs), Indoor Cam S350 (4 pack), Indoor Cam S350 + eufy HomeBase S380, Indoor Cam S350+ eufy Smart Display E10, Smart Lock C210, Smart Lock C220, Smart Lock S230, SoloCam S220 (2-Cam Pack), SoloCam S340 (2-Pack) + Floodlight Camera E340 + eufy HomeBase S380, SoloCam S340 (4-Cam Pack), SoloCam S340 (4-Cam Pack) + HomeBase S380+ 1 TB Hard Drive+Smart Display E10, SoloCam S340 + Floodlight Camera E340 + HomeBase S380, Video Doorbell E340 + Floodlight Camera E340 + eufy Homebase 3, Video Smart Lock S330 +, eufy's BionicMind AI Service; eufy security application; and eufy servers supporting such products (collectively, "the Accused '315 Eufy Products").

139. For example, the Accused '315 Eufy Products operate in a multi-camera video surveillance environment and receive video frames captured by different eufy cameras. When eufy detects a first person in video captured by a first camera, the accused functionality receives detection information for that person and outputs video showing the detected person. While that video is being displayed, if eufy detects another person in video captured by a different camera, the accused functionality outputs notification information reflecting that second detection. In doing so, eufy practices the claimed steps of receiving video frames from first and second cameras, receiving detection information for a first person, outputting a frame including the detected first

person, and controlling to output notification information that includes a detection result for a second person detected by a different camera. Further, Eufy's application controls to output screen information that includes multiple images associated with detected persons and time information relating to those detections, receives a user input to select at least one camera from among multiple cameras, and, based on that user selection, controls to output different screen information containing images obtained from video captured by the selected camera.

140. The following excerpts from Eufy's websites provide non-limiting examples of the Accused '315 Eufy Products infringing at least claims 1-18 of the '315 Patent:




https://service.eufy.com/article-description/Introduction-to-New-eufy-App




https://service.eufy.com/article-description/Introduction-to-New-eufy-App

- It show various events detected by devices in chronological order, such as the detection of human, someone opening a door, a doorbell being pressed, or a robot vacuum completing a cleaning task. Each event includes information about the device involved, the time it occurred, and a description of the event. For camera devices, it also displays a video preview of the event, making it easy to quickly understand and browse through various incidents.

https://service.eufy.com/article-description/Introduction-to-New-eufy-App

**Live AI Cross-Camera Tracking**



Unlike traditional systems where each camera functions independently, the eufy S4 Max introduces a smarter, unified approach to surveillance. With built-in Local AI Agent, the system enables cross-camera tracking.

Imagine someone walking from the driveway to the front porch, or a vehicle making its way around the perimeter—the moment they exit one camera's field of view, another seamlessly picks up the trail.

No manual switching, no gaps. This intelligent coordination eliminates blind spots, significantly reduces missed events, and ensures you're always a step ahead of potential threats.

https://www.eufy.com/blogs/security–camera/nvr–security–system–s4–max–buying–guide

# Introducing the Cross-Camera Tracking Function in the eufy Security App

1 people found this helpful!

⌄Applicable for those products

eufyCam E330 (Professional)

**How does the Cross-Camera Tracking function work?**

eufy utilizes BionicMind™ A.I. to identify individuals captured on camera in each video. When the same individual appears across multiple cameras within a specified timeframe, the system automatically locates and merges these footage into a single video. This allows you to easily review the entire activity of that specific individual in a single video.




When multiple individuals appear at the same time, a separate event will be created for each individual.




**When is the Cross-Camera Tracking function triggered?**

Please note that different combinations of cameras will yield different experiences. Please refer to the following table for different scenarios.

| User Case 1<br>All cameras support BionicMind™ A.I. | Expected Experience |
|---|---|
| **Device Example** | 1. An individual passes in front of each of the five cameras sequentially and then leaves. Once the recording from the last camera is complete, the security report will immediately display the stitched tracking video, thanks to real-time analytics.<br>2. If you view the stitched video after a certain time period (such as 10 minutes), the real-time stitching results can be automatically corrected using look-back analytics. |
| HomeBase 3 x1<br>eufyCam x4<br>Battery Video Doorbell x1 | |
| **User Case 2**<br>All cameras support BionicMind™ A.I.<br>All are wired cameras | **Expected Experience** |
| **Device Example** | 1. An individual passes in front of each of the four cameras sequentially and then leaves. Once the recording from the last camera is complete, the security report will immediately display the stitched tracking video, thanks to real-time analytics.<br>2. If you view the stitched video after a certain time period (such as 10 minutes), the real-time stitching results can be automatically corrected using look-back analytics. |
| HomeBase 3 x1<br>eufyCam Professional x4 | |

| User Case 3<br>All cameras can save video to the HomeBase 3, but they do not support BionicMind™ A.I. | Expected Experience |
|---|---|
| **Device Example** | 1. An individual passes in front of each of the four cameras sequentially and then leaves. Each camera generates a 20-second footage. Once the final camera finishes recording, a wait time of five to six minutes is required, after which the security report will display the compiled tracking video through look-back analysis. |
| HomeBase 3 x1<br>Floodlight Cam 2 Pro x2<br>Wired Wall Light Cam x2 | |
| **User Case 4**<br>Some cameras support BionicMind™ A.I. and other cameras do not support it. | **Expected Experience** |
| **Device Example** | 1. An individual passes in front of each of the six cameras sequentially and then leaves. Each camera generates a 20-second footage. Once the final camera finishes recording, a wait time of three minutes is required, after which the security report will display the compiled tracking video through look-back analysis. |
| HomeBase 3 x1<br>eufyCam x4<br>Floodlight Cam 2 Pro x2 | Note: Although the footage from the four eufyCam cameras can be processed in real-time, the footage from the Floodlight Cam 2 Pro cameras need to be analyzed retrospectively, so it will take a few minutes for the stitched tracking video to appear. |

**When does the system process footage from the Cross-Camera Tracking function?**

1. **Real-Time Tracking**

As each camera records, HomeBase 3 analyzes the video content and stitches it together in real-time. Once a video recording ends, it is immediately concatenated with the associated video recordings. You can instantly view the cross-camera tracking result on the security report page.

Note: Cameras that are compatible with HomeBase 3 storage as well as HomeBase 3 BionicMind™ A.I. can utilize both the Real-Time and Look-Back Tracking functions. (Examples include eufyCam, Battery Video Doorbell, etc.) More detailed device compatibility information can be found in the following link: https://support.eufy.com/s/article/Centralize-Your-Security-Ecosystem-with-HomeBase-3

2. **Look-Back Tracking**

After each camera has finished recording and saving videos to HomeBase 3, HomeBase 3 re-analyzes the video content for splicing. HomeBase 3 performs this post-processing when it is idle (idle means there is no camera currently recording). A 30-second video usually takes 120 seconds to process (four times the duration of the video).

Note: Cameras that are compatible with HomeBase 3 storage, but not with HomeBase 3 BionicMind™ A.I., will only be able to use the Look-Back Tracking function. (Examples include FloodLight Camera 2 Pro and Wall Light Camera, etc.) More detailed device compatibility information can be found in the following link: https://support.eufy.com/s/article/Centralize-Your-Security-Ecosystem-with-HomeBase-3

https://support.eufy.com/s/article/Introducing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App.

## Cross-Camera Tracking Function Compatibility

1 people found this helpful!

Applicable for those products

Water and Freeze Sensor Siren 4G LTE Cam S330

In the world of technology, Cross-Camera Tracking is a feature that is gaining significant attention. This feature allows for the tracking of an object or person across multiple camera feeds, providing a seamless transition from one camera to another. It's a powerful tool that can be used in various sectors such as security, retail, and transportation.

Cross-Camera Tracking is a feature that is not universally compatible with all devices. It requires specific hardware and software capabilities to function effectively. Here, we will outline some of the devices that are compatible with this feature.

**Finding the Part Number:** The Part Number (PN) of any eufy Security device can be located on the product or within the eufy Security app. (Device Settings > General > About Device > The first five characters of the Serial Number)

**Important:** Please upgrade the HomeBase 3 to v3.3.2.0 or above, and upgrade the App to v4.7.2 or above, then enable the Cross-Camera Tracking feature. You can also contact eufy support engineers for further assistance.

| Type | Product Name | Product Number | Real-time cross-camera tracking | Look-back cross-camera tracking |
|---|---|---|---|---|
| eufyCam | E330 eufyCam (Professional) | T8600 | supported | supported |
| | S330 eufyCam (eufyCam 3) | T8160 | supported | supported |
| | S300 eufyCam (eufyCam 3C) | T8161 | supported | supported |
| | eufyCam 2 Pro | T8140 | supported | supported |
| | eufyCam 2C Pro | T8142 | supported | supported |
| | eufyCam 2 | T8114 | supported | supported |
| | eufyCam 2C | T8113 | supported | supported |
| | eufyCam E | T8112 | supported | supported |
| | eufyCam | T8111 | supported | supported |
| Video Doorbell (with battery) | Video Doorbell Dual | T8213 | supported | supported |
| | Video Doorbell E340 | T8214 | supported | supported |
| | Video Doorbell 2K | T8210 | supported | supported |
| | S210 Video Doorbell (Battery Doorbell 2K) | T8212 | supported | supported |
| | Video Doorbell 1080p | T8222 | supported | supported |
| | Video Doorbell 1080p (Slim) | T8220 | supported | supported |
| | Video Doorbell 2E | T8221 | supported | supported |
| Smart Lock | Video Smart Lock | T8530 | supported | supported |

| | | | | |
|---|---|---|---|---|
| **SoloCam** | SoloCam S340 | T8170 | supported | supported |
| | SoloCam L20/S220 SoloCam/SoloCam L40/SoloCam S40/SoloCam S40 | T8122/T8134/T8124/T8124V/T8123 | supported | supported |
| | SoloCam E20 | T8130 | Evaluating | Evaluating |
| | SoloCam E40 | T8131 | Evaluating | Evaluating |
| **Outdoor Cam** | Outdoor Cam | T8442 | Evaluating | supported (Beta) |
| | Outdoor Cam Pro | T8441 | Evaluating | supported (Beta) |
| **Wall Light Cam** | S100 Kabelgebundene Wall Light Cam | T84A1 | Evaluating | Evaluating |
| | Solar Wall Light Cam | T81A0 | Evaluating | Evaluating |

| | | | | |
|---|---|---|---|---|
| **Floodlight Cam** | Floodlight Cam 2K Pro | T8423 | Evaluating | Evaluating |
| | Floodlight Cam E340 | T8425 | supported | supported |
| | Floodlight Cam 1080p | T8420X | Evaluating | Evaluating |
| | Floodlight Cam 2K | T8422 | Evaluating | Evaluating |
| | Floodlight Cam 2K | T8424 | Evaluating | Evaluating |
| **Indoor Cam** | Indoor Cam 2K | T8400 | Evaluating | Evaluating |
| | Indoor Cam S350 | T8416 | supported | supported |
| | Indoor Cam 2K Pan & Tilt | T8410 | Evaluating | Evaluating |
| | Indoor Cam 1080p | T8401 | Evaluating | Evaluating |
| | Indoor Cam 1080p Pan & Tilt | T8411 | Evaluating | Evaluating |
| | Indoor Cam Mini | T8414 | Evaluating | Evaluating |

| | | | | |
|---|---|---|---|---|
| **Video Doorbell (Wired)** | All wired model | T8200/T8203/T8201/T8202 | Not supported | Not supported |
| **Garage-Control Cam** | All wired model | T8452/T8503 | Not supported | Not supported |
| **4G Cam** | 4G LTE Cam S330 | T86P2 | Not supported | Not supported |
| **4G Cam** | 4G Starlight Cam S230 | T8150 | Not supported | Not supported |
| **Alarm System** | All Sensors/Keypad | T8900/T8910/T8960 | Not supported | Not supported |

https://support.eufy.com/s/article/Cross-Camera-Tracking-Function-Compatibility.




- **Include Thumbnail:** Get full notification including text and thumbnail if the thumbnail is available.




(exemplary notifications)

https://service.eufy.com/article-description/Setting-Up-Notifications-on-Your-Phone-for-eufySecurity-Devices

141. The foregoing features and capabilities of the Accused ’315 Eufy Products, and Defendant’s description and/or demonstration thereof, including in user manuals and advertising, reflect Defendant’s direct infringement by satisfying every element of at least claims 1-18 of the ’315 Patent under 35 U.S.C. § 271(a).

142. Defendant has indirectly infringed at least claims 1-18 of the ’315 Patent in this judicial district and elsewhere in the United States by, among other things, actively inducing the

use, offering for sale, selling, or importation of at least the Accused '315 Eufy Products. Defendant's customers who purchase devices and components thereof and operate such devices and components in accordance with Defendant's instructions directly infringe one or more claims of the '315 Patent in violation of 35 U.S.C. § 271. Defendant instructs its customers through at least user manuals or websites, such as those located at: https://service.eufy.com/article-description/Introduction-to-New-eufy-App; https://support.eufy.com/s/; https://support.eufy.com/s/article/Cross-Camera-Tracking-Function-Compatibility; https://support.eufy.com/s/article/Introducing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App; https://support.eufy.com/s/article/Understanding-Factors-Influencing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App; https://support.eufy.com/s/article/Tips-for-Using-Cross-Camera-Tracking-Function.

143. For example, as shown above, Defendant instructs its customers that "eufy utilizes BionicMind™ A.I. to identify individuals captured on camera in each video. When the same individual appears across multiple cameras within a specified timeframe, the system automatically locates and merges footage into a single video. This allows you to easily review the entire activity of that specific individual in a single video." *See* https://support.eufy.com/s/article/Introducing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App; *see also* https://support.eufy.com/s/article/Cross-Camera-Tracking-Function-Compatibility; https://support.eufy.com/s/article/Understanding-Factors-Influencing-the-Cross-Camera-Tracking-Function-in-the-eufy-Security-App; https://support.eufy.com/s/article/Tips-for-Using-Cross-Camera-Tracking-Function.

144. Further, Defendant indirectly infringes by inducing and/or contributing to infringement by making available tutorial videos on their official YouTube channel encouraging

customers to infringe by performing cross-camera tracking functionality. *See* https://www.youtube.com/channel/UC2MJc19aTAUJk7TrbPrMhEQ.

145. Further, Defendant directly and indirectly infringes by obtaining requisite certifications including FCC certifications to sell the products in the United States. *See e.g.*, https://us.eufy.com/pages/intellectual-property-rights; *see also* https://fccid.io/2AOKB-T8213.

146. Defendant is thereby liable for infringement of the ’315 Patent pursuant to 35 U.S.C. § 271(b).

147. Defendant has indirectly infringed at least claims 1-18 of the ’315 Patent by, among other things, contributing to the direct infringement of others, including customers of the Accused ’315 Eufy Products by making, offering to sell, or selling, in the United States, or importing a component of a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the ’315 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

148. For example, the Accused ’315 Eufy Products include at least one component to generate images to be used in conjunction with the Eufy Security Application to perform cross-camera tracking functionality. This is a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, such component is a material part of the invention and upon information and belief is not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Defendant is liable for infringement of the ’315 Patent pursuant to 35 U.S.C. § 271(c).

149. Defendant will be on notice of the ’315 Patent since at least the filing of the complaint. By the time of trial, Defendant will thus have known and intended (since receiving such

notice), that their continued actions would actively induce and contribute to actual infringement of at least claims 1-18 of the ’315 Patent.

150. Defendant undertook and continues its infringing actions despite an objectively high likelihood that such activities infringed the ’315 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of the complaint, Defendant has been aware of an objectively high likelihood that their actions constituted and continue to constitute infringement of the ’315 Patent, and that the ’315 Patent is valid. On information and belief, Defendant cannot reasonably, subjectively believe that its actions do not constitute infringement of the ’315 Patent, nor could they reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that their actions constitute infringement, Defendant has continued its infringing activities. As such, Defendant willfully infringes the ’315 Patent.

151. NEC has been damaged by Defendant’s infringement of the ’315 Patent.

## DAMAGES

As a result of Defendant’s acts of infringement, NEC has suffered actual and consequential damages. To the fullest extent permitted by law, NEC seeks recovery of damages at least in the form of reasonable royalties.

## NOTICE

NEC has complied with the notice requirement of 35 U.S.C. § 287. In addition, Defendant has had actual knowledge of the ’713, ’619, ’336, and ’776 Patents and their infringement thereof at least as of receipt of the NEC notice letter identified in this Complaint.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, NEC demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, NEC demands judgment for itself and against Anker as follows:

- An adjudication that Defendant has infringed one or more claims of the Asserted Patents, literally and/or under the doctrine of equivalents;
- An award of damages to be paid by Defendant adequate to compensate Plaintiff for Defendant's past infringement of the Asserted Patents, and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;
- A judgment awarding NEC treble damages and pre-judgment interest under 35 U.S.C. § 284 as a result of Defendant's willful and deliberate infringement of one or more claims of the Asserted Patents;
- A judgment declaring that this case is exceptional and awarding NEC its expenses, costs, and attorneys' fees in accordance with 35 U.S.C. §§ 284 and 285 and Rule 54(d) of the Federal Rules of Civil Procedure;
- An award related to any other equitable relief which may be requested and to which Plaintiff is entitled; and
- An award to Plaintiff of such further relief at law or in equity as the Court deems just and proper.

Dated: September 18, 2026

Respectfully submitted,

By: *<u>/s/ Saqib J. Siddiqui</u>*
Geoffrey Culbertson
Kelly Tidwell

PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd.
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Saqib J. Siddiqui
Jamie B. Beaber
Tatsuya Koyama
Alison T. Gelsleichter
Tariq Javed
Seth W. Bruneel
Séké G. Godo
So Ra Ko
Courtney Krawice
William B. Nash
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
ssiddiqui@mayerbrown.com
jbeaber@mayerbrown.com
tatsuya.koyama@mayerbrown.com
agelsleichter@mayerbrown.com
tjaved@mayerbrown.com
sbruneel@mayerbrown.com
sgodo@mayerbrown.com
sko@mayerbrown.com
ckrawice@mayerbrown.com
bnash@mayerbrown.com

Robert G. Pluta
Amanda Streff Bonner
MAYER BROWN LLP
71 S Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

*Counsel for Plaintiff NEC Corporation*